

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C.  20530*

July 2, 2021

John Pierce, Esq.
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071

      Re:   *United States v. James McGrew*
             Case No. 21-cr-398-BAH

Dear Counsel:

      Enclosed as preliminary discovery in this case on USAFx is a file folder named McGrew Preliminary Discovery.  The folder contains the following materials:

- 156 search warrant photographs from May 19, 2021;
- Video of the defendant at the Lower West Terrace on the Parler application;
- Audio of the defendant post-arrest on May 28, 2021; and
- The following reports and/or files from the Federal Bureau of Investigation:

| |
|---|
| 266T-SD-3381924_0000001 |
| 266T-SD-3381924_0000005 |
| 266T-SD-3381924_0000005_1A0000002_0000001 |
| 266T-SD-3381924_0000006 |
| 266T-SD-3381924_0000006_1A0000003_0000001 |
| 266T-SD-3381924_0000006_1A0000003_0000002 |
| 266T-SD-3381924_0000006_1A0000003_0000003 |
| 266T-SD-3381924_0000007 |
| 266T-SD-3381924_0000007_1A0000004_0000001 |
| 266T-SD-3381924_0000007_1A0000004_0000002 |
| 266T-SD-3381924_0000009 |
| 266T-SD-3381924_0000009_1A0000006_0000001 |
| 266T-SD-3381924_0000011 |

| |
|---|
| 266T-SD-3381924_0000011_1A0000008_0000001 |
| 266T-SD-3381924_0000012 |
| 266T-SD-3381924_0000012_1A0000009_0000001 |
| 266T-SD-3381924_0000014 |
| 266T-SD-3381924_0000015 |
| 266T-SD-3381924_0000015_1A0000010_0000001 |
| 266T-SD-3381924_0000015_1A0000010_0000002 |
| 266T-SD-3381924_0000015_1A0000010_0000004 |
| 266T-SD-3381924_0000023 |
| 266T-SD-3381924_0000023_1A0000017_0000001 |
| 266T-SD-3381924_0000024 |
| 266T-SD-3381924_0000024_1A0000018_0000003 |
| 266T-SD-3381924_0000024_1A0000018_0000004 |
| 266T-SD-3381924_0000025 |
| 266T-SD-3381924_0000025_1A0000019_0000001 |
| 266T-SD-3381924_0000029 |
| 266T-SD-3381924_0000029_1A0000022_0000001 |
| 266T-SD-3381924_0000029_1A0000022_0000002 |
| 266T-SD-3381924_0000030_1A0000023_0000001 |
| 266T-SD-3381924_0000031 |
| 266T-SD-3381924_0000032 |
| 266T-SD-3381924_0000032_1A0000024_0000001 |
| 266T-SD-3381924_0000032_1A0000024_0000002 |
| 266T-SD-3381924_0000032_1A0000025_0000001 |
| 266T-SD-3381924_0000032_1A0000025_0000002 |
| 266T-SD-3381924_0000032_1A0000025_0000003 |
| 266T-SD-3381924_0000032_1A0000025_0000004 |
| 266T-SD-3381924_0000032_1A0000025_0000005 |
| 266T-SD-3381924_0000035 |
| 266T-SD-3381924_0000035_1A0000029_0000001 |
| 266T-SD-3381924_0000036 |
| 266T-SD-3381924_0000036_1A0000030_0000001 |
| 266T-SD-3381924_0000036_1A0000030_0000002 |
| 266T-SD-3381924_0000036_1A0000030_0000003 |
| 266T-SD-3381924_0000036_1A0000030_0000004 |
| 266T-SD-3381924_0000036_1A0000030_0000005 |
| 266T-SD-3381924_0000037 |
| 266T-SD-3381924_0000038 |

| |
|---|
| 266T-SD-3381924_0000038_1A0000031_0000001 |
| 266T-SD-3381924_0000039 |
| 266T-SD-3381924_0000039_1A0000032_0000001 |
| 266T-SD-3381924_0000039_1A0000032_0000002 |
| 266T-SD-3381924_0000039_1A0000032_0000003 |
| 266T-SD-3381924_0000039_1A0000032_0000004 |
| 266T-SD-3381924_0000039_1A0000032_0000005 |
| 266T-SD-3381924_0000039_1A0000032_0000006 |
| 266T-SD-3381924_0000039_1A0000032_0000007 |
| 266T-SD-3381924_0000039_1A0000032_0000008 |
| 266T-SD-3381924_0000039_1A0000032_0000009 |
| 266T-SD-3381924_0000040 |
| 266T-SD-3381924_0000041 |
| 266T-SD-3381924_0000042 |
| 266T-SD-3381924_0000044 |
| 266T-SD-3381924_0000044_1A0000033_0000001 |
| 266T-SD-3381924_0000044_1A0000033_0000002 |
| 266T-SD-3381924_0000044_1A0000033_0000003 |
| 266T-SD-3381924_0000044_1A0000033_0000004 |
| 266T-SD-3381924_0000044_1A0000033_0000005 |
| 266T-SD-3381924_0000044_1A0000033_0000006 |
| 266T-SD-3381924_0000044_1A0000033_0000007 |
| 266T-SD-3381924_0000044_1A0000033_0000008 |
| 266T-SD-3381924_0000044_1A0000033_0000009 |
| 266T-SD-3381924_0000044_1A0000033_0000010 |
| 266T-SD-3381924_0000044_1A0000033_0000011 |
| 266T-SD-3381924_0000044_1A0000033_0000012 |
| 266T-SD-3381924_0000044_1A0000033_0000013 |
| 266T-SD-3381924_0000044_1A0000033_0000014 |
| 266T-SD-3381924_0000044_1A0000033_0000015 |
| 266T-SD-3381924_0000044_1A0000033_0000016 |
| 266T-SD-3381924_0000044_1A0000033_0000017 |
| 266T-SD-3381924_0000044_1A0000033_0000018 |
| 266T-SD-3381924_0000044_1A0000033_0000019 |
| 266T-SD-3381924_0000044_1A0000033_0000020 |
| 266T-SD-3381924_0000044_1A0000033_0000021 |
| 266T-SD-3381924_0000044_1A0000033_0000022 |
| 266T-SD-3381924_0000044_1A0000033_0000023 |

| |
|---|
| 266T-SD-3381924_0000045 |
| 266T-SD-3381924_0000045_1A0000034_0000001 |
| 266T-SD-3381924_0000045_1A0000034_0000002 |
| 266T-SD-3381924_0000045_1A0000034_0000003 |
| 266T-SD-3381924_0000045_1A0000034_0000004 |
| 266T-SD-3381924_0000045_1A0000034_0000005 |
| 266T-SD-3381924_0000045_1A0000034_0000006 |
| 266T-SD-3381924_0000045_1A0000034_0000007 |
| 266T-SD-3381924_0000045_1A0000034_0000008 |
| 266T-SD-3381924_0000045_1A0000034_0000009 |
| 266T-SD-3381924_0000045_1A0000034_0000010 |
| 266T-SD-3381924_0000045_1A0000034_0000011 |
| 266T-SD-3381924_0000045_1A0000035_0000001 |
| 266T-SD-3381924_0000045_1A0000035_0000002 |
| 266T-SD-3381924_0000045_1A0000035_0000003 |
| 266T-SD-3381924_0000045_1A0000035_0000004 |
| 266T-SD-3381924_0000045_1A0000035_0000005 |
| 266T-SD-3381924_0000045_1A0000035_0000006 |
| 266T-SD-3381924_0000045_1A0000037_0000001 |
| 266T-SD-3381924_0000045_1A0000037_0000002 |
| 266T-SD-3381924_0000045_1A0000037_0000003 |
| 266T-SD-3381924_0000045_1A0000037_0000004 |
| 266T-SD-3381924_0000045_1A0000037_0000005 |
| 266T-SD-3381924_0000045_1A0000037_0000006 |
| 266T-SD-3381924_0000045_1A0000037_0000007 |
| 266T-SD-3381924_0000045_1A0000037_0000008 |
| 266T-SD-3381924_0000046 |
| 266T-SD-3381924_0000046_1A0000038_0000002 |
| 266T-SD-3381924_0000049 |
| 266T-SD-3381924_0000049_1A0000040_0000001 |
| 266T-SD-3381924_0000049_1A0000040_0000002 |
| 266T-SD-3381924_0000049_1A0000040_0000003 |
| 266T-SD-3381924_0000051 |
| 266T-SD-3381924_0000051_1A0000042_0000001 |
| 266T-SD-3381924_0000052 |
| 266T-SD-3381924_0000052_1A0000043_0000001 |
| 266T-SD-3381924_0000053 |

Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of similarly situated defendants, and citizen tips.   The government is working to develop a system that will facilitate access to these materials.  In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

This material is subject to the terms of the Protective Order issued in this case.  Once the defendant signs Attachment A, the government will produce Highly Sensitive material.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16.  I will provide timely disclosure if any such material comes to light.  Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries.  I also request that the defendant disclose prior statements of any witnesses the defendant intends to call to testify at any hearing or trial.  *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975).  I request that such material be provided on the same basis upon which the government will provide the defendant with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that the defendant provide the government with the appropriate written notice if the defendant plans to use one of the defenses referenced in those rules.  Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available.  If you have any questions, please feel free to contact me.

    Sincerely,

    /s/ Lucy Sun
    Lucy Sun
    Assistant United States Attorney