UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-398-BAH |
| | : | |
| JAMES MCGREW, | : | |
| | : | |
| Defendant. | : | |

## ASSENTED-TO MOTION TO SEAL MEDICAL RECORDS

The United States requests permission to file the defendant James McGrew's medical records from his hospital stay in April 2021 under seal. As grounds for the request, the government states that on October 26, 2021 at 9:09 am, the defendant's Mississippi probation officer, Allison Long, emailed the government and informed the government that she had previously received the defendant's medical records from his hospital stay in April 2021 and had mistakenly said otherwise in a prior email. Ms. Long then provided a copy of the records.[1]

As the medical records contain confidential information about the defendant, there is an overriding interest in keeping the information confidential that outweighs the need for public disclosure. The defendant assents to the filing of the medical records under seal.

Sincerely,

CHANNING D. PHILLIPS
Acting United States Attorney

By:   /s/ *Lucy Sun*
Lucy Sun
Assistant United States Attorney

---

[1] Following the email, the government called Ms. Long and verified that the rest of her prior email remained true, that the defendant did not have permission to be at various locations described in Exhibit A of the Government's Opposition to the defendant's Motion for Bond. Ms. Long confirm that the rest of the email was true.

Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No. (617) 590-9468
Lucy.sun@usdoj.gov