AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:21-cr-00398-BAH |
| JAMES BURTON MCGREW | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT JAMES BURTON MCGREW                                                                      .

Date:      10/28/2021

/s/ William L. Shipley Jr.
*Attorney's signature*

William L. Shipley, Jr.
*Printed name and bar number*

Law Offices of William L. Shipley
841 Bishop Street, Ste. 2201
Honolulu, Hawaii 96813

*Address*

808shipleylaw@gmail.com
*E-mail address*

(808) 521-3363
*Telephone number*

*FAX number*