**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-cr-398-BAH |
| | : | |
| **JAMES MCGREW,** | : | |
| | : | |
| Defendant. | : | |

## RESPONSE TO THE COURT'S ORDERS

On October 25, 2021 and October 28, 2021, the Court ordered the government to submit a report as to the length and source(s) of the video evidence described in the defendant's motion and the government's opposition. The following are the videos the government intends to submit. The government has no objection to making the following evidence described herein publicly available without restriction: Videos 1-8, 10-13.

The government has provided the Court an unredacted copy of Video 9 and would request to publicly provide a copy with certain seconds of the audio muted; specifically, where the defendant shouts the names and badge numbers of the officers standing before him.

The government has provided all the videos described herein to the Court and to defense counsel by way of USAfx.

1. **Video 1** – 40-minute CCTV video depicting the defendant's entrance into the U.S. Capitol from the Upper West Terrace Doors. The defendant appears in the video at 2:45:36 PM, or approximately 25:36 minutes into the video.

2. **Video 2** – 40-minute CCTV video depicting the defendant's entrance into the U.S. Capitol

from the inside of the Upper West Terrace Doors.[1]  The defendant appears in the video at 2:45:42 PM, or approximately 25:42 minutes into the video.

3. **Video 3** – 3 minute and 20 second BWC video depicting the events which are the basis for the government's 18 U.S.C. §§ 111(a)(1) and 231(a)(3) charges.  The defendant appears throughout the video.

4. **Video 4** – 7 minute and 5 second BWC video which the defendant alleges depicts him "picking up a police baton off the floor" and "handing it back to the Officer."  The defendant appears first at 15:03:47, or approximately 1:17 minutes into the video, and then again at 15:07:09, or approximately 4:40 minutes into the video, for the rest of the video.

5. **Video 5** – 4 minute and 55 second CCTV video of the defendant at the Lower West Terrace tunnel.  The defendant appears throughout the video.  The conduct for which the defendant was charged with 18 U.S.C. §§ 111(a)(1) and (b) begins at approximately 3:10 minutes into the video.

6. **Video 6** – 5 minute and 30 second CCTV video of the defendant at the Lower West Terrace tunnel.  The defendant appears throughout the video and is a continuation of Video 5. The video depicts the pushing into the tunnel described in the government's opposition on pages 13-14.

7. **Video 7** – 2 minute 25 second BWC video from the Lower West Terrance tunnel.  The defendant appears throughout the video.  The conduct for which the defendant was charged with 18 U.S.C. §§ 111(a)(1) and (b) is the first 30 seconds of the video.

---

[1] This video is another view of the Upper West Terrace doors.  Videos 1 and 2 depict both sides of the doors, in response to the defendant's statement on page 7 of his motion that the videos "show[] Mr. McGREW entering through doors opened by Capitol Police who motioned protestors to come inside the building."

8. **Video 8** – 1 hour 28 minute open-source video of the U.S. Capitol on January 6, 2021. The defendant appears from 49:00 to 54:00. The conduct during the five minutes is described in the government's opposition from pages 3-5.

9. **Video 9** – 10-minute BWC video from near the Old Senate Chamber. The defendant appears throughout the video. The conduct during the video is described in the government's opposition on page 6.

10. **Video 10** – 2-minute CCTV video of the defendant exiting the East Rotunda Doors. The defendant appears throughout the video.

11. **Video 11** – 2:44 minute open-source video of the Lower West Terrace. The defendant appears throughout the video. The conduct for which the defendant was charged with 18 U.S.C. §§ 111(a)(1) and (b) begins at approximately 1:10 minutes into the video.

12. **Video 12** – 3:11 minute video from the defendant's iCloud account. The conduct during the video is described in the government's opposition on page 17.

13. **Video 13** – 7:13 minute video from the defendant's iCloud account. The conduct during the video is described in the government's opposition on page 17-18.

Sincerely,

CHANNING D. PHILLIPS
Acting United States Attorney

By:   /s/ *Lucy Sun*
Lucy Sun
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No. (617) 590-9468
Lucy.sun@usdoj.gov