UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Case No. 21-cr-398-BAH |
| : | |
| JAMES MCGREW,  : | |
| : | |
| Defendant.   : | |

**SUPPLEMENTAL RESPONSE TO THE COURT'S ORDERS**

On October 28, 2021, the government filed a response to the Court's October 25, 2021 and October 28, 2021 orders. The government would like to amend the response and note that Video 9 does not need to be muted. The government has no objection to making Videos 1-13 publicly available without restriction.

In addition, the government notes that on page 23 of its opposition, the government states that the defendant's iCloud videos include footage of his face. The government uploaded a 2:28 video, called Video 14, which shows the defendant's face at 2:09. Video 14 can also be made public without restriction.

Sincerely,

CHANNING D. PHILLIPS
Acting United States Attorney

By:   /s/ *Lucy Sun*
Lucy Sun
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No. (617) 590-9468
Lucy.sun@usdoj.gov