UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-398 (BAH) |
| | ) | |
| JAMES BURTON MCGREW, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION TO ALLOW
THE UNDERSIGNED ATTORNEY TO PARTICIPATE VIA ZOOM

Counsel for Defendant, James McGrew, John Pierce, and William Shipley respectfully submits this motion in response to the Court's Order on November 17, 2021. The undersigned requests to participate by Zoom for the motion hearing, scheduled for November 22, 2021, at 1:30 pm.

As grounds for the motion, the undersigned attorney as the undersigned attorney lives in Los Angeles California, and Co- Counsel Lives in Hawaii.

Should the Court deny Defendant's motion, the undersigned attorney would request to be able to call into the motion hearing and be on stand-by should the Court have any questions for the undersigned attorney, with another California Licensed Attorney in the firm being present.

Date: November 17, 2021                                Respectfully Submitted,

*John M. Pierce*
_____
John M. Pierce (*PHV Admitted*)
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
Tel: (213) 400-0725
Email: jpierce@piercebainbridge.com

*Attorney for Defendant James Burton McGrew*

1

## **CERTIFICATE OF SERVICE**

      I, John M. Pierce, hereby certify that on this day, November 17, 2021, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                                  /s/ John M. Pierce
                                                  John M. Pierce