UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-398-BAH |
| : | |
| JAMES MCGREW, : | |
| : | |
| Defendant. : | |

MOTION TO CONTINUE HEARING

The United States of America requests to continue the hearing, set for November 22, 2021 at 1:30 pm, to either November 23, 2021 or the morning of November 24, 2021. As grounds for the motion, the government states that Eric Glover, General Counsel for the D.C. Department of Corrections, plans to attend the hearing to answer questions the Court may have as to the defendant's treatment while detained. Presently, Attorney Glover is scheduled to appear at 2:00 pm on November 22, 2021 before Judge Ryan in D.C. Superior Court and cannot make the Monday hearing date.

The government will be providing to the Court the defendant's medical records as to his treatment while at the D.C. Department of Corrections as part of its filing tomorrow.

The defendant assents to the motion.

Sincerely,

MATTHEW GRAVES
United States Attorney
By:   /s/ *Lucy Sun*   
Lucy Sun
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No. (617) 590-9468
Lucy.sun@usdoj.gov