UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-398-BAH |
| | : | |
| JAMES MCGREW, | : | |
| | : | |
| Defendant. | : | |

### RESPONSE TO THE COURT'S NOVEMBER 18, 2021 ORDER

On November 18, 2021, the Court ordered the government to file a notice indicating whether the government's Unopposed Motion for Release of Medical Records is moot.

The government states that the parties obtained the defendant's medical records from the D.C. Department of Corrections on November 17, 2021. The government has no objection to the Court finding the motion moot.

Sincerely,

MATTHEW GRAVES
United States Attorney

By:   /s/ *Lucy Sun*
Lucy Sun
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No. (617) 590-9468
Lucy.sun@usdoj.gov