UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-398-BAH |
| | : | |
| JAMES MCGREW, | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S UNOPPOSED MOTION TO SEAL
GOVERNMENT'S RESPONSE AND EXHIBIT A

The United States of America respectfully requests to seal the government's <u>Response to the Defendant's Update on Medical Status and Petition for Medical Treatment</u> and Exhibit A to the government's response. As grounds for the motion, the government states that the government's response and Exhibit A contain confidential information about the defendant's medical history and treatment. The defendant assents to this motion.

Sincerely,

MATTHEW GRAVES
United States Attorney
By:           /s/ *Lucy Sun*
Lucy Sun
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No. (617) 590-9468
Lucy.sun@usdoj.gov

### CERTIFICATE OF SERVICE

I, Lucy Sun, hereby certify that on this day, November 19, 2021, I caused a copy of the foregoing document to be served on the defendant's attorneys via ECF.

By:   /s/ *Lucy Sun*
Lucy Sun