UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 21-cr-398 (BAH)-1 |
| ) | |
| **JAMES BURTON MCGREW,** ) | |
| ) | |
| Defendant. ) | |

### RESPONSE TO CHIEF JUDGE BERYL A. HOWELL'S
### MINUTE ORDER DATED DECEMBER 1, 2021

Comes now William L. Shipley, attorney of record for defendant James McGrew, and hereby responds to the Order of this Court dated December 1, 2021, with regard to his status with the California Bar Association.

1. I was first licensed to practice law as a member of the California Bar Association in 1988.

2. Upon joining the United States Attorney's Office for the Eastern District of California in July 1992, I became exempt from mandatory "continuing legal education" requirements of the California Bar Association.

3. In February 2003 I became employed by the United States Attorney for the District of Hawaii.

4. An Assistant United States Attorney is only required to be an active member of any state bar association and is not required to be a member of the bar association of the state in which he/she works. I maintained my active status with the California Bar Association throughout my employment with DOJ.

5. In August 2008, after taking and passing the Hawaii State bar examination in anticipation of practicing law in Hawaii after my departure from the U.S. Attorney's Office., I was admitted to the State Bar of Hawaii.

6. In May 2013, I left the Department of Justice and went into private practice in Hawaii.

7. I last practiced law in a California state court in May 1992.

8. The continuing legal education requirements of the California and Hawaii Bar Associations are different. I have remained in compliance with the

Hawaii Bar Association's annual legal education requirements from 2013 to the present.

9. My current status with the California Bar Association is "Inactive." I have not maintained my California "Mandatory Continuing Legal Education" ("MCLE") account as up-to-date although I have continually attended educational courses online and in Hawaii.  I merely failed to report that attendance to the California MCLE office.

10. Prior to submitting my application for *pro hac vice* admission with this Court, I reviewed the requirements for such admission as I had never sought *pro hac vice* admission in this or any court at any time in the past.  I then confirmed with the California Bar Association prior to making application to this Court that I remain eligible to practice law in California if I elected to move from "Inactive" to "Active" status and brought my MCLE account current. I am not "ineligible" -- my status is voluntary on my part, and subject to being adjusted at my request.

11. I am currently in the process of updating my MCLE account in both Hawaii and California for purposes of licensing renewal on January 1, 2022.  I plan to resume "Active" status in California on or before that date once my California MCLE account is up to date.

Dated: December 1, 2021            Respectfully submitted,

                                   s/ *William L. Shipley*
                                   William L. Shipley
                                   **LAW OFFICE OF WILLIAM L. SHIPLEY
                                   & ASSOCIATES**
                                   P.O. Box 745
                                   Kailua, HI 96734
                                   Tel: (808) 228-1341
                                   Email: 808Shipleylaw@gmail.com