UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-398-BAH |
| | : | |
| JAMES MCGREW, | : | |
| | : | |
| Defendant. | : | |

UPDATE TO THE DEFENDANT JAMES MCGREW'S MEDICAL STATUS

The United States submits the following information to the Court as to the defendant, James McGrew's, medical status:

As of Wednesday, December 15, 2021, the United States Marshals Service ("USMS") requested additional paperwork from the D.C. Department of Corrections ("D.C. Jail") as to the defendant's physical therapy request.  On Friday, December 17, the D.C. Jail provided to the USMS the requested documents.  On Monday, December 20, the USMS approved the defendant for "two (2) pelvic floor physical therapy sessions only, to include one (1) initial evaluation and instruction in an independent exercise program and one (1) follow-up session.  If further treatments are required, please enter a new submission with supporting objective medical documentation/notes/lab results, etc. for review . . ."

On that same day, D.C. Jail reached out to a local hospital to schedule the defendant's appointment.  D.C. Jail learned today, December 21, that the defendant is on a waitlist at the hospital because there is only one physical therapist that provides the type of therapy the defendant requires.  D.C. Jail has begun inquiring at other hospital locations.

Respectfully submitted,

MATTHEW GRAVES,
United States Attorney
By:            /s/ *Lucy Sun*
Lucy Sun
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No. (617) 590-9468
Lucy.sun@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

/s/ Lucy Sun
Lucy Sun
Assistant U.S. Attorney

Date: December 21, 2021