UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.   ) | Case No. 21-cr-00398- BAH |
| ) | |
| JAMES MCGREW ) | |
| ) | |
| **Defendant** ) | |
| ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE OF JOHN M. PIERCE ON BEHALF
OF DEFENDANT JAMES MCGREW

Pursuant to Local Civil Rule 83.6(b). the undersigned counsel hereby respectfully withdraws his appearance for Defendant James McGrew in the above-caption matter. As of April 28, 2022 William L. Shipley has been retained and will be substituting as counsel of record for Defendant James McGrew. Mr. Shipley has filed an Appearance of Counsel form in this case and is a member of the D.DC. bar. As Mr. Shipley will remain as lead counsel, there will be no delay in these proceedings.

Date: April 28, 2022                    Respectfully Submitted,

*John M. Pierce*

John M. Pierce
21550 Oxnard Street
3d Floor, PMB#172
Woodland Hills, CA 91367
Tel: (213) 279-7846
Email: jpierce@johnpiercelaw.com

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, April 28, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce