# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-cr-00398-BAH** |
| | ) | |
| **JAMES MCGREW** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

## MOTION TO VACATE SENTENCING DATE AND CONTINUE SENTENCING

        William L. Shipley, Jr., Esq.
        PO Box 745
        Kailua, Hawaii 96734
        Tel: (808) 228-1341
        Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW COMES, Defendant, James McGrew by and through undersigned counsel, and respectfully requests this Honorable Court to vacate the current schedule for August 9, 2022, at 1:30 pm. for Mr. McGrew's sentencing.

The undersigned counsel would request this Court to schedule Mr. McGrew's sentencing on or after the first week of October 2022.

WHEREFORE, the defendant, James McGrew move this Honorable Court to vacate the current scheduled sentencing and continue it to the first week of October, 2022 or sometime thereafter.

Dated: June 7, 2022                    Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*