UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-00398-BAH |
| | ) | |
| JAMES MCGREW | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**ERRATA AS TO DEFENDANT JAMES MCGREW'S MOTION TO CONTINUE**

                                                     William L. Shipley, Jr., Esq.
                                                     PO Box 745
                                                     Kailua, Hawaii 96734
                                                     Tel: (808) 228-1341
                                                     Email: 808Shipleylaw@gmail.com

                                                     *Attorney for Defendant*

Defendant James McGrew's motion to continue his sentencing hearing, which was granted by the Court on June 7, 2022, failed to include the specific request that all deadlines with respect to the preparation and filing of the Presentence Report by the United States Probation Office should also be extended to coincide with the new date for the Sentencing hearing.

This provision was specifically requested by the United States Probation Officer assigned to this case, and the request was mistakenly omitted due to an error by counsel for Mr. McGrew.

Based thereon, Mr. McGrew requests that this Court's June 7, 2022, Order granting the Motion.

Dated: June 8, 2022                     Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*