UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.            ) | Case No. 21-cr-00398-BAH |
| ) | |
| JAMES MCGREW ) | |
| ) | |
| **Defendant**  ) | |
| ) | |

**CORRECTED ERRATA AS TO DEFENDANT JAMES MCGREW'S
MOTION TO CONTINUE**

                              William L. Shipley, Jr., Esq.
                              PO Box 745
                              Kailua, Hawaii 96734
                              Tel: (808) 228-1341
                              Email: 808Shipleylaw@gmail.com

                              *Attorney for Defendant*

On June 7, an Errata was filed for Mr. McGrew regarding the filing of the Presentence Report. During its transport—a portion of the last paragraph was cut off and only listed as a sentence fragment. The correct version is below.

Based thereon, Mr. McGrew requests that this Court's June 7, 2022, Order granting the Motion to Continue Sentencing be Amended to reflect that all deadlines regarding the filing of the Presentence Report by the United States Probation Office are extended to coincide with the new date for the Sentencing Hearing.

Dated: June 8, 2022                    Respectfully submitted,

                                                  /s/ William L. Shipley
                                                  William L. Shipley, Jr., Esq.
                                                  PO BOX 745
                                                  Kailua, Hawaii 96734
                                                  Tel: (808) 228-1341
                                                  Email: 808Shipleylaw@gmail.com
                                                  *Attorney for Defendant*