UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-398-BAH |
| | : | |
| JAMES MCGREW, | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S MOTION TO SEAL THE DEFENDANT'S MEDICAL RECORDS

The United States of America respectfully requests to seal the updated medical records of the defendant. As grounds for the motion, the government states that the records contain confidential information about the defendant's medical history and treatment.

Sincerely,

MATTHEW GRAVES
United States Attorney
By:              /s/ *Lucy Sun*
Lucy Sun
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No. (617) 590-9468
Lucy.sun@usdoj.gov

CERTIFICATE OF SERVICE

I, Lucy Sun, hereby certify that on this day, August 4, 2022, I caused a copy of the foregoing document to be served on the defendant's attorney, William Shipley, via ECF.

By:    /s/ *Lucy Sun*
Lucy Sun