UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-398-BAH |
| | : | |
| JAMES MCGREW, | : | |
| | : | |
| Defendant. | : | |

JOINT STATUS REPORT

The United States of America and the defendant, James McGrew, through his counsel, submit this joint status report updating the Court as to the defendant's medical issues. As of September 9, 2022, D.C. Department of Corrections received the results of the defendant's MRI, and the results indicate that the defendant is "normal."

It is the government's understanding that the defendant has not had his previously scheduled gastrointestinal appointment, but that a joint gastroenterology and colonoscopy will be scheduled this week for the defendant. Once the date is set, the government will further update this report.

Respectfully submitted,

| | |
|---|---|
| JAMES MCGREW, | MATTHEW GRAVES,<br>United States Attorney |
| By:   /s/ William Shipley (by LS)<br>William Shipley, Esq.<br>Law Office of William L. Shipley<br>PO Box 745<br>Kailua, Hawaii 96734<br>Telephone No. (808) 228-1341<br>808Shipleylaw@gmail.com | By:           /s/ *Lucy Sun*<br>Lucy Sun<br>Assistant United States Attorney<br>Detailee – Federal Major Crimes<br>United States Attorney's Office<br>for the District of Columbia<br>Telephone No. (617) 590-9468<br>Lucy.sun@usdoj.gov |