UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-398-BAH |
| | : | |
| JAMES MCGREW, | : | |
| | : | |
| Defendant. | : | |

STATUS REPORT

The United States of America submits this status report updating the Court as to the defendant's medical issues. As of September 23, 2022, the defendant's joint gastroenterology and colonoscopy appointment has been scheduled for early next month.

Respectfully submitted,

MATTHEW GRAVES,
United States Attorney

By:           /s/ *Lucy Sun*
Lucy Sun
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No. (617) 590-9468
Lucy.sun@usdoj.gov

CERTIFICATE OF SERVICE

I, Lucy Sun, hereby certify that on this day, September 23, 2022, I caused a copy of the foregoing document to be served on the defendant's attorney, William Shipley, via ECF.

By:           /s/ *Lucy Sun*
Lucy Sun