UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
             v.                   :          Case No. 21-cr-398-BAH
                                  :
JAMES MCGREW,                     :
                                  :
             Defendant.           :


GOVERNMENT'S MOTION TO SEAL
THE DEFENDANT'S MILITARY RECORDS

The United States of America respectfully requests to seal the defendant James McGrew's military records, which will be an exhibit to the government's sentencing memorandum.   As a basis for the request, the government states that the records include confidential information, including medical information concerning the defendant.   The defendant assents to this request.

Sincerely,

MATTHEW GRAVES
United States Attorney
By:          /s/ Lucy Sun_____
Lucy Sun
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No. (617) 590-9468
Lucy.sun@usdoj.gov


**CERTIFICATE OF SERVICE**

I, Lucy Sun, hereby certify that on this day, September 29, 2022, I caused a copy of the foregoing document to be served on the defendant's attorney, William Shipley, via ECF.

By:     /s/ Lucy Sun___
        Lucy Sun