GATEWAY PUNDIT
We report the truth — and leave the Russia-Collusion fairy tale to the Conspiracy media

# "I Have Heard Many Stories of Horrors and Atrocities in Tiananmen Square. This Was America's Tiananmen Square." Jan 6 Victim of Police Brutality and Prosecutorial Misconduct – Marine James McGrew

By Joe Hoft
Published April 13, 2022 at 9:50pm
222 Comments

f Share    Twitter    Gab    Telegram    Gettr    ✉





GATEWAY PUNDIT
We report the truth — and leave the Russia-Collusion fairy tale to the Conspiracy media

materials are being withheld from defendants (or are cropped, altered, or plainly mis-attributed). Prosecutors in the case of James McGrew (**a two time Iraqi combat veteran and American hero who was at the Capitol on Jan 6th and–despite prosecutor's admission he injured no one–denied bail since his arrest last May**), withheld a video of him handing a baton back to an officer who dropped it, prompting the officer to reply "Thank you," according to court filings. McGrew only discovered the existence of that video because it was provided to lawyers for another defendant.

Advertisement



CAPITOL PUNISHMENT    JOIN OVER 65,000 OTHER PEOPLE WHO LEARNED THE TRUTH ABOUT THE JANUARY 6TH CAPITOL    PRO-TRUMP MOBS STORM US CAPITOL
WATCH NOW

X

On January 6th 2021, I went to the Stop the Steal rally in Washington D.C. in support of Donald J. Trump, my Country, and the Constitution which it was founded. It was my Honor to walk down Constitution Avenue towards the United States Capital alongside millions of Patriotic Americans and Veterans alike, to allow for our voices to be heard by Senators and Congress men and women whom we voted in office to represent us, a protected act in the Constitution of the United States under the 1st Amendment.

This was done with zero malicious intent on my heart at the request of the 45th President of United States, who I knew as the Commander in Chief from my time as a Combat Marine. President Trump said we should peacefully go down to the Capitol and cheer on our Representatives and allow for our voices to be heard. I did so willingly and with an open heart. Dr Martin Luther King Jr can be quoted as having said, "One who breaks an unjust law must do so openly, lovingly, and with the willingness to accept the penalty. I submit that an individual who breaks the law that conscience tells him is unjust, and who willingly accepts the penalty of imprisonment in order to arouse the conscience of the community over its injustice, is in reality expressing the



ww.thegatewaypundit.com



highest respect for the law."

How true these words would burn in my heart on January 6th and peacefully standing up to injustices would be my cause. I truly had no idea at the horrific acts of violence upon American Citizens, by the Metropolitan Police Department and Capitol Police, I would be met with. Approaching close to the United States Capitol the sights and sounds ever so familiar from my combat service to my Country as a United States Marine would be ever present and forever present in my mind today.

my mind today.

The sounds of explosions one after another after another, my eyes fixated on the plumes of smoke that rose in all directions atop the United States Capitol and its hallowed grounds. These sights and sounds would become quickly evident as I entered into the panicked crowds thousands of American Citizens, Elderly, and Children begging for help as many gasped from the toxic fumes from deployed gas canisters. These canisters had been indiscriminately shot and tossed into the crowds of peaceful rally-goers—men, women, elderly, and children alike. Quickly and instinctively my training as a Marine would kick in as I found myself running to the front lines

GATEWAY PUNDIT
We report the truth — and leave the Russia-Collusion fairy tale to the Conspiracy media

peacefully persuade Metropolitan Police Officers and Capitol Policemen to stop injuring and inciting violence upon peaceful, patriotic, American families. The Marine Corps motto "Once a Marine Always a Marine" echoing in my mind.

Advertisement - story continues below



**Always Keep a Bread Clip with You when Traveling, Here's Why**

Ad by Sogoodly

I watched dozens of officer's spray thousands of gallons of pepper spray into crowds filled with elderly and children, not caring or even giving second thought to who they hit. I watched them deploy gas canister after gas canister and rubber bullets filled with chemical deterrents shot from weapons in an effort to not disperse crowds, but to inflict pain and carnage. These weapons were used in such a quantity that even a trained combat veteran as myself wondered at times if I might die from respiratory distress. I was hit with so much of these toxic chemicals, I can remember looking at the sky and thinking it was raining and that the rain may never stop. I watched

GATEWAY PUNDIT
We report the truth – and leave the Russia-Collusion fairy tale to the Conspiracy media

GATEWAY PUNDIT
We report the truth – and leave the Russia-Collusion fairy tale to the Conspiracy media

the sky and thinking it was raining and that the rain may never stop. I watched an Officer, who I now know as Metropolitan Police Officer Thai run to the front of the police line and blindly shoot five different tasers into the crowd never offering any commands merely inflicting carnage. I witnessed many in respiratory distress begging Metropolitan Police and Capitol Police to help them only to be met with the repeated strikes of shields and batons. **I have heard many stories of horrors and atrocities in Tiananmen square. This was America's Tiananmen square.**

For my actions in helping my fellow Americans on January 6th, many whom I now call my friends and family, I am held captive in the District of Columbia,

Americans on January 6th, many whom I now call my friends and family, I am held captive in the District of Columbia, Department of Corrections, Gulag, quite literally by all accounts a Prisoner of War. As a combat veteran I use this most sacred of war terminology sincerely and respectfully, from my heart to never take away from the past men and women who suffered so very many atrocities during their time as POWs. Myself and our Country are forever indebted to their distinguished and Honorable service to their Country.

Since my illegal detainment, I have been held in deplorable conditions in a depilated facility. Cells with mold and feces on walls, plumbing that overflows

GATEWAY PUNDIT
We report the truth — and leave the Russia-Collusion fairy tale to the Conspiracy media

I have been subjected to 23 and 22-hour-a-day lockdowns for the vast majority of my captivity, even as the Supreme Court has ruled in past cases this is cruel and unusual punishment for death row inmates. Why is this treatment considered fair by the Department of Justice for me? Why America?

I have been given inadequate and in most cases non-existent medical care, before my illegal detainment I was only a few weeks removed from a Department of Veterans Affairs Hospitals Intensive Care Unit and today suffer from severe pain from an ailment that goes untreated. I have been in this pain since before my captivity all well

GATEWAY PUNDIT
We report the truth — and leave the Russia-Collusion fairy tale to the Conspiracy media

suffer from severe pain from an ailment that goes untreated. I have been in this pain since before my captivity all well documented upon grievance forms and medical request here at the District of Columbia Gulag.

I have been subjected to diet that I could not by all means serve to my enemies in Iraq, who upon being detained I treated as I would want to be treated with respect and dignity. However, this is far from the motto of staff here at the Gulag.

I believe their motto is more along the lines of the hate speech that spewed from the mouth of the Gulag's Deputy Warden Landerkin her twitter account saving she hates all white men

GATEWAY PUNDIT
We report the truth — and leave the Russia-Collusion fairy tale to the Conspiracy media

staff here at the Gulag.

I believe their motto is more along the lines of the hate speech that spewed from the mouth of the Gulag's Deputy Warden Landerkin on her twitter account saying she hates all white men and they should be exterminated. This has been more in line with the treatment of myself and others January 6th Captives.

Advertisement - story continues below



8:18

GATEWAY PUNDIT
We report the truth — and leave the Russia-Collusion fairy tale to the Conspiracy media



As an American Patriot and Veteran who loves his Country the United States of America deeply my heart bleeds at the slow strangulation and attempted murder of her values and as a member of the Armed Forces I cannot stand ideally by as my God given and Constitutional freedoms are trampled upon.

President Biden recently can be quoted as saying "he stands in the breach." I am here to say the American Patriot also stands in this breach against your tyrannical regime and We The People, are the bedrock and founding pillars of the United States Of America. We The People, will no longer be silenced to the Injustices of tyrants. We are the breach

GATEWAY PUNDIT
We report the truth — and leave the Russia-Collusion fairy tale to the Conspiracy media

GATEWAY PUNDIT
We report the truth — and leave the Russia-Collusion fairy tale to the Conspiracy media

the United States Of America. We The People, will no longer be silenced to the Injustices of tyrants. We are the breach that stands in the way of Communist and Marxist ideology.

I was recently heartbroken at the news of the death of Matthew Perna, an American Patriot and Hero. His pain echoes in my heart and mind daily. It infuriates me that our government, supposed democracy, and inherently unfair justice system let this young man down, as it also let down the families of Ashli Babbitt, Roseanne Boyland, Ben Phillips, and Kevin Greeson.

- **Roseanne Boyland was brutally beat to death by Metropolitan**

Phillips, and Kevin Greeson.

- **Roseanne Boyland was brutally beat to death by Metropolitan Police Officer Lila Morris.**

- **Ashli Babbitt was shot in cold blood by Michael Byrd who has profited thousands of dollars from her death.**

- **Ben Phillips was hit in the head with a concussion grenade and the District of Columbia Medical examiner would have you believe he died of natural causes.**

- **Kevin Greeson was hit by a**



GATEWAY PUNDIT
We report the truth — and leave the Russia-Collusion fairy tale to the Conspiracy media

These are the facts America and there are thousands of hours of video and witness testimony to back this up.

In Matthew Perna's obituary his family said "many were quietly supportive of him." While I am very thankful Matthew had this support, I am here to tell you it is not enough.

STAND UP AMERICA!! Stop being quietly supportive. Vocalize your support to the world, get involved. If not for us, for American values, for your faith, your community, your children's education for our flag, our Country, and most importantly stand up for the God Given

STAND UP AMERICA!! Stop being quietly supportive. Vocalize your support to the world, get involved. If not for us, for American values, for your faith, your community, your children's education for our flag, our Country, and most importantly stand up for the God Given Rights of all people.

America Your Country Needs you, Stand up and Fight
Go Peacefully and Wholeheartedly into the World.

Advertisement - story continues below

