UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-398-BAH |
| | : | |
| JAMES MCGREW, | : | |
| | : | |
| Defendant. | : | |

STATUS REPORT

The United States of America submits this status report updating the Court as to the defendant's medical issues. As of October 21, 2022, according to the D.C. Department of Corrections, the defendant has had no significant changes or developments in his health. The defendant is still awaiting the pathology results from his procedure earlier this month. The defendant received one pair of glasses in the past two weeks.

Respectfully submitted,

MATTHEW GRAVES,
United States Attorney

By:      /s/ Lucy Sun
Lucy Sun
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No. (617) 590-9468
Lucy.sun@usdoj.gov

CERTIFICATE OF SERVICE

I, Lucy Sun, hereby certify that on this day, October 21, 2022, I caused a copy of the foregoing document to be served on the defendant's attorney, William Shipley, via ECF.

By:   /s/ Lucy Sun

Lucy Sun