UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-398-BAH |
| | : | |
| JAMES MCGREW, | : | |
| | : | |
| Defendant. | : | |

GOVERNMENT'S MOTION TO SEAL
THE DEFENDANT'S MEDICAL UPDATE

The United States of America respectfully requests to seal the government's Status Report as to the Defendant's Health. As grounds for the motion, the government states that the filing contains confidential information about the defendant's medical history and treatment.

Sincerely,

MATTHEW GRAVES
United States Attorney
By:         /s/ Lucy Sun
Lucy Sun
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No. (617) 590-9468
Lucy.sun@usdoj.gov

CERTIFICATE OF SERVICE

I, Lucy Sun, hereby certify that on this day, December 2, 2022, I caused a copy of the foregoing document to be served on the defendant's attorney, William Shipley, via ECF.

By:   /s/ Lucy Sun
Lucy Sun