UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00398-BAH |
| ) | |
| JAMES McGREW, ) | |
| Defendant ) | |

**DEFENDANT JAMES MCGREW'S UNOPPOSED MOTION
TO CONTINUE SENTENCING**

1

NOW COMES defendant James McGrew, by and through his counsel of record, William L. Shipley, and requests that this Honorable Court to reschedule sentencing currently set for the morning of January 27, 2023 to the afternoon of January 27, 2023.

Attorney Shipley began trial on December 5, 2022, in the second "Oath Keepers" case.  See United States v. Rhodes, et al.  22-cr-00015-APM.

When the sentencing hearing for James McGrew was set by this Court, the above-listed case was scheduled to start on November 29, 2022, and anticipated to conclude prior to the holidays.  On October 28, 2022, the trial date was rescheduled for December 5, 2022.  See United States v. Rhodes, et al.  22-cr-00015-APM ECF. No. 377.   The case is now expected to continue into the week of January 23, 2023 and should conclude on January 27, 2023.

Judge Mehta, whom is presiding over the Oath Keepers trial, only sits for trial during the morning session on Fridays—therefore Attorney Shipley would be available for Defend McGrew's sentencing the afternoon of January 27.

Upon review of both Defense and Government's Counsel schedules, Defendant McGrew respectfully requests that the sentencing hearing for Defendant McGrew set for the morning of January 27, 2023 be moved to the afternoon of January 27, 2023.

Dated: January 4, 2023         Respectfully submitted,
                                /s/ William L. Shipley
                               William L. Shipley, Jr., Esq.
                               PO BOX 745
                               Kailua, Hawaii 96734
                               Tel: (808) 228-1341
                               Email: 808Shipleylaw@gmail.com