UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.              ) | Case No. 21-cr-00398-BAH |
| ) | |
| JAMES MCGREW,       ) | |
| ) | |
| Defendant.      ) | |

**DEFENDANT'S NOTICE OF NO OBJECTION**

NOW COMES Defendant James McGrew, by and through his undersigned counsel of record, William L. Shipley, Esq., to file this Notice of No Objection to the public release of video as proposed in the government's Notice Regarding Video Evidence Supporting the Defendant's Statement of Offense. *See* EFC. No. 65.

Dated: January 14, 2023                    Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*

1