UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-398-BAH |
| | : | |
| JAMES MCGREW, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S UPDATE TO THE COURT**

The United States of America respectfully provides an update to the Court since the government filed its sentencing memorandum on September 29, 2022. In the past several months, the defendant has appeared in three more interviews while at the D.C. House of Corrections.

Approximately two months ago, in November 2022, the defendant gave an interview to "Justice in Jeopardy." *See* "J6 DC Gulag Marine Corps James McGrew Bart Shively | Justice in Jeopardy DAY 672 #J6 Political Hostage Crisis," available at https://rumble.com/v1tes94-justice-in-jeopardy-day-672-j6-political-hostage-crisis.html (last visited on January 17, 2023). During the interview, in addition to discussing his time in the Marines and his alleged lack of treatment from Department of Veteran Affairs, the defendant described recently writing to Lieutenant General Michael Flynn, who has "very influential in keeping us in the fight." *Id.* at 9:22 to 9:49. In addition to the interview, the website advertised the defendant's GiveSendGo account under "JAMES MCGREW, DC GULAG." *See* "Help Free James Mcgrew," available at https://www.givesendgo.com/G26SJ (last visited on January 17, 2023).[1]

---

[1] Although the account appears to be created by and maintained for by the defendant's mother, Leslie McGrew, the account is for the defendant, per the account update on August 5, 2022, "Today we asked for release so James could get correct medical treatment. The request was denied. James's has accepted a plea deal from the DOJ and has accepted responsibility for his

On December 29, 2022, the defendant gave an interview to "Cowboy Logic." *See* "Cowboy Logic – 12/29/22: James McGrew, USMC (J6er)," available at https://rumble.com/v22ejn0-cowboy-logic-122922-james-mcgrew-usmc-j6er.html (last visited on January 17, 2023). The webpage also advertised the defendant's GiveSendGo account along with the title, "THE DC GULAG C2B ON THE PHONE WITH J6 POLITICAL PRISONER JAMES McGREW." During the interview, the defendant relayed that he has his sentencing in January and is looking at "between 70 and 90 months for my involvement on January 6." *Id.* at 4:22 to 4:45. After the interviewers called the range "reprehensible" and opined that it "should totally be time served," the defendant responded, "yes, sir." *Id.*

On January 5, 2023, the defendant gave another interview to "Cowboy Logic." *See* "Cowboy Logic – 1/05/23: J6 Political Prisoners – 2 Years Later (part 7)," available at https://rumble.com/v23mz8e-cowboy-logic-010523-j6-political-prisoners-2-years-later-part-7.html (last visited on January 17, 2023). The webpage also advertised the defendant's GiveSendGo account along with the title, "NEVER FORGET J6 ON THE PHONE WITH J6 POLITICAL PRISONER JAMES McGREW." During the interview, the defendant described sentencing as, "they hit me with you know, you're looking at, you know, 12 years versus, you know, if you take this plea deal, you're looking at, you know, 6 to 10. So, I mean, there's really a lot of fluctuation there, and you're basically at the mercy of the courts. So that's where we're at with everything that's going on there." *Id.* at 2:13 to 2:38.

The defendant then went on to complain about the January 6 Committee while

---

action. This givesendgo was sent up to help with legal fees, commissary and other responsibilities James has. While incarcerated James has no income. Thank you for your prayers and support. God Bless."

perpetuating conspiracy theories:

> Those types of things don't even really scratch the surface, yeah, they are starting to come out, but this fake committee that we just had, did not even touch the surface on any of those, on any of those issues, with, you know with provocateurs in the crowd, or the Ray Epps situation. You know, America really needs to dig in and find the truth for themselves . . . we still haven't seen the 14,000 hours of video evidence, we want that released to the public so the public can decide for [them]selves what the truth is here. **You know, we all know what the truth is, and it's up to the public to figure out for themselves**, you know, the DOJ and the FBI, they have lambasted us in the press, you know, they've made a dog and pony show out of these January 6 Committee hearings, and all they've done, they'll show the evidence and heck, we don't even have some of the evidence that they showed to the public, they didn't even provide that to us before they showed it, they told us we couldn't have it. I mean, it's just ridiculous."

*Id.* at 3:03 to 4:16 (emphasis added).

The defendant went on to complain about the news media, that they "are painting us in this picture as monsters, and, you know, that's not what happened on January 6, not at all." *Id.* to 5:01 to 5:16.

Sincerely,

MATTHEW GRAVES
United States Attorney
By: /s/ *Lucy Sun*
Lucy Sun
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No. (617) 590-9468
Lucy.sun@usdoj.gov

## CERTIFICATE OF SERVICE

I, Lucy Sun, hereby certify that on this day, January 18, 2023, I caused a copy of the foregoing document to be served on the defendant's attorneys via ECF.

                              By:    /s/ *Lucy Sun*
                                          Lucy Sun