UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:21-cr-398 (BAH) |
| | : | |
| JAMES MCGREW, | : | |
| | : | |
| Defendant. | : | |

REPORT ON VIDEO EVIDENCE SUPPORTING
THE GOVERNMENT'S SENTENCING MEMORANDUM

The United States hereby submits this report on the photo and video evidence supporting its Sentencing Memorandum, ECF No. 84.

| Exhibit No. | Source | Length | Relevant Timestamps | Location Depicted |
|---|---|---|---|---|
| A | FBI Interview of McGrew | 1:24:19 | Sentencing Memorandum pages 28 to 32 | N/A |
| B | Cell Phone Video Taken By McGrew | 1:15 | Entire video | West Plaza, 2:19 pm |
| C | Open-Source Video | 2:19 | :10 to :46 | West Plaza, approx. 2:27 pm |
| D | Open-Source Video | 4:59 | Beginning to 2:45; 3:53 to 4:30 | West Plaza, approx. 2:27 pm |
| E | Cell Phone Video Taken By McGrew | 0:44 | Entire video | West Plaza, 2:39 pm |
| F | Cell Phone Video Taken By McGrew | 0:24 | Entire video | Outside Upper West Terrace Doors, 2:41 pm |
| G | Cell Phone Video Taken By McGrew | 3:11 | Entire video | Outside Upper West Terrace Doors, 2:42 pm |
| H | CCTV Video – Upper West Terrace Doorway | 1:15 | :41 to 1:09 | Upper West Terrace Doors, 2:45 pm |
| I | Cell Phone Video Taken By McGrew | 1:48 | Entire video | Upper West Terrace Doors, 2:45 pm |
| J | BWC of Officer J.M. | 2:30 | 1:15 to 2:25 | Old Senate Chamber, 2:48 pm |
| K | BWC of Officer A.A.M. | 10:00 | 1:40 to 1:42; 3:25 to 6:48; | Old Senate Chamber, 2:48 pm |

1

|   |   |   |   |   |
|---|---|---|---|---|
|   |   |   | 7:08 to 9:50 |   |
| L | BWC of Officer B.R. | 3:20 | :03 to :30; 1:25 to 3:20 | Rotunda, 3:04 pm |
| M | Cell Phone Video Taken By McGrew | 7:13 | :50 to 1:10; 2:30 to 7:13 | Rotunda, 3:01 pm |
| N | BWC of Officer J.G. | 7:05 | 1:15 to 1:43; 4:58 to 7:05 | Rotunda, 3:02 pm |
| O | BWC of Officer J.M. | 4:00 | 1:20 to 2:15 | Rotunda, 3:16 pm |
| P | CCTV – East Rotunda Doors | 15:30 | Beginning to 1:48; 9:40 to 15:30 | Inside of East Rotunda Doors, 3:22 pm |
| Q | CCTV – Lower West Terrace | 4:56 | Beginning to :43; 1:18 to 4:56 | Lower West Terrace, 4:07 pm |
| R | Open-Source Video | 2:44 | Entire video | Lower West Terrace, approx. 4:07 pm |
| S | BWC of Officer M.A. | 14:52 | 7:00 to 12:45 | Lower West Terrace, approx. 4:07 pm |
| T | CCTV – Lower West Terrace | 5:30 | Entire video | Lower West Terrace, approx. 4:20 pm |
| U | McGrew Published Article [not video] |   |   |   |
| V | McGrew Military Records [not video] |   |   |   |
| W | BWC of Officer C.W. | 7:00 | Beginning to :15; 1:50 to 4:45; 5:05 to 7:00 | West Plaza, 2:28 pm |
| X | BWC of C.B. | 4:00 | Beginning to :30; 1:30 to 4:00 | Lower West Terrace, 4:10 pm |

The government believes that all such video evidence may be made publicly available without restriction.

Sincerely,

MATTHEW GRAVES
United States Attorney
By: /s/ *Lucy Sun*
Lucy Sun
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No. (617) 590-9468
Lucy.sun@usdoj.gov

## CERTIFICATE OF SERVICE

      I, Lucy Sun, hereby certify that on this day, January 18, 2023, I caused a copy of the foregoing document to be served on the defendant's attorneys via ECF.

                                                    By:    <u>/s/ *Lucy Sun*</u>
                                                                Lucy Sun