UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Case No. 21-cr-00398-BAH |
| | ) |
| JAMES MCGREW, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT JAMES MCGREW'S RESPONSE TO COURT'
ORDER FOR AN ACCOUNTING OF ONLINE FUNDRAISING
BY THE FAMILY OF JAMES MCGREW**

NOW COMES Defendant James McGrew, by and through his undersigned counsel of record, William L. Shipley, Esq., responding to this Court's Electronic Order of January 18, 2023, that Defendant McGrew provide an accounting with respect to funds raised by Defendant McGrew through the GiveSendGo.com fundraising page.

The information set forth herein is the best approximation of an accounting that could be accomplished given the time constraints associated with the Court's Order.

Through January 19, 2023, Defendant McGrew's mother, Leslie McGrew, has raised approximately $41,200 in contributions to the GiveSendGo account which she created. The company that runs the GiveSendGo site takes a fee of approximately 3% for hosting the site and processing the contributions. As a result, the funds actually received by Ms. McGrew total approximately $40,000, and all funds from the account have been delivered to Ms. McGrew.

1

Case 1:21-cr-00398-BAH   Document 106   Filed 01/19/23   Page 2 of 3

1. Prior to creating the account, Leslie McGrew paid $20,000 out of her employer-sponsored retirement account to retain the services of attorney John Pierce in July 2021.  The first $20,000 raised through the GiveSendGo account was used by Ms. McGrew to repay her retirement account – as required by law to avoid penalties.  That leaves a balance of approximately $20,000.

2. In December 2022, Ms. McGrew paid a fee of $5,000 to Dr. Douglas Watt to review Defendant McGrew's VA medical records and write a report to this Court as part of the sentencing.  That leaves a balance of approximately $15,000.

3. Defendant McGrew had unpaid financial obligations of various kinds totaling approximately $4700.00 at the time of his arrest.  Included was a car loan with a $2,000 balance that Ms. McGrew had co-signed.  Another $2,000 was owned on a gas-powered scooter that Defendant McGrew had purchased on credit.  Funds from GiveSendGo were used to pay off those obligations rather than have them go delinquent and into collections.  That leaves a balance of approximately $10,300.00

4. Defendant McGrew has been detained in custody from May 2021 to January 2023 – a period 19 months.  During that time Ms. McGrew has provided Defendant McGrew approximately $7,500 for expenses incurred by him for Commissary and other personal needs, including expenses for various types of communication which are provided only at an expense to detainees.  That leaves a balance of $2,800.

5. Ms. McGrew has paid the expenses for her own travel from Biloxi, Mississippi to Washington D.C. to attend the sentencing hearing with

the GiveSendGo funds. The airfare and hotel total approximately $950. That leaves a balance of approximately $1850.

6. The remaining funds are intended to be used to pay miscellaneous expenses that are likely to be incurred by Defendant McGrew during the time he is committed to the Bureau of Prisons.

Dated: January 19, 2023                    Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*