UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
 *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
UNITED STATES OF AMERICA,         ) Criminal Action
                                  ) No. 21-398
vs.                               )
                                  )
JAMES BURTON MCGREW,              ) January 20, 2023
            Defendant.            ) 1:03 p.m.
                                  ) Washington, D.C.
 *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
```

**TRANSCRIPT OF SENTENCING HEARING**
**BEFORE THE HONORABLE BERYL A. HOWELL,**
**UNITED STATES DISTRICT COURT CHIEF JUDGE**

<u>**APPEARANCES**</u>:

FOR THE UNITED STATES:
> LUCY SUN
> DOJ-USAO
> 595 Main Street
> Worcester, MA 01608
> (508) 368-0103
> Email:  lucy.sun@usdoj.gov
>
> JORDAN ANDREW KONIG
> U.S. Department of Justice
> P.O. Box 55
> Washington, DC 20044
> (202) 305-7917
> Email:  jordan.a.konig@usdoj.gov

FOR THE DEFENDANT:
> WILLIAM L. SHIPLEY, JR.
> PO Box 745
> Kailua, HI 96734
> (808) 228-1341
> Email:  808Shipleylaw@gmail.com

ALSO PRESENT:       KELLI WILLETT, U.S. Probation, via Zoom

Court Reporter:     Elizabeth Saint-Loth, RPR, FCRR
                    Official Court Reporter

Proceedings reported by machine shorthand.
Transcript produced by computer-aided transcription.

1                    **P R O C E E D I N G S**

2              THE COURTROOM DEPUTY:  Matter before the Court,

3       Criminal Case No. 21-398, United States of America versus

4       James Burton McGrew.  Your Honor, Probation Officer Kelli

5       Willett is joining us remotely.

6              Counsel, please come forward and state your names

7       for the record, starting with the government.

8              MS. SUN:  Good afternoon, Your Honor.

9              Lucy Sun for the United States.  I am here with

10      Assistant United States Attorney Jordan Konig.  Sitting

11      right behind us is Metropolitan Police Officer C.B.  He

12      wishes, if possible, to be referred to by his initials.

13             THE COURT:  Okay.  That's fine.

14             "C," as in cat; "V," as in Victor.

15             MS. SUN:  "B," as in bear.

16             THE COURT:  Got it.  I want to make sure I heard

17      that correctly.

18             MR. SHIPLEY:  Good afternoon, Your Honor.

19      William Shipley on behalf of defendant James McGrew, who is

20      present before the Court.

21             THE COURT:  Good afternoon, Mr. McGrew,

22      Mr. Shipley.

23             Mr. Shipley, you are the lawyer who lives in

24      Hawaii, correct?

25             MR. SHIPLEY:  Correct, Your Honor.  But I have

1     been here for two and a half months in trial.

2              THE COURT:  Okay.  You are in a trial here?

3              MR. SHIPLEY:  Yes.  I am in the Oath Keeper trial

4     with Judge Mehta; we're waiting for our jury now.

5              THE COURT:  Okay.  Good.  Well, if we get a

6     message that you are needed --

7              MR. SHIPLEY:  They're gone for the day.

8              THE COURT:  They're gone for the day.

9              MR. SHIPLEY:  Our trial schedule was always up to

10    12:30 on Fridays.  Judge Mehta, understanding that I had set

11    things on Friday afternoon, and jurors may have commitments

12    on Friday afternoons -- he gave them the choice, and they

13    opted to retire at 12:30 today.

14             THE COURT:  I see.  All right.  Thank you.

15             Okay.  So we're here this afternoon for the

16    sentencing of Mr. McGrew who pleaded guilty to the

17    lesser-included offense in Count 4 of the superseding

18    information for assaulting, resisting, or impeding certain

19    officers or employees in violation of 18 U.S.C. Section

20    111(a)(1), which is the statute that carries -- given the

21    lesser-included offense -- a statutory maximum of 8 years'

22    imprisonment.

23             So I am going to begin this sentencing hearing as

24    I do all of my sentencing hearings, by reviewing the

25    materials that I have looked at in connection with the

1    sentencing hearing.  And given the flurry of materials that

2    have been submitted on the docket, this is part of the

3    reason I do it; to make sure that I haven't missed anything,

4    and that the parties have each other's different filings.

5            All right.  So I have reviewed, of course, the

6    probation office's presentence investigation report docketed

7    at ECF 85 and the probation office's sentencing

8    recommendation that was docketed at ECF 86.

9            I have also reviewed, as they have come in, the

10   regular reports from the government about Mr. McGrew's

11   continuing medical care while he has been in D.C. jail

12   docketed at ECF 80, 82, 91, 97; and I think 97 is the most

13   recent packet.  Also 90, which is a status report on

14   different medical issues; that was also ECF 90.

15           I have also reviewed the government's sentencing

16   memo docketed at ECF 84, and a variety of exhibits submitted

17   by the government in support of its arguments made in its

18   sentencing memo including the defendant's summary of his

19   military record; his April 2022 blog post by Mr. McGrew, I

20   guess, and written by Mr. McGrew; his interview with law

21   enforcement; and 21 video exhibits that are catalogued in

22   the government's report at ECF 102.

23           I have also reviewed the video exhibits from his

24   detention hearing back in November of 2021, which were

25   identified in the government's reports at ECF 34, 35, and 37.

1    I have also reviewed the government's status

2    report submitted on January 18th, 2023, earlier this week,

3    detailing some of Mr. McGrew's more recent interviews that

4    have been publicly made available.

5    I have also reviewed the government's submission

6    under seal of different medical records from the defendant's

7    V.A. file docketed at ECF 103, and a victim impact statement

8    from a U.S. Capitol Police officer docketed at 108.

9    I have also reviewed the defendant's sentencing

10   memo docketed at 88 and the reply docketed at ECF, I think,

11   100.  Let me make sure that is right.  No, 98.  88 was the

12   original defendant's memo, the reply is 98 and, then,

13   different neuropsychological reports were submitted under

14   seal at 100.

15   And then I have also reviewed the defendant's

16   submission docketed at ECF 106 that provides an accounting

17   of the $41,200 that this defendant and his mother have

18   collected online, and contributions from various people, I

19   think, through a GiveSendGo account.

20   I think that's everything.

21   Does the government have all of those documents?

22   MS. SUN:  We do, Your Honor.

23   THE COURT:  And before I turn to the defense about

24   that, the victim impact statement that the government

25   docketed at ECF 108 is not signed; and I see that you have

1      now provided a signed, dated version.

2              I am going to ask Ms. Gumiel, my courtroom deputy,

3      to replace the unsigned one with the signed one.

4              Do you have a copy of that?

5              THE COURTROOM DEPUTY:  Yes, Your Honor.

6              THE COURT:  Of the signed copy?

7              THE COURTROOM DEPUTY:  Yes.

8              THE COURT:  Okay.  So she's just going to replace

9      that on the docket.

10             MS. SUN:  That's fine.

11             THE COURT:  I would hope so.  Otherwise, you can

12     make another sealing motion, ask me to do it.  I think the

13     appropriate response is:  Thank you so much.

14             MS. SUN:  Thank you so much, Your Honor.

15             THE COURT:  Yes.  Since we like to have those

16     victim impact statements signed, dated and fully executed,

17     shall we say, before they're on the docket.

18             Does the defense have all of those documents that

19     I have summarized?

20             MR. SHIPLEY:  Yes, Your Honor.  Thank you.

21             THE COURT:  All right.  Mr. McGrew, now I'm going

22     to tell you how the sentencing hearing is going to proceed,

23     just so you know what is going to be coming up next in the

24     matters I am going to cover, largely in discussion with the

25     lawyers, but I want you to understand the context of what

1    we're talking about.

2          My sentencing hearings are done in four different

3    steps.  At the first step, I will determine whether you or

4    the government has any objections to any of the factual

5    portions of the presentence investigation report that the

6    probation office prepared and submitted on your behalf.

7          You have already seen, probably, two copies of it;

8    one, the draft that you reviewed, both parties made comments

9    to it, and, then, the final draft is the one I look at,

10   which you have, I think, also seen; but I will confirm that

11   with your lawyer.  If there are any objections to that, I

12   will resolve those at the first step of the hearing.

13         At the second step of the hearing, I will

14   determine how the federal sentencing guidelines apply to

15   your case.  One of the required steps in all federal

16   sentencings is for me to decide and figure out how the

17   guidelines apply and what the advisory sentencing range is

18   in your case since this is a federal felony case, so it is

19   subject to the federal guidelines.

20         At the third step is where I will hear from the

21   government.  I will hear from any victims of your offense

22   conduct who want to be heard during the sentencing.  And

23   then I will hear from your lawyer, and then I will hear

24   directly from you if you wish to speak to me.

25         As you can see from the list of things I have

1    outlined, I have received no letters on your behalf and no

2    letter from you directly, so this is going to be your

3    opportunity to speak to me directly if you wish.

4              And then, at the last step, I will explain the

5    sentence I am about to impose, and impose sentence.

6              Do you have any questions about what is going to

7    be happening in the next hour or so?

8              THE DEFENDANT:  No, ma'am, Your Honor.

9              THE COURT:  All right.  Let's turn to the first step.

10             I understand, from the presentence investigation

11   report at page 48, that the government has no objections to

12   any part of the presentence investigation report.  Is that

13   correct?

14             MS. SUN:  Yes, Your Honor.

15             THE COURT:  And, Mr. McGrew, let me just ask you a

16   couple of questions.

17             Are you fully satisfied with the services of your

18   attorney in this case?

19             THE DEFENDANT:  Yes, ma'am Your Honor.

20             THE COURT:  Do you feel that you have had enough

21   time to talk to Mr. Shipley about the presentence

22   investigation report and all of the other documents

23   submitted in connection with your sentencing today?

24             THE DEFENDANT:  Yes, ma'am, Your Honor.

25             THE COURT:  All right.  Mr. Shipley, have you and

```
 1    your client reviewed the presentence investigation report?
 2              MR. SHIPLEY:  Yes, Your Honor.  But I must say --
 3              THE COURT:  Can you move the microphone closer to
 4    you.
 5              MR. SHIPLEY:  Yes, Your Honor.
 6         But I must say that it's been some time, as we
 7    have delayed this twice.  But when the final report did come
 8    out, we did go over it extensively.  But I have been --
 9    being in trial for two and a half months, we have not
10    revisited that with him.  We have talked several times
11    about, sort of, the evolution of the process and the new
12    information.
13              THE COURT:  All right.  Well, Mr. McGrew, do you
14    feel that you need an opportunity to refresh your
15    recollection about what is in the final presentence
16    investigation report before we proceed?
17              THE DEFENDANT:  No, ma'am.  We're good, Your
18    Honor.  We can continue.  Thank you.
19              THE COURT:  Okay.
20         Mr. Shipley, I understand that the defendant has
21    no objections to any of the factual or other portions of the
22    presentence investigation report.  Is that correct?
23              MR. SHIPLEY:  That's correct, Your Honor.  We
24    believe it fairly characterizes the evidence of both the
25    offense conduct and relevant conduct.
```

1          THE COURT:  All right.  So hearing no objection

2     from the government or the defendant, the Court will accept

3     the factual portions of the presentence report as my

4     findings of fact at sentencing, as supplemented by the

5     statement of facts to which the defendant swore were true

6     and correct at the time of his plea, and as supplemented by

7     my own review of the video evidence submitted in connection

8     with the case and the various medical reports and medical

9     records that have been submitted.

10          All right.  So now let's turn to the determination

11     of the guidelines.

12          The parties have no objection to how the

13     presentence investigation report summarized how the

14     guidelines apply to Mr. McGrew's case.

15          Let me just say I do have some questions that I

16     will get to about the offense level.  But I will start with

17     the criminal history category as to which there does not

18     appear to be any dispute between the parties.

19          The presentence investigation report found that

20     Mr. McGrew has 21 prior criminal convictions; 18 of those

21     were committed when he was 18 years or older and include

22     driving under the influence, felony shoplifting, possession

23     of methamphetamine precursor chemicals, theft of a vehicle,

24     and a multitude of driving offenses.  Only 3 of those 21

25     convictions count towards his criminal history score and

1    count up to 9 points.

2          Another 2 points are added to his criminal history

3    score because he remained under supervision for his

4    convictions for felony shoplifting and motor vehicle theft

5    when he committed the instant offense.

6          Let me just say he has about 30 other criminal

7    arrests for which there is no conviction and don't count

8    towards his criminal history score either.  This gives him a

9    criminal history score of 11 and puts him in Criminal

10   History Category V.  I take it the government has no

11   objection to that criminal history category?

12          MS. SUN:  That is correct.

13          THE COURT:  And, Mr. Shipley, you have no

14   objection to that criminal history category?

15          MR. SHIPLEY:  No, Your Honor.  I have reviewed it

16   with -- I have reviewed it with his Mississippi probation

17   officials, where most of these offenses occurred, and I

18   believe it's accurate.

19          THE COURT:  All right.  Let me now turn to the

20   offense-level determination, and this is where I have a

21   question.

22          The parties both agree that one element of

23   Mr. McGrew's offense-level determination is that he should

24   be awarded a 2-offense level reduction for acceptance of

25   responsibility under the guideline at Section 3E1.1(a).

1          Let me just lay out some of my considerations on

2     whether a defendant should be awarded a 2-level

3     offense-level reduction under that guideline.

4          The application of Note 3 to the guideline at

5     3E1.1 makes clear that a defendant -- and I am quoting:  A

6     defendant who enters a guilty plea is not entitled to an

7     adjustment under this section as a matter of right.

8          So a guilty plea is not an automatic 2-level

9     reduction.  Instead, a defendant must demonstrate clearly --

10    that's in the guideline -- acceptance of responsibility.

11    That's under the guideline at 3E1.1(a).  And the act of

12    pleading guilty constitutes significant evidence of

13    acceptance of responsibility for purposes of this guideline

14    production, Mr. McGrew.

15         But the Application Note 3 says:  It may be

16    outweighed by conduct of the defendant that is inconsistent

17    with such acceptance of responsibility.

18         And when I look at the defendant's statements to

19    the FBI during his interview in August 2022 minimizing his

20    offense conduct, his online published letter, his public

21    interviews on April 14, April 27, June 3, August 23,

22    November [sic] and December 29, 2022, and, most recently, on

23    January 5, 2023, it gives me pause as to whether he merits a

24    2-offense-level reduction.

25         In those interviews he tries to portray himself as

1   a patriot, as a hero, including a hero on January 6, 2021,

2   where Mr. McGrew says he was a hero trying to protect people

3   on January 6, 2021.  He was trying to help people even when

4   he threw a pole into the police line in the lower west

5   terrace tunnel.

6           He said in his April 14, 2022, interview:  I

7   tossed this flagpole not knowing it was in the direction of

8   officers.  He echoed virtually the same sentiment in his

9   June 3, 2022, interview.  He said -- and I am quoting that

10  interview:  I immediately jumped into the center of that

11  pile to the front and made my way to the front of my pile,

12  you know, and started trying to help people.  And it's in my

13  helping other people that they're saying I got my assault

14  charge.

15          So these interviews certainly show that Mr. McGrew

16  would really like to be a hero, he would like to be a

17  patriot; two things he was not on January 6, 2021.  And it

18  also gives me great concern that he does not understand the

19  seriousness of his offense conduct on January 6th,

20  notwithstanding that he entered a plea of guilty.

21          Now, if he is not awarded a 2-offense-level

22  reduction for acceptance, his total offense level would be

23  23, not 21.  At a criminal history category of V, his

24  sentencing range would be 84 to 105 months rather than, at a

25  total offense level of 21, a sentencing range of 70 to 87

1    months.

2           So I am a pretty direct person; this is pretty

3    important to Mr. McGrew.  The government hasn't asked for

4    this because they have got a plea agreement.  But I just

5    wanted to lay out for the parties how concerned I am about

6    whether Mr. McGrew's conduct, even with a guilty plea,

7    merits a 2-level reduction.

8           I am going to hear from the parties about this

9    having laid out my concerns, since it was not part of the

10   briefing and not raised by the parties.

11          So I will hear from the government first.

12          MS. SUN:  Thank you, Your Honor.

13          THE COURT:  Could you step forward to the podium.

14          MS. SUN:  Thank you, Your Honor.

15          As the Court just laid out, the parties did sign a

16   plea agreement.  The government had intended to bring this

17   up today at sentencing.  Specifically, the time line, the

18   fact that the defendant did plead guilty.  But even after

19   the defendant --

20          THE COURT:  Are you fully vaccinated?

21          MS. SUN:  I am.

22          THE COURT:  Are you feeling okay today?

23          MS. SUN:  I am feeling fine today, thank you.

24          May I take my mask off?

25          THE COURT:  I think it's easier if you take your

1     mask off.

2               MS. SUN:  Okay.

3               We wanted to actually bring the time line up to

4     the Court today, just to make sure the Court was aware of

5     the fact that even before the defendant pled guilty the

6     defendant started to give interviews raising doubt as to his

7     responsibility on January 6th.

8               He pled guilty.  He signed a statement of offense.

9     And even afterwards, the defendant continued to give these

10    podcast interviews where he alleged that he wasn't culpable

11    on January 6th.

12              THE COURT:  I know Mr. McGrew is not the only

13    defendant doing this.  I mean, they can talk if they want

14    to.  But, I mean, there is a reason that usually defense

15    lawyers tell their clients "Don't talk," because anything

16    you say could be used against you, and you don't know

17    exactly how it could be used against you.

18              This is -- I mean, look -- and I think the time

19    line is important because statements that he made before he

20    entered a plea of guilty -- you know, maybe he had a change

21    of heart and he could get acceptance of responsibility with

22    his plea of guilty, and he seemed very forthright and honest

23    at his plea hearing; this is why I accepted his plea.

24              But it's all the statements, public statements, he

25    said minimizing his conduct after he swore under oath that

1    he was telling the truth at his plea hearing that really

2    give me concern.

3            MS. SUN:  I think you are right, Your Honor.  And

4    I think that that is why today the government had intended

5    to ask the Court not for a downward departure or any kind of

6    variance given the defendant's conduct after he pled guilty;

7    and that was something that I intended to argue in the

8    argument portion.

9            THE COURT:  Well, you have to argue it now.

10           MS. SUN:  Okay.

11           THE COURT:  Sorry to disrupt your presentation.

12           MS. SUN:  Does Your Honor just want me to go

13   through the entire --

14           THE COURT:  But do you -- let me just be clear.

15           MS. SUN:  Sure.

16           THE COURT:  Does the government feel bound by its

17   plea agreement so it cannot argue that circumstances have

18   changed after the government entered into that plea

19   agreement -- means the government is -- can't argue for any

20   guideline application other than what they agreed to in the

21   plea agreement?

22           MS. SUN:  Not necessarily.

23           The government thinks that this can be resolved by

24   not giving the defendant a downward departure and by giving

25   the defendant a guideline sentence.

1          THE COURT:  I see.  All right.

2          I mean, I think the government has cited a

3     comparator; I think it was a case in front of Judge Amy

4     Berman-Jackson where the defendant was given 86 months, and

5     the government uses that as a comparator in this case even

6     though it's only asking for 78 months for Mr. McGrew.

7          I don't know precisely what happened in the case

8     before Judge Jackson.  But if Mr. McGrew were not given a

9     2-level offense-level reduction, his guideline range would

10    actually be closer to where Amy Berman-Jackson's defendant

11    was given a sentence of 86 months.  So I wasn't -- you

12    know -- but I understand the government's position.

13          You support continuing -- despite all of these

14    statements and minimization of conduct, you support giving

15    him a 2-level offense-level reduction.  I am not talking

16    about the third point; the third point for sparing the

17    government expenditure of resources and having a trial.  The

18    third point he is entitled to because he entered a plea of

19    guilty.  It's the two points for acceptance of

20    responsibility which is subject to a slightly different

21    standard.

22          MS. SUN:  Yes, Your Honor.

23          THE COURT:  And the government is contending that

24    despite all of those statements he still merits a 2-level

25    reduction for acceptance of responsibility under 3E1.1?

1           MS. SUN:  Yes.  The government is prepared to move

2      forward today.

3           THE COURT:  Okay.  Well, I would still move

4      forward today too; it's not about whether or not we are

5      moving forward today or not.  It's about whether we move

6      forward with one guideline calculation or a different

7      guideline calculation.

8           MS. SUN:  The government is prepared to move

9      forward with a calculation -- with his guidelines range

10      being 70 to 87 months.

11           THE COURT:  All right.

12           Mr. Shipley.

13           This is not the first time we have talked about

14      your client's public statements.

15           MR. SHIPLEY:  That's correct.  I believe this

16      issue came up during a status conference.  And I think I

17      relayed to the Court -- and the Court can confirm with my

18      client directly if inclined -- he could probably hear me

19      yelling at him on the phone without the phone even though I

20      was in Hawaii and he was in DOC.

21           When this came to my attention, I just unleashed

22      on him because I knew exactly the circumstances he might be

23      placing himself in; and here we are so many months later

24      confronting the issue.  So I am not surprised by it;

25      Mr. McGrew is not surprised by it.  And I think

1     Mr. McGrew -- the position we find ourselves in is he needs

2     to explain himself.

3               But I will say this on his behalf, and I think the

4     Court is well aware of this.  There are cul- --

5               THE COURT:  If you could -- you are taller than

6     the prosecutor who was up there.  Can you just move your

7     microphone up so we can hear you a little better.

8               MR. SHIPLEY:  I apologize.

9               THE COURT:  Thank you.

10              MR. SHIPLEY:  I am not generally difficult to be

11    heard in the courtroom, but I understand the court

12    reporter's use of the microphones.

13              I think the Court is well aware that there is sort

14    of a culture within DOC with January 6th defendants that is

15    self-reinforcing.  This patriot notion is passed around

16    among those that are being housed together.  There is a

17    reinforcing culture outside of DOC that they are in contact

18    with them and their families.

19              I tell all my clients, you know, you have pled

20    guilty; you cannot act or say things in a fashion

21    inconsistent with what you have admitted.  And there is no

22    question as to the accuracy as to what he admitted.  It was

23    supported by the video evidence, which we went through

24    extensively with the Court in the detention hearing, I am

25    quite confident, so I haven't made a big issue over the

1      video evidence.  You have seen it.  You have drawn

2      conclusions.  You know exactly what is there.  I am not

3      going to argue to the contrary what is obvious.  That was

4      the basis upon, when we got the plea offer from the

5      government and I explained it to Mr. McGrew, everybody was

6      on board; that's an agreement, that's an offer we need to

7      accept.

8              In my conversations with him, he has always been

9      plain about what he recalled that he did during the day.  We

10     had a little bit of a challenge at first seeing the video at

11     the same time, but we worked that out.  We weren't always

12     able to have him watch it at the same time I was watching it

13     so I could point things out to him, but we worked through

14     that and got it accomplished.  He knows what the video

15     shows.  I don't think he fully appreciated that when he was

16     giving those interviews -- and the people doing the

17     interviews have their own motivations for wanting to do them.

18             THE COURT:  They all have an agenda.

19             MR. SHIPLEY:  Yes.  They have a financial agenda.

20     There are people on the outside making money by presenting

21     sympathetic portraits of January 6th defendants, we all know

22     that; they are grifters.  They're presenting a distorted

23     view of what is happening in these courts, in this district,

24     regarding January 6th cases.

25             I was an Assistant U.S. Attorney for 22 years.  I

1    have been on both sides of this system extensively.  I have

2    full recognition of what the government is doing, what the

3    courts are --

4         THE COURT:  But, Mr. Shipley, are you -- I mean,

5    whether or not the people hosting, soliciting, incarcerated

6    January 6th defendants to participate in these shows for

7    public dissemination are grifters, or what their specific

8    agenda is, I will put aside for a minute.

9         Was Mr. McGrew also participating in this to help

10   raise money?  He raised an enormous amount of funds,

11   $41,200.  Was that part of his purpose in participating in

12   these public media shows?

13        MR. SHIPLEY:  No, because I think most of that

14   money was raised early on.  I don't think that has been an

15   active fundraising fight for quite a while.  It's hard to

16   know.  All the site shows you is what's been raised to date.

17   It doesn't show you the time frame over which the money came

18   in.

19        I think -- I wasn't involved in it.  I wasn't even

20   aware of the GiveSendGo site for a while.  When I became

21   aware of it, I looked at it.  The first thing I told his

22   mother who was running it is:  You have got to take off the

23   commentary about being a political prisoner.  Because

24   that's -- he pled guilty.  You are not a political prisoner

25   when you plead guilty, when you admit your crime, and you

1    are being detained pending sentencing.  You are a detainee

2    because of what you admitted to.

3              I told her immediately -- I told her to take it

4    down.  But I told her:  You cannot have that language in

5    there.  I don't care if James is not connected to it, his

6    mother was running it.  But the money clearly went to

7    expenses connected to -- as I provided, sort of, the best

8    accounting we could put together on a last-minute basis.  I

9    knew where the first $20,000 went to.  I knew it went to

10   Mr. Pierce because I came into the case after Mr. Pierce and

11   eventually transitioned and took over the case.  I knew that

12   happened.  Then it became a matter of the balance -- what

13   happened to the balance?  I knew of the money spent for

14   Dr. Watt just recently.  So we didn't have a lot to account

15   for.

16             But I think that was genuinely raised because

17   Mr. McGrew made a decision to try to retain his own counsel

18   and needed money to do that and not to tax his mother's

19   retirement.

20             But there have been many detained January 6th

21   defendants who have raised a significant amount of money,

22   multiples of $40,000, exponential multiples of $40,000.

23             THE COURT:  Well, they haven't been in front of me.

24             MR. SHIPLEY:  I think there is a day of reckoning

25   coming for some of them because I know -- I believe Judge

```
1    Friedrich issued a fine on the basis that:  You do not get

2    to make money on the back of your criminality through

3    fundraising.

4              THE COURT:  I am well aware of that.

5              MR. SHIPLEY:  I'm sorry?

6              THE COURT:  I am well aware of that.

7              MR. SHIPLEY:  Yeah.  So I think -- like I said, I

8    think a day of reckoning on some of these issues is at hand,

9    but there are much worse examples than the $40,000 raised by

10   Mr. McGrew.

11             THE COURT:  Well, let's put aside -- we'll have

12   more conversation about the $41,200 solicited from people

13   around the country, if not the world, and how that was

14   accounted for and, quite frankly, whether a criminal fine is

15   appropriate here.  But I will save that because, right now,

16   I just want to focus on the guideline determination.

17             MR. SHIPLEY:  Sure.  I understand.

18             THE COURT:  Because looking at these radio

19   interviews, or these interviews that were online somewhere,

20   where, on April 14th, he says he tossed this pole without

21   knowing it was in the direction of the officers and in a way

22   that wouldn't have been any type of danger to the officers,

23   which is pretty inconsistent with his plea -- I mean, what

24   am I supposed to make of that?

25             MR. SHIPLEY:  Well, Your Honor, I will say this.
```

1    I will 'fess up to the Court that the initial images, the

2    initial angle I had was only from outside looking at

3    Mr. McGrew throwing inside from behind him; it's

4    crowd-sourced video of some kind, before the government

5    provided me the CCTV from the inside looking out or provided

6    me access to it, and I found it.

7         We're back in the spring of last year when this

8    was happening and the video wasn't quite as widely

9    available.  Now I ask the prosecutor, "I need this," and I

10   immediately get it back; it's a wholesale sea change from

11   where we were a year ago.

12        But I had talked to Mr. McGrew.  And I, in my

13   conversations with him, had probably suggested to him in

14   ways that he took to heart that:  It doesn't look like you

15   really did much with the pole other than just toss it

16   forward with your left hand.

17        It wasn't until I saw the reverse angle later on,

18   shot from the CCTV inside the tunnel looking out toward the

19   crowd, that I can see the way it actually came in.  I think

20   I talked to Ms. Sun about that, and I have never repeated my

21   earliest comments about that.  Because that angle provides a

22   much better point of view and informed my viewpoint that I

23   think I may have inadvertently influenced Mr. McGrew on what

24   the evidence saw when only looking at the crowd-sourced

25   video from behind, which is -- it's hard to see from behind

1    whether he could really see inside.

2         But when you see the one from the inside looking

3    out, you realize it's only about 15 feet; and there is no

4    practical way to say he didn't see what was inside.

5         THE COURT:  And seeing what was inside was a whole

6    huddle of police officers.

7         MR. SHIPLEY:  Well, what you clearly see -- I have

8    actually tried a case now about what was happening inside

9    the tunnel.  And we saw, with Judge McFadden, dozens of

10   hours of video.  What you can really -- you can see a line

11   of helmets and you can see a line of shields, and they are

12   three or four deep.  Beyond that, it is just sort of a blur;

13   but you can certainly see that.  No question about it; there

14   are about 50 officers in that tunnel, about 8 people deep at

15   the time period in question.

16        I have watched that video from the moment they

17   started -- I had a client who actually broke those doors and

18   started the whole affair in the tunnel.  So that was the

19   trial, I have seen it from A to Z.

20        So I think I unfortunately played a role in the

21   way Mr. McGrew kind of internalized the event in his own

22   head.  What I would say -- because I recognize the Court's

23   concern, I was afraid this was coming because of the events

24   of last summer, which we then took this up in a status

25   conference.  It's up to the Court whether or not to credit

 1    him with those two levels.

 2            While I am his advocate, I think he needs to

 3    answer your questions himself.  He is prepared to do that

 4    today.  He has a statement he's prepared to read.  I am

 5    going to say this on the record, I have not seen his

 6    statement.  I have not talked to him about the statement.  I

 7    let him write it organically, in his own words, without any

 8    guidance from me because it needs to be truthful.  You can

 9    evaluate it based upon what he says.

10            THE COURT:  Well, this is a little bit out of

11    order, to hear his statement now.

12            MR. SHIPLEY:  No, no, no.  I understand.  That

13    will come at the appropriate time.  But I am just giving the

14    Court a heads-up that that is coming.

15            So I can ask the Court to reserve that judgment on

16    the two levels until you hear from him.  You can address any

17    questions that you have for him to explain his commentary.

18    I know what he said to me; and that was that that program

19    was initially set up as an interview to discuss the fact

20    that the detainees were having trouble getting religious

21    services.  I believe it was a religious radio station.

22            THE COURT:  I think that's what he told me.

23            MR. SHIPLEY:  I'm sorry?

24            THE COURT:  I think that's what he told me at a

25    status conference.

 1          MR. SHIPLEY:  Yeah.  But I think that was -- and

 2     that's how -- that's what the interview was supposed to be

 3     about.  The problem, as is not uncommon -- the interview

 4     went other places.  And he began to speak off the cuff and

 5     he began to speak in ways that were inappropriate, and

 6     that's why I yelled at him.  And I told him exactly what the

 7     potential consequences were.  We addressed this very issue

 8     over that, and I don't think that problem has reoccurred.

 9          THE COURT:  All right.

10          Let me just say, Mr. McGrew, that the statements

11     that you have made to the public -- and I am not a

12     psychotherapist or a psychiatrist -- I am a mere J.D.  I am

13     a mere lawyer and judge.  But those statements that you have

14     made make it clear to me that you want to be what you signed

15     up for the Marines to be, a hero and a patriot.

16          You have used those public speeches to try and

17     recast your conduct on January 6th in ways that distort the

18     reality but to help build a narrative to make you look

19     better to your mother, better to yourself, better to the

20     public to explain your conduct as somehow trying to help

21     people, as somehow heroic, when your conduct on January 6th

22     was criminal.

23          You have participated in these interviews with

24     people who do have an agenda to help build this narrative,

25     false narrative, that you were a hero on January 6th; who

1    probably solicited and encouraged you to speak about

2    yourself that way, to reframe the facts, recast the facts,

3    mischaracterize the facts in ways that make you seem like a

4    hero that day and explain your conduct as trying to help

5    people when you were in multiple locations, as I will go

6    over in some detail with the facts, assaulting and

7    interfering with the police at every turn.

8            I also think that all of these interviews helped

9    build a public profile for you that likely helped build the

10   contributions to your site because people heard about you.

11   And this blog that you put out comparing what happened on

12   January 6th to Tiananmen Square, I want to hear from you

13   about whether you have rethought about that comparison.

14           What happened at Tiananmen is that the police went

15   out and opened fire and killed hundreds of innocent

16   protesters.  The police, on January 6th, did not do that.

17   They were overrun.  They could have used lethal force and

18   chose not to.  There is no comparison about Tiananmen

19   Square -- the comparison you chose to invoke -- and what

20   happened on January 6, 2021, in this country.

21           I am going to follow the government's

22   recommendation in this case, which is to consider all of

23   these public statements in fashioning an appropriate and

24   reasonable sentence in Mr. McGrew's case and attribute to

25   naiveté, his natural desire to be a hero and a patriot when

1      he was not on January 6th, to explain part of his conduct in

2      all of these public interviews.  And I will award him the

3      2-offense-level reduction under 3E1.1, but use those public

4      statements in assessing where, within the advisory guideline

5      sentencing range, a sentence is appropriate for Mr. McGrew

6      given his participation in those public statements which

7      minimizes conduct, mischaracterize what occurred on

8      January 6, 2021, and his own conduct that day.

9              I will now lay out how the guidelines apply to

10     Mr. McGrew.

11             The guideline at Section 2A2.2 applies to his

12     conviction under 18 U.S.C. Section 111(a)(1).  And that

13     guideline provides a base-offense level of 14 for an

14     aggravated assault offense under 2A2.2(a).  Four offense

15     levels are added for the specific offense characteristic

16     that a dangerous weapon, which is this wooden pole with a

17     metal bracket at the end, was used under the guideline at

18     2A2.2(b)(2)(B).  Another 6 offense levels are added under

19     3A1.2(b) for a victim-related adjustment because the victims

20     were a government officer or employee and the offense of

21     conviction was motivated by such status, and the aggravated

22     assault offense is from Chapter Two Part A, Offenses Against

23     A Person in the guidelines manual.  And then I will subtract

24     the two, plus one additional, third, point for acceptance of

25     responsibility under 3E1.1(a), and because he timely

1    notified authorities of his intentions to enter a guilty

2    plea under 3E1.1(b); which results in a total offense level

3    of 21 which, in combination with his criminal history

4    category of V, results in an advisory sentencing range of 70

5    to 87 months' imprisonment.  Any period of imprisonment may

6    be followed by 1 to 3 years of supervised release, a fine

7    range of $15,000 to $150,000, and a special assessment of

8    $100 for the single count of conviction on a felony offense.

9            Are there any objections to the record from the

10   government to this guideline determination?

11           MS. SUN:  No, Your Honor.

12           THE COURT:  From the defense?

13           MR. SHIPLEY:  No, Your Honor.  Thank you.

14           THE COURT:  All right.  I am now at the third step

15   of the hearing.  I will hear from the parties to discuss

16   application of the 3553(a) factors to support their

17   differing sentencing recommendations.

18           The government recommends 78 months'

19   incarceration, $2,000 in a restitution payment, and the

20   mandatory $100 special assessment.  The probation office

21   recommends a downward variance from the guideline minimum of

22   70 months' to 66 months' incarceration.  And Mr. McGrew has

23   asked for two different -- two different sentencing

24   recommendations.  In the first sentencing memo, Mr. Shipley,

25   you recommended 54 months of incarceration and in your reply

```
1    memorandum you requested a custodial sentence of not more
2    than 36 months.
3              But before I start hearing from the parties, I
4    know the government has alerted me that -- I think the
5    officer with the initials C.B. would like to be heard.  I
6    think this is an appropriate time to hear from that officer.
7              MS. SUN:  Your Honor, would you like the officer
8    to approach the podium?
9              THE COURT:  Yes, please.
10             Officer C.B., one of the things that happens when
11   a victim comes and stands at the podium is that the
12   defendant actually can't really see your face.  So if you
13   wouldn't mind, if you could take the witness stand and then
14   Mr. McGrew can see you; and we can all see you and hear you.
15             OFFICER C.B.:  May I sit?
16             THE COURT:  Yes.  Please be seated.  Make yourself
17   comfortable.
18             OFFICER C.B.:  Good afternoon.
19             THE COURT:  All right.  Officer C.B., do you just
20   want to tell us where you work.
21             OFFICER C.B.:  You can say my last name; it's on
22   my vest.  ███████.
23             THE COURT:  ███████?
24             OFFICER C.B.:  It's okay.
25             I work at the First District.  On January 6th, I
```

1    was at the Fourth District.

2              THE COURT:  All right.  Usually, unlike testifying

3    in court, which you are probably accustomed to doing --

4              OFFICER C.B.:  Yes, ma'am.

5              THE COURT:  -- for a victim impact statement, you

6    can just speak.

7              OFFICER C.B.:  Yes, ma'am.

8              So my unit was CDU 42.  We were a turtle-gear

9    unit, so the unit with the pads.  We started our shift at

10   7:00 a.m. by Trump's -- President Trump's speech.  About

11   11:30, 12, that's when we were called to the Capitol because

12   the police lines were being broken down.  Quickly, we threw

13   our pads on.  We headed down to the Capitol.

14             THE COURT:  When you say "pads," are those --

15             OFFICER C.B.:  Our protective pads.

16             THE COURT:  Protective pads.  But are those

17   bulletproof?

18             OFFICER C.B.:  No.  Like riot gear.  Each district

19   has one riot gear squad, so I was part of the Fourth

20   District.  Heading down there was something I have never

21   seen before.  It was kind of, like, out of a movie.

22             We showed up.  We went to the police line.  Before

23   we even got to the police line, which is where the Capitol

24   Police had blocked off, we were already being attacked.  Our

25   line got broken.  We called for backup; all-hands-on-deck.

1          We made our way to the Capitol, and that's where

2     we held the line until the police line was broken.  During

3     that time we were sprayed.  I was assaulted with

4     skateboards, bricks, OC spray, bear mace.  Everything we

5     had, the people on January 6th had as well.

6          So then we -- my unit, half of them -- more than

7     half of them went upstairs to block some of the rioters.

8     And I, along with about ten officers from my unit, went into

9     that tunnel.  And there we held our ground for about, I

10    would say, an hour or so until the state troopers came.

11         During that time in the tunnel, it was by far the

12    worst day of my life on the job.  I have been in some

13    critical incidents, but that tunnel was something different.

14    I didn't think I was going home to my family, truthfully.  I

15    was scared that we were going to have to use deadly force.

16    And I knew, because we recovered many firearms, that a lot

17    of people that day were carrying firearms.  We thought it

18    was going to become a bloodbath right on the U.S. Capitol.

19         Unlike movies, where we have these metal bars that

20    come down and stop protesters from coming in, there was none

21    of that; it was our body weight against their body weight.

22         That day I was concussed, my knuckle was

23    fractured.  There was no quit.  My sergeant's finger was,

24    basically, ripped off; it was just shred up.  It was

25    hand-to-hand combat, which you don't see on the scrum.

1          During that time there was no giving up.  We were

2     giving speeches, basically, like:  This is the United States

3     Capitol, you will defend this or you will die; kind of,

4     like, motivating up, like warrior chants, like "oorah."

5     Like, we were scared for our lives at this point.

6          We signed up to protect and serve.  After college

7     I went to officer school for the Coast Guard and, from

8     there, I became a police officer.  I always wanted to

9     protect and serve, but this was just totally different.  We

10    didn't sign up for this kind of -- just kind of, like, we

11    stopped a coup in a way.  They were trying to overtake the

12    Capitol.  And you can tell how big of an event it was; we

13    had New Jersey State Troopers, VA, Maryland, about 20 other

14    jurisdictions coming to back us up.

15         First off, we are not even supposed to be on the

16    Capitol grounds, that's federal grounds.  When Capitol

17    Police needed us, you know it's a huge deal.

18         In that tunnel I specifically remember I was being

19    hit with -- from poles to curtain rods, because they were

20    longer; bricks, OC spray.  I was being punched in the face.

21         At points, I was in the front of that line where I

22    was being dragged back out to a crowd.  I mean, batons -- we

23    used whatever we could just to try to keep them from coming

24    in.

25         At one point I remember specifically -- because I

1      testified a couple of times for this already, that -- the

2      people that were trying to get into the Capitol were

3      fighting us.  At times they thought it was a game because

4      they were yelling, like, pause-pause, stop, we need to

5      substitute our guys out.  And they would substitute guys

6      out.  We were standing there, like, this isn't a game.

7      Please, sir, ma'am, get off this.  Like, please leave.

8              Like, I just -- no matter -- people get sentenced

9      to 78 months, 10 years, it still -- I don't know if they

10     really understand the magnitude that it went into.  Like, I

11     don't care if you are a Republican, Democrat, what you

12     believe in.  It's -- this is the United States Capitol.  You

13     have broken many police lines.  You are assaulting police

14     officers.  We have lives.  We have families.  We have

15     someone to go home to, and -- I don't know if you want me to

16     go into that.  It was absolutely terrifying.

17             I am just proud of my brothers and sisters and

18     everyone that assisted, and we didn't give up.  And history

19     should remember that and it should remember the names of the

20     people that were trying to -- I don't know what their goal

21     was, to overtake the Capitol, stop the votes -- it doesn't

22     work that way.  Yeah, it was -- I live with that every day.

23     I do go to therapy for it.

24             I am fine, but it's just something that will

25     always live with me.  It's many, many physical injuries, but

1    a lot of mental injuries as well because never in my life

2    would I think I would have to be in hand-to-hand combat with

3    Americans on U.S. soil, so... Yes. That's about it.

4              THE COURT: Okay. Thank you.

5              Let me just ask the lawyers if they want to follow

6    up with anything.

7              Ms. Sun, do you have any follow-up that you would

8    like to ask ███████████████?

9              You can stand at the podium.

10             MS. SUN: ██████████████, sir, I just have one

11   question.

12             OFFICER C.B.: Yes.

13             MS. SUN: How long were you in the tunnel?

14             OFFICER C.B.: I don't know the exact time. I

15   believe it was -- had to be in the range of an hour. It

16   felt like forever. But once you are -- I couldn't even tell

17   you, but it was definitely a long time. I was there from

18   the moment that MPD and Capitol went until the moment that

19   the state troopers arrived to help us out, so...

20             MS. SUN: Thank you.

21             OFFICER C.B.: You're welcome.

22             THE COURT: Mr. Shipley?

23             MR. SHIPLEY: Your Honor, I understand that

24   defense counsel is not entitled to question victims, so I

25   have two things I would like to say.

1        Officer, thank you for your service that day, the

2   reasons you were there, and why you did what you did.  And

3   on behalf of Mr. McGrew, I would like to apologize to you

4   for the difficulty that he contributed to you by his

5   participation.

6            OFFICER C.B.:  Yes, Your Honor.

7            THE COURT:  Do you want to say anything, Mr. McGrew?

8            THE DEFENDANT:  Yes, ma'am.

9            Mr. ███████, I would like to take this time to

10   personally thank you for your service on January 6th and in

11   the months after and before.

12        As a member of the Marine Corps, I know you love

13   your job, and you did your job very well that day.  And I am

14   very sorry for any pain that I have caused you or your

15   family.  And I hope we can move past this one day and all

16   become better somehow from it all.  Thank you.

17            OFFICER C.B.:  Thanks.

18            THE COURT:  Thank you, ███████████.

19            OFFICER C.B.:  All right, ma'am.  Thank you.

20            (Whereupon, the witness steps down.)

21            THE COURT:  Is that the only person you have to

22   speak and provide an impact statement other than -- orally,

23   in addition to the victim impact statement that we have now

24   docketed?

25            MS. SUN:  Yes, Your Honor.

 1          THE COURT:  All right.  So now, Ms. Sun, this is

 2    where I will hear from you.

 3          MS. SUN:  Thank you, Your Honor.

 4          I know that Your Honor is very familiar with this

 5    case.  I am not going to go through everything that's in the

 6    sentencing memo.  I just want to highlight what the

 7    government believes is the most egregious conduct.

 8          THE COURT:  Can I just ask one question.

 9          MS. SUN:  Please.

10          THE COURT:  In Exhibit, I think, "I," where it

11    shows Mr. McGrew having this interaction -- what I view as,

12    sort of, the first assault of a police officer where it's a

13    female police officer immediately inside the west terrace

14    doors where he goes in, and the officer is telling people,

15    "Leave."  "Leave," or words to that effect, and he walks by.

16    There is sort of a shuffle on the video.  And I think it

17    looks like, at that point, Mr. McGrew has struck her, and

18    she's leaving, putting her glasses on --

19          MS. SUN:  Yes.

20          THE COURT:  -- you see an image of her putting her

21    glasses back on.  Is that --

22          MS. SUN:  Yes.

23          THE COURT:  -- Capitol Police officer the officer

24    who provided the victim impact statement --

25          MS. SUN:  Yes.

1        THE COURT:  -- that's now docketed at ECF 108?

2        MS. SUN:  Yes.

3        THE COURT:  Is that the same person?

4        MS. SUN:  Yes.

5        THE COURT:  Okay.  I just wanted to clarify that.

6        MS. SUN:  Yes.

7        THE COURT:  Okay.  Go ahead.

8        MS. SUN:  On January 6 of 2021, the defendant was

9   ready for violence.  That morning, he attended former

10   President Trump's rally with bear mace.  He had brought bear

11   mace across the country to bring to the rally, and that's

12   exactly what he did.

13        After the rally, the defendant traveled to the

14   U.S. Capitol where he assaulted law enforcement officers at

15   every location he traveled to.  He assaulted an officer at

16   the west plaza.  He assaulted an officer while entering the

17   Capitol at the upper west terrace doors.  He assaulted an

18   officer near the old Senate chamber.  The defendant

19   assaulted numerous officers inside of the Rotunda.

20        Then, at the lower west terrace, the defendant

21   picked up a pole with a metal hook and threw it into a

22   tunnel filled with law enforcement officers.

23        After that, the defendant participated in a push

24   with dozens of other rioters into the tunnel.  Despite the

25   number of times officers asked him to leave and/or

1    pepper-sprayed him, the defendant's violent behavior on

2    January 6th only escalated.

3              The defendant first appeared at the west plaza.

4              At approximately 2:27 p.m., the defendant was one

5    of the first to breach the officer line.  While on the west

6    plaza stage, the defendant picked up a pole as he

7    enthusiastically cheered, and then threw the pole back in

8    the crowd.  As the officers retreated, the defendant

9    advanced on the officers at the front of the crowd of

10   rioters screaming and chanting at the front of the crowd.

11   The defendant then assaulted a law enforcement officer.

12             Your Honor, if I could play Exhibit W from 3:10 to 4.

13             (Whereupon, an exhibit was published.)

14             MS. SUN:  As rioters continued to push the

15   officers back, the defendant, always in the front of the

16   crowd, repeatedly raised his arms and shouted, as seen in

17   Exhibit D.  After the officers retreated, the defendant led

18   the crowd of rioters in a cheer of, "Whose house?  Our

19   house."

20             After the officers retreated from the west plaza,

21   and despite the defendant knowing -- as he told FBI -- that

22   the officers were attempting to prevent rioters from

23   entering the Capitol, the defendant did not leave the

24   Capitol.  He went forward.  He then climbed the upper west

25   terrace.

1    At 2:45 p.m., the defendant entered the unguarded

2    upper west terrace doors while alarms blared.  As he entered

3    the building, he gleefully shouted, "We took this thing"; a

4    statement indicating exactly what he was trying to do.

5    Then, when the defendant encountered a lone

6    officer standing near a staircase yelling at the rioters to

7    "Get out," the defendant didn't leave the building or, even,

8    ignored her.

9    To put the situation into context, the defendant

10   is six-one; this officer is five-foot-two.  The defendant

11   reached across the banister to, in her words, "sucker punch"

12   her hard enough that he displaced her helmet and eyeglasses.

13   During the FBI interview, the defendant lied twice

14   about this assault; first claiming that this officer had had

15   a physical interaction with someone else, then claiming that

16   he was grabbing his phone, before finally admitting that he

17   swung his arm at her.

18   If we can play Exhibit I, the first 30 seconds.

19   (Whereupon, an exhibit was published.)

20   MS. SUN:  The defendant then went through the

21   Rotunda towards the old Senate chamber.  By 2:47 p.m.,

22   rioters had begun pushing against officers who had formed a

23   barricade near the old Senate chambers.  This was done to

24   prevent rioters from accessing the hall behind them which

25   led to the Senate chambers.

By 2:48, some rioters had managed to access the staircase behind the officers.  Despite the number of people crowded in the old Senate chamber, the defendant pushed the front of the crowd into the staircase to assault a law enforcement officer attempting to block the staircase with his body.  The defendant placed an arm around the officer and grabbed underneath the officer's helmet until the officer relented and let the defendant pass.

At 2:58 p.m., the defendant re-entered the Rotunda.  There, as officers attempted to clear out the room, the defendant approached an officer to push him, and struck another on the head.  Even after the assaults, as the defendant continued to scream, an officer approached the defendant and calmly said:  "Just leave."  "Just leave, man."  The defendant's response was to scream at the officer:  "You leave."  "You leave."  "This is our house." "This is your job, this ain't your house."

Then, as officers continued to push rioters out of the room, the defendant struck another, grabbed multiple officers' batons, locked arms with other rioters in defiance of officer instructions, and pushed and grabbed officers as they attempted to remove him from the room.

The defendant repeatedly called officers "traitors."  Said:  "We ain't leaving."  And even told officers:  "Y'all should be with us, not against us."  "They

1    want to defund the police, you know that right?"  "They are

2    going to take your fucking job from you, and you are fucking

3    defending them."

4            Rather than accept responsibility for his actions

5    during his FBI interview, the defendant shifted blame to the

6    officers, claiming that they were acting like riot police.

7    The defendant also minimized his actions and even outright

8    lied to FBI and told them that, when he left the Rotunda, he

9    left the Rotunda when an officer asked him if he needed help

10   getting out, after which he was directed out of the room.

11           This is how the defendant exited the Rotunda.

12           If we could play Exhibit O, from 1:20 to 2.

13           (Whereupon, an exhibit was published.)

14           MS. SUN:  Even after being pushed out of the

15   Rotunda, the defendant did not leave the building.

16           The defendant lingered at the east Rotunda doors

17   for approximately 15 minutes; even finding a pole, his

18   weapon of choice.  It was not until all rioters had been

19   pushed out of the Rotunda and through the east Rotunda

20   doorway and only officers remained that the defendant gave

21   up and walked away from the door.

22           But even then the defendant did not leave the

23   vicinity of the U.S. Capitol.  The defendant circled around

24   to the other side of the building.  And despite the number

25   of people in front of the lower west terrace, the defendant

1    pushed to the front of the crowd.

2              When he arrived, the defendant admitted to FBI

3    that he saw that there was an altercation with a lot of

4    police officers inside of the tunnel and that he decided to

5    get in.  Immediately before throwing the spear, the

6    defendant taunted the officers, shouting:  "We're here all

7    night."  "We're here all night."

8              The defendant further admitted to FBI that

9    immediately before throwing the pole he heard rioters yell

10   directions at him including, "Spear him."  The defendant

11   then launched a pole with a metal hook into the tunnel.

12             If we can play Exhibit X, 3:33 to 3:35.

13             (Whereupon, an exhibit was published.)

14             MS. SUN:  Afterwards, the defendant still engaged

15   in more egregious conduct.  The defendant partook in a push

16   into the tunnel, which he denied doing to FBI, despite video

17   evidence to the contrary.

18             The defendant's wrongful conduct didn't just end

19   on January 6th.  As the Court is well aware, the defendant

20   gave many interviews to different podcasts; wrote an article

21   called:  "I Have Heard Many Stories of Horrors and

22   Atrocities in Tiananmen Square.  This is America's Tiananmen

23   Square, January 6th Victim of Police Brutality and

24   Prosecutorial Misconduct" (as read).

25             The defendant gave interviews prior to and after

1    he pled guilty on May 13 of 2022.  Specifically, even after

2    he pled guilty on that date -- three weeks after that, the

3    defendant gave another interview where he said:  I

4    immediately jumped into the center of that pile to the front

5    and made my way to the pile up front and, you know, started

6    trying to help people.  It's in my helping people that

7    they're saying that I got my assault charge.

8         Moreover, even after the defendant -- even after

9    the defendant participated in a status conference where the

10   defendant was made aware that the government knew about this

11   interview, even after the government detailed all the

12   podcast interviews in a sentencing memorandum, the defendant

13   continued to give interviews.

14        From the date that the government filed its

15   sentencing memorandum until today, the defendant gave at

16   least three more interviews; most recently, 15 days ago.

17   The defendant participated in a podcast where he continued

18   to perpetuate conspiracy theories.

19        This is what he said:  This fake committee --

20   referring to the January 6th committee -- that we just had

21   did not even touch the surface on any of those -- on any of

22   those issues, which, you know, with provocateurs in the

23   crowd or the right F situation.  You know, America really

24   needs to dig in and find the truth for themselves.  We still

25   haven't seen the 14,000 hours of video evidence.  We want

1    that released to the public so the public can decide for

2    themselves what the truth is here.  You know, we all know

3    what the truth is, and it's up to the public to figure it

4    out for themselves.

5         As for the history and characteristics of the

6    defendant, as the Court stated, the defendant was on parole

7    when he committed the crimes on January 6th.

8         The defendant is also a former Marine who served

9    in Iraq in 2005.  Although it is commendable the defendant

10   is a Marine, the defendant didn't follow instructions on

11   January 6th.  The defendant assaulted numerous law

12   enforcement officers.  He tried to justify his actions to

13   law enforcement officers by lying about what happened to him

14   in Iraq.  He uses his military background as a way to

15   fundraise and gain credibility during interviews, in which

16   he then spews lies about what happened on January 6th.

17        The government doesn't believe the defendant

18   should be held less accountable because of his service.

19        The defendant has also placed strong emphasis on

20   the time he served as a turning point in his criminal

21   history and also his drug use.  The government will point

22   out that his criminal history begins at the age of 16, well

23   before he joined the Marines.

24        The defendant also admitted to drug use and

25   alcohol from a young age, stating in a sentencing memorandum

1    that he had been arrested five times for five separate DUIs

2    before the age of 21.

3         The defendant also submitted documents suggesting

4    that he has moderate TBI.  The government would suggest that

5    this report has limited value.  This expert witness is not

6    here today.  It's my understanding, from conversations with

7    Attorney Shipley, that he has never examined the defendant;

8    he has never even spoken to the defendant.  Although this

9    expert believes that the proper diagnosis is moderate TBI,

10   based on the report, this diagnosis is based on statements

11   the defendant made to a speech pathologist consult eight

12   years ago about an event that happened ten years prior.

13        I would respectfully suggest, Your Honor, that

14   this is the same person, the same defendant, that lied on

15   January 6th to the MPD about his time in Iraq.

16        In another separate portion of his medical

17   records, which the government did submit, the defendant told

18   someone else that he had been blown up five times in Iraq,

19   which is not present on his official military records.

20        There is no other information that this expert

21   cited to that would be the basis of this diagnosis or any

22   other report that would indicate what happened in 2005.

23        Dr. Watt also suggested or cited to a low RBANS

24   score in 2015, that same year, that is consistent with the

25   diagnosis.  The government would also suggest that a low

1    RBANS score is consistent with low -- extensive drug use,

2    which the defendant admitted to.

3            The report also says that moderate TBI at this

4    level of severity also makes behavior regulation, impulse

5    control, and reality testing of behavior consequences all

6    much more challenging and unlikely, particularly when

7    someone is emotionally aroused or angry.  But in over 3,000

8    pages of medical -- in the 3,000-page medical report, the

9    expert doesn't cite to a single example of the defendant

10   suffering from those issues.  Rather, the defendant's own

11   statements and actions undercut this conclusion.

12   Specifically, the defendant told FBI that his prior military

13   service had no bearing on his actions on January 6th, that

14   he just wanted to be part of history.

15           The defendant's actions on January 6th -- he came

16   to D.C. with bear mace, prepared for violence.  He, at every

17   single location, even after the violence was over, even

18   after the officers had left the west plaza, even after he

19   had gotten through the doorway at the old Senate chambers,

20   even after he was kicked out of the Rotunda, the defendant

21   could have left the building, but he didn't.  He sought out

22   another location.  He sought out his way to get to the front

23   of the crowd.  He sought out a way to be part of the violence.

24           This diagnosis also doesn't take into account his

25   other conduct; for example, his refusal to accept

1    responsibility, his lack of remorse after January 6th; which

2    the Court should take into consideration.

3         And finally, despite the fact that the defendant

4    had a low RBANS score in 2015, according to the PSR in the

5    defendant's own statements, the defendant is in college

6    right now.  He admitted to the fact that he just passed his

7    finals and he is on his way to becoming a drug counselor.

8    So the government would suggest that the low RBANS score has

9    limited value.

10        Your Honor, the government would otherwise rest on

11   my papers.  But given the defendant's criminal history, the

12   fact that he was on parole on January 6th, the seriousness

13   of the defendant's conduct including numerous assaults of

14   law enforcement officers, as well as conduct afterwards, the

15   government is requesting a sentence of 78 months, 3 years of

16   supervised release, $2,000 in restitution, and a special

17   assessment fee of $100.

18        THE COURT:  Well, let me -- before you sit down,

19   let me just ask you about the $41,200 that the defendant and

20   his mother collected from online donations.

21        First of all, I learned about this because I asked

22   Mr. Shipley to give me an accounting for it, which he did

23   yesterday.

24        Is the government monitoring these online

25   contribution sites --

1            MS. SUN:  The government is monitoring --

2            THE COURT:  -- for all of these January 6th

3     defendants; particularly those defendants, like Mr. McGrew,

4     who have engaged in so many interviews online to not only

5     raise his public profile, but I think that helps contribute

6     to his -- the online contributions made to his site.

7            So what -- I was surprised to find out that he

8     received over $41,000 in donations.  Were you surprised?

9            MS. SUN:  I was not surprised.

10           THE COURT:  Did you know that already?

11           MS. SUN:  I did.  It was --

12           THE COURT:  And if you did know it, why didn't you

13    bring it to the Court's attention?

14           MS. SUN:  We brought it to the Court's attention

15    prior to the status conference because the -- we raised

16    statements that the defendant's mother had made on the

17    website after he asked to be released to his mother's

18    custody.  It was also in the PSR that, as of September 2022,

19    the defendant had raised about $38,000.

20           So in the government's update -- the government

21    wanted to update the Court as to the new amount, which would

22    be $41,000.

23           THE COURT:  Okay.  But I didn't learn that from

24    the government; I learned that from Mr. Shipley.

25           I just think -- when did you tell me about the

1    $41,000?  I don't think you told me about that.  I learned

2    about it from Mr. Shipley.

3            MR. SHIPLEY:  I don't think I provided that

4    information.  I responded to the Court's inquiry, but I

5    don't think -- unless I may have mentioned that there was a

6    fundraising site and I instructed them to change the

7    language which referred to "political prisoner."  I did make

8    that reference in the status conference, so...

9            THE COURT:  All right.  Let me just say, I

10   think -- speaking not just for myself but for other judges

11   in this court who are presented with presentence

12   investigation reports, as in Mr. McGrew's case, where the

13   probation department, looking at all sorts of legitimate

14   sources of income, have made the determination that the

15   defendant is unable to pay a fine.  And yet, when they're

16   collecting tens of thousands of dollars online, that

17   determination by the probation office is incorrect; wholly

18   incorrect.

19           So at least for my sentencings, and I am sure the

20   other judges would be interested as well, is that the

21   government should make a pretty clear presentation as close

22   to sentencing as to what the evidence is about how much

23   money the defendant has raised online for purposes of

24   ascertaining whether a criminal fine is warranted and

25   whether the defendant is truly unable to pay a fine.

1    Because this defendant, Mr. McGrew, is clearly in a totally

2    different posture, financial posture, with the $40,000 than

3    he was when the presentence investigation report was

4    prepared.

5              MS. SUN:  I understand, Your Honor.

6              There was a point, I remember, when I was looking

7    at the account -- the fundraiser isn't fundraised by the

8    defendant, it's by the defendant's mother.  So the account

9    was created by the defendant's mother --

10             THE COURT:  For the defendant's benefit.

11             MS. SUN:  For the defendant's benefit.  And after

12   the defendant's mother wrote something on the account making

13   it clear that it was for the defendant's benefit, that

14   changed how the government viewed the account.  But prior to

15   that -- despite the fact that it was an account about the

16   defendant, it was unclear to the government whether or not

17   it would be something that the Court could take into

18   consideration in terms of a fine.

19             THE COURT:  So is it the government's position

20   that the $40,000 -- $41,200 that was raised for the

21   defendant's benefit, half of it went to pay for an attorney;

22   another $5,000 of it went to pay for Dr. Watt; approximately

23   $75,000 [sic] of it has been spent by Mr. McGrew while

24   incarcerated --

25             MS. SUN:  Right.

1          THE COURT:  -- while the taxpayer has been paying

2     for his room, board, clothing, and medical expenses?

3          MS. SUN:  Right.

4          THE COURT:  So is it the government's view that

5     all of that money raised online is off-limits for a criminal

6     fine?

7          MS. SUN:  Not anymore.  Not after -- not after the

8     website made clear -- it's actually on the website now that

9     the website is for Mr. McGrew's benefit.

10         THE COURT:  All right.  And has the government

11    given any consideration as to what criminal fine amount

12    would be appropriate here given the accounting provided by

13    Mr. Shipley?

14         MS. SUN:  We'd ask for the remaining amount in the

15    account.

16         THE COURT:  Which, according to Mr. Shipley's --

17         MS. SUN:  I believe it's around $1800.

18         THE COURT:  So that's the fine amount?  Even

19    though the guideline recommended fine is a minimum of

20    15,000?

21         MS. SUN:  Your Honor, the amount that's left is

22    1800.  The Court could fine the defendant more, given the

23    fact that there appears to be $7,000 in the defendant's

24    checking account.

25         I think we would defer to the Court.

1          THE COURT:  All right.  Well, this is not the

2   first time I have asked the government about criminal fines.

3   And every time this comes up, the government looks a little

4   stunned.  Huh?  I had not really thought about that.  I

5   mean, you are fast on your feet, Ms. Sun.

6          Really?  Why isn't the government thinking about

7   this?  Particularly given the fact that the restitution

8   amounts of $2,000 pursuant to guilty pleas for felony

9   defendants from J6 hasn't changed, even though the amount of

10  damages to the Capitol has doubled?  It is over almost

11  $3 million.

12         So I don't understand why the government -- the

13  government is keeping the $2,000 amount, I think,

14  probably -- I am not going to put words in your mouth -- for

15  fairness purposes, since that's the standard amount at the

16  beginning; you are just not ruffling feathers by increasing

17  the amount even as the damage amount has gone up.

18         But for criminal fines, I think that is something

19  that the government's articulated position would be helpful.

20         All right.  Thank you, Ms. Sun.

21         Mr. Shipley.

22         (Whereupon, the Court and staff confer.)

23         THE COURT:  Mr. Shipley, proceed.

24         MR. SHIPLEY:  Thank you, Your Honor.

25         As I said at the outset, I am not going to make a

1     presentation here that challenges the video that Ms. Sun

2     played.  The Court has seen these particular snippets or

3     portions in the past.

4               THE COURT:  Multiple times.

5               MR. SHIPLEY:  Correct.

6               THE COURT:  In this case, and others.

7               MR. SHIPLEY:  And I will say -- because this came

8     up in the last few weeks -- one of those has another one of

9     my clients standing right next to Mr. McGrew, so I am quite

10    familiar with that particular visage.

11              I want to say, though, that I inadvertently -- did

12    not intentionally, in my sort of brief summary of

13    Mr. McGrew's activities, skip past his encounter with the

14    female police officer, after coming through into the Capitol

15    for the first time.  That was inadvertent.

16              I didn't mean to disregard her or suggest that

17    that episode did not happen.  As I was going through it, I

18    knew all of the events in my head.  I was typing based on my

19    recollection.  And then when I saw -- getting ready for

20    today, I thought, ooh, I forgot about that one.  She was the

21    one who presented the victim impact.  When I read that, it's

22    like -- I left that one out.  I wanted to call that to the

23    Court's attention now.  It was inadvertent on my part.

24              I don't think Mr. McGrew -- we don't -- as I said,

25    we were satisfied with the PSR on both the offense conduct

1    and the relevant conduct.  I think it's well captured in the

2    PSR.  It's revealed in the video.  The Court has, obviously,

3    the working knowledge it needs of the facts to reach its

4    decision here today.

5          What I really think it comes down to is -- this is

6    why I took so much time once Ms. Natasha Wall-Smith

7    introduced me to the issue of whether or not Mr. McGrew,

8    being a combat veteran with certain injuries, might have

9    issues that were not yet known to me that might need to be

10   raised with the Court.  That led us on our four-month

11   odyssey which ultimately ended up with Dr. Watt and, then,

12   the report I submitted last week, as well as his more brief

13   summary.

14         I think the only reason I introduced that -- and

15   it's not, in any way, to suggest that Mr. McGrew is not

16   accountable for his conduct, but I think it gives context to

17   maybe why he acted over a significant course of time the way

18   he did as explained by Dr. Watt.  I think the most important

19   -- one of the most important things that Dr. Watt found in

20   reviewing 3200 pages of V.A. records -- and we did not have

21   the ability or the time to have him conduct an

22   examination -- that's the only reason we didn't do it.  It

23   would have been expensive.  We would have had to put this

24   off longer while we arranged for that to happen at DOC.

25         But he found in the records the field diagnosis,

1    the loss of consciousness for 30 minutes, bleeding from the

2    ears and the eyes, an extended period of a lack of fine

3    motor control, clumsiness -- that's how I defined that one

4    word, I didn't know what it meant, I looked it up -- a

5    general sense of clumsiness.  He said none of that is

6    consistent with a mild concussion, which is what he was

7    diagnosed with in the field and sent back to his duty.  This

8    was at the height of fighting as part of the surge.

9          So the Marine Corps units -- that was the field

10    determination, the assault infantrymen like Mr. McGrew who

11    were at the frontline -- you know, patch them up, and send

12    them back.  That's what happened to him.

13          Dr. Watt said:  I can see it right there.  I can

14    see the diagnosis.  To call that a mild concussion is not

15    correct.

16          What flowed from that is a 15-year odyssey of

17    failure to properly diagnose and failure to treat.  And the

18    consequences, as Dr. Watt said -- the consequences of this

19    are well established in the literature.  This is not novel

20    conclusions in the field.

21          Veterans with this kind of -- I think he at one

22    point -- he said:  This is the signature injury of combat

23    veterans in Iraq and Afghanistan, these blast injuries.

24    It's well established that if not treated correctly, if not

25    rehabbed, if the necessary kind of therapies are not engaged

1    in, it leads to antisocial behavior, lack of impulse

2    control.  And he said -- when they put themselves in a

3    situation -- and he put himself in the situation on

4    January 6th, he went there voluntarily, he got into the

5    crowd.  But once he is in that -- I think Dr. Watt called it

6    group contagion, with anger and emotion, the lack of impulse

7    control just takes over.  I think we see that.  We see that

8    in the way he acts over an extended period of time, one

9    episode after another.  There is no sense of reflection at

10   any point by him for what he is doing.  He is just moving

11   forward and engaging in the activities that he is seeing.

12              THE COURT:  But, Mr. Shipley, even Dr. Watt's

13   report talks about opportunities that were given to

14   Mr. McGrew to get treatment that he declined.

15              MR. SHIPLEY:  Absolutely.

16              THE COURT:  So, with that, what am I supposed to

17   make of the fact that TBI -- potential TBI, Dr. Watt's

18   medical diagnosis based -- just in looking at the records of

19   a TBI, but I have a defendant who, in the past, is being

20   offered treatment and turning it down -- and I am left as a

21   sentencing judge --

22              MR. SHIPLEY:  Sure.

23              THE COURT:  -- tasked with a very important duty

24   of protecting the public from future crimes by Mr. McGrew

25   who declined treatment for this condition in the past.

1          So confronted with that, why does that warrant a

2     lesser period of incarceration under either one of the

3     recommendations that you have made as opposed to just the

4     within-guidelines-range sentence?

5          MR. SHIPLEY:  Because the only thing that results

6     in is continued delay in him receiving the treatment that he

7     needs and that he's entitled to.

8          The Bureau of Prisons will do what they're capable

9     of doing, but they're not capable of providing this quality

10    of care which is unique to combat veterans and should be and

11    he is entitled to through the V.A.

12         No question he has a bill to pay here at this

13    court.  He has a sentence to serve.  This is the only reason

14    I went from 54 to 36 in my two submissions is -- while the

15    longer number might be called for, it becomes punitive and

16    unnecessarily obstructive of him receiving the treatment

17    that he knows he needs.

18         You know, I think an interesting thing about

19    Mr. McGrew is that --

20         THE COURT:  He got out of the military in 2006.

21         MR. SHIPLEY:  When he was 22.

22         THE COURT:  And in between 2006 and 2021, on

23    January 6th he had opportunities to obtain that treatment,

24    and he didn't.  So why should he be entitled to a lesser

25    sentence now with the possibility that he now might seek

1    treatment when he hasn't for a decade or more?

2          MR. SHIPLEY:  Because I think the Court will agree

3    based on its own experience that people mature and they gain

4    insight into their problems that they don't have when they

5    are in their 20s or even in their early 30s.  But as you

6    begin to recognize the repeated instances and episodes of

7    your own conduct -- and I believe, and I think the record

8    reflects, that before January 6th Mr. McGrew might have

9    turned that corner.

10          He went through a six-month program, maintained

11   his sobriety, went back to school, had a course that he

12   wanted to pursue, took the final exams of his first semester

13   at Palomar [sic] junior college, passed them all.  And but

14   for his past catching up to him so to speak -- that was in

15   May, five months after the episode -- he might very well

16   still be on that path.

17          So I think the record before the Court -- you

18   know, I come to these proceedings understanding that federal

19   judges like yourself -- you have literally sentenced and

20   been presented with hundreds, if not thousands, of similar

21   situations.

22          If nothing else, I have learned is the judges are

23   informed by their experience in past cases.  You have seen

24   this sort of repetitive nature that the criminal justice

25   system can produce when intervention that might help a

1    defendant is not available.

2            And I think Mr. McGrew is at a standpoint where we

3    know now what the problem is.  There are therapies and rehab

4    available to address the problem and that might, for the

5    first time, really break him from the cycle that he has been

6    continually involved in since the day of his discharge up

7    until sitting here today.  We could be wrong.  I could be

8    wrong.  Maybe that won't happen.  But at least, as we sit

9    here today, I think the table is set.  He has the

10   opportunity.  He understands the problem.  The treatments

11   are available to him if he will reach out and take

12   advantage.  And I think, for the first time, he is probably

13   motivated to do so because he is 40 now.  He is not 25, and

14   I think that's the big difference.

15           So he pled guilty.  And we accepted and saw that

16   the guideline sentence was going to be 70 to 87 months.  I

17   initially made an argument on his behalf with respect to

18   whether or not the actual criminal involvement in his

19   criminal history reflected a seriousness warranting a

20   criminal history V.  No question it's extensive.  It's

21   repeated.  It's consistent over an extended period of time.

22   But they are theft-related offenses dominated or dictated by

23   his drug abuse, which is something this Court has seen

24   hundreds of times.

25           I am not excusing them.  I am not asking you to

1    forgive them.  I am just simply asking you to recognize that

2    this is a pattern you have seen many, many, many times

3    before.  Substance abuse drives the criminal behavior.  So

4    if that's reflected in the 3553(a) factors or in

5    overrepresentation of his criminal history, then that's the

6    pitch I am making.  But I think --

7            THE COURT:  That substance abuse that even before

8    he enlisted in the military, even before he had an incident

9    with a blast, an IED -- he had five arrests for DUIs.  So he

10   had substance abuse issues before he even entered the

11   military, wouldn't you say?

12           MR. SHIPLEY:  Yeah.  They're all alcohol related.

13           THE COURT:  That's substance abuse -- that can be

14   abuse.

15           MR. SHIPLEY:  There is no controlled substance

16   issues before he comes out of the Marine Corps.  As Dr. Watt

17   noted, the substance abuse coming out of the Marine Corps is

18   a lot of opioids, which is very typical for somebody dealing

19   with a chronic pain syndrome that's not diagnosed and

20   treated; they're self-medicating.

21           Before he goes into the Marine Corps, though, we

22   can't lose track of his personal history there.  What

23   happens to him -- his estranged father, who he never really

24   knew until he got into his teenage years, is murdered, at

25   16, in a lover's quarrel, so to speak.  He is shot while

1    leaving his house, shot in the back, and murdered by the

2    jealous boyfriend or husband of the woman he was involved

3    with.  James is 16.

4              It's not long after that that the alcohol problems

5    begin.  And then the alcohol problems are arrested or

6    interrupted by his enlistment in the Corps.  Those are the

7    facts.  That's the history.  You know, there is no denying

8    the five DUIs, but there is also no denying the window in

9    which they fit.

10             So I am asking the Court -- I am standing here and

11   asking the Court to be forgiving in some respects for his

12   antisocial and illegal conduct and to recognize, you know,

13   there likely are etiologies here that contributed to that;

14   and maybe we have somebody who is in a position to break

15   himself out of this and take the rest of his life -- 30 or

16   40 years, whatever it might be -- and be a productive member

17   of the community; because he knows what he wants to do,

18   which is to become a counselor for other troubled vets like

19   himself.  That's the path that he was on.

20             THE COURT:  Mr. Shipley, back to the $41,200.

21             MR. SHIPLEY:  Sure.

22             THE COURT:  So the government is asking for a fine

23   now of 1850, $1,850.  What is left?

24             But this defendant, even after you told him not to

25   participate in online interviews, continued to participate,

64

 1    possibly to continue fundraising.

 2              During any future period of incarceration I have

 3    no reason to believe that Mr. McGrew will stop engaging in

 4    interviews or will stop raising funds online as what he

 5    calls himself, "a political prisoner" -- if not in the D.C.

 6    Gulag to quote him, or some other Gulag, FCI Gulag -- and

 7    continuing to be raising funds for the whole period of

 8    incarceration.  Why shouldn't those funds be collected as

 9    part of a criminal fine to help deal with the damage losses

10    to the Capitol?

11              MR. SHIPLEY:  Well, all I can say, Your Honor, is

12    what I understand from what Judge Friedrich did in a

13    codefendant case where I represent a different defendant --

14              THE COURT:  You were representing the codefendant

15    in that case where there was a $20,000 fine?

16              MR. SHIPLEY:  No.  Ronald Sandlin is the defendant

17    she was dealing with.  I had a codefendant of Ronald Sandlin

18    in that case --

19              THE COURT:  Was your client also fined?

20              MR. SHIPLEY:  He has not been sentenced yet.

21              THE COURT:  I see.

22              MR. SHIPLEY:  He has pled guilty, but he has not

23    been sentenced.

24              What she did there was she asked for an

25    accounting.  And she did not take issue with the commissary

1    money that had been contributed to him and spent on his

2    personal needs while in custody.  But I believe there was 8

3    or $9,000 left, and she fined him whatever that balance was

4    and basically said:  Either you can pay it now while it's

5    there or you have 36 months of supervised release when you

6    will be subject to having to pay any fine that I impose and

7    you can earn it at that time to pay off --

8         THE COURT:  But the fines can be collected while

9    people are incarcerated, it's taken out of their prison funds.

10        MR. SHIPLEY:  Okay.  So that was how she dealt

11   with it.  She dealt with the remaining balance.  And

12   Mr. Sandlin was able to account for money that he used to

13   pay his lawyer, and whatever else.  But there was money

14   left.  We don't have that situation.  We have $1800 left.

15        His mother has raised this money, and she has used

16   it to pay off some of his bills.  As I indicated, after he

17   went into custody, she was on the hook for one of them

18   herself.  She paid back her own retirement plan that she had

19   borrowed from.  I think that's pretty straightforward.

20        What he might do in custody I am not sure -- I,

21   frankly, am not certain the Court can assess a fine based

22   upon a hypothetical of what the defendant might do after

23   sentencing.  It's a conundrum so to speak because I

24   certainly understand the Court's concerns, and there is a

25   lot of it going on.

1          Like I said, I think there are a lot of people

2     doing this who are going to have a surprise coming at the

3     end of the day.  But I think what I heard Ms. Sun say -- I

4     could be wrong.  I thought I heard her say that, when they

5     first looked at this and raised the issue back in September,

6     I think it was, that $38,000 had been raised.  Now it is

7     only 42.  Very little has come in.

8          You can't stop people.  I mean, they come across

9     these sites.  It's a credit card contribution.  They bang it

10    out.  They give you 50 bucks or 100 bucks, what they can do.

11    When we walk out of here today, I will certainly instruct

12    Mrs. McGrew to close the site and not allow any more

13    contributions to come in.  She doesn't need to raise any

14    more money for any reason, and that site will be closed.

15         I think the Court can certainly impose its

16    condition of -- a condition that no new site be created.

17    You can certainly impose it as a condition of supervised

18    release post release.

19         THE COURT:  Yes.  But I can only control

20    Mr. McGrew.  I can't control his family to a certain extent.

21         MR. SHIPLEY:  I am not sure what all the Court's

22    remedies are.  Frankly, without researching whatever

23    statutory limits there might be on your ability to impose a

24    fine, I would rather not take a position.  But I understand

25    the Court's concern.

```
1              THE COURT:  All right.  Anything further?

2              MR. SHIPLEY:  Nothing further, Your Honor, unless

3       you have any questions from me.

4              THE COURT:  No.

5              Mr. McGrew, this is your opportunity to speak

6       directly to me if you wish.

7              THE DEFENDANT:  Do you mind if I remain here, Your

8       Honor?

9              THE COURT:  I think sometimes it's more -- it's

10      better, I think, for defense counsel to stay standing with

11      their client since Mr. McGrew is not a lawyer and doesn't

12      have --

13             MR. SHIPLEY:  He might have a question for me at

14      some point.

15             THE COURT:  -- much experience speaking in a

16      public courtroom.

17             THE DEFENDANT:  Yes, ma'am, Your Honor.

18             Thank you for giving me this opportunity to speak

19      before the Court.

20             I would like to say -- you issued a question to

21      Mr. Shipley about my not -- my denying or denial of TBI

22      treatment and what the issue with that is.

23             I would say it's not an excuse, but I was going

24      through a lot of substance abuse issues and in and out of

25      jail during those times.  And I would go to my TBI
```

1    appointments and I would start using drugs again.  I was in

2    and out of treatment trying to get help.  I would eventually

3    fall in and out of the V.A. system.

4              I have since tried to make some changes in my life

5    and kind of rectify those issues.  I will get to that here

6    in my letter also.

7              As far as the gifts and go, Your Honor, this has

8    never been about the money for me.  I was simply only doing

9    it to try to take a little bit of the burden off my mother.

10   I do have $7500 in my checking account which is from my

11   disability checks; those go into my checking account.

12   Whatever fine the Court imposes on me is completely

13   acceptable in this case, Your Honor.

14             To Your Honor, Chief Judge Howell, the citizens of

15   the District of Columbia, all of the officers and first

16   responders, congressmen, congresswomen, representatives of

17   the states, and to my country and this democracy which I

18   love deeply -- dearly, to simply just say I am deeply

19   apologetic would be a gross understatement of my deep and

20   sincere regrets of my actions on January 6, 2021.

21             My actions on January 6th were in no way virtuous

22   or of high moral standing, both of which had been instilled

23   in me by my family and through my honorable service to my

24   country and the United States Marine Corps.

25             My actions on January 6th were none less than the

1    actions of a hooligan or that of someone who has a disregard

2    for law and order.  I could have taken a stance calming the

3    crowds on January 6th but in many cases I did the exact

4    opposite, and my rhetoric was that of encouragement and not

5    peace.  For that, my attitude of anger and encouragement on

6    January 6th, I am saddened and heartbroken at the very

7    least.

8            There is not a day that goes by that I don't

9    replay the events of January 6th in my head and ask myself:

10   What if I would have done this?  What if I would have done

11   that?  Would things have turned out differently for those

12   who were seriously injured and lost their lives?  Would

13   things have turned out differently for myself?  Could I

14   personally have minimized the actions of so many people on

15   both sides?  If only I could turn back the hands of time, I

16   would.

17           I close my eyes at night and see myself on the

18   front lines of the lower west terrace encouraging everyone

19   to stop the incitement; stop the progression of anger; stop

20   hitting, pushing, and shoving one another and, instead, pray

21   with each other and allow God to work in the hands of our

22   leaders and representatives.  But in reality that is not

23   what I did.

24           I moved with the crowd in many cases; cheered as

25   the police line was moved back.  And my attitude of someone

1    just peacefully -- I cheered as the police line was moved

2    back, and my attitude was not of someone just peacefully

3    protesting.  For this I am sincerely, from the deepest

4    depths of my heart and soul, apologetic.

5           Your Honor, Chief Judge Howell, I am in no way

6    blinded by the fact that the doors to the Capitol were open

7    by the time I had arrived at their archway.  I now know and

8    I knew then I should not have entered into the Capitol

9    Building on January 6th and, in my doing so, I only

10   compounded the problems I now face.

11          I didn't write this in here, but I want to say it.

12   My involvement with the officer on the stairwell, the

13   lady -- I can't remember her name, I don't know if the name

14   was mentioned -- it was appalling, to say the least.  I

15   should have never struck her or her helmet the way that I

16   did, and I am deeply sorry for that.

17          THE COURT:  And I hope that the government passes

18   along your apology directly to that victim.

19          THE DEFENDANT:  Yes, ma'am.  Thank you, Your

20   Honor.

21          The interaction I had with MPD officers inside

22   would have never happened -- and if I didn't enter the

23   building and, once again in this case, I took a stance of

24   resistance and not peace.  For this I am sorry and appalled

25   by my actions and my attitude.

1      I wish I could say this was the worse of my

2  actions; but as we know, I have been charged with assault of

3  an officer on January 6th.  This interaction happened at the

4  west terrace tunnel.  I threw a piece of handrailing into

5  the tunnel knowing there were officers on the other side and

6  in the direction of my throw.

7      I am more -- I wrote this in my letter also, but I

8  would like to admit it now after hearing Mr. --

9      THE COURT:  ███.

10      THE DEFENDANT:  -- Mr. ███ heartfelt

11  testimony.

12      I originally wrote:  I am more than grateful no

13  one was seriously injured or maimed by this projectile.  But

14  I no longer, after hearing that, believe that to be the

15  case, as I can understand that it only added to the

16  confusion and the chaos and, in turn, it definitely could

17  have hurt people that I don't know of.  It seems like he was

18  definitely hurt from that day.  I am sorry, Mr. ███.

19      I apologize to these officers involved, and my

20  prayers are with them and their families as they, along with

21  many Americans, recover from the traumatic events of

22  January 6, 2021.  I pray that my words are heard and my

23  sincerest apologies felt.  I truly hope one day we can have

24  an open line of communication, direction, and healing as we

25  are all brothers and sisters in Christ.

1          Since my incarceration, on May 27, 2021, I have

2     had time to better myself and reflect on my actions on

3     January 6, 2021.  I will say again:  My actions were not

4     justified in any way.

5          I have used my time and my voice to try to bring

6     about positive change in the D.C. Department of Corrections.

7     I have reached out to communities and tried to motivate

8     volunteers to bring in more religious services to detainees,

9     not just January 6 detainees here in the D.C. Department of

10    Corrections through Christian radio shows.

11         I have also used my experiences with Department of

12    Corrections medical staff to motivate citizens on the

13    outside to call, email, and write their elected officials to

14    include U.S. Marshals Service in bringing about better

15    medical care to all detainees here in D.C. Department of

16    Corrections, not just January 6 detainees.

17         I can tell you that we're nowhere where we need to

18    be but I, along with others, have seen the direct result of

19    some sense of change due to the community's outpouring and

20    support in these areas.

21         I have not only raised issues and awareness to

22    institutional matters to the public, I have actively

23    participated in making a change from the inside out.  For

24    example, myself and a few others had raised issues of

25    cleanliness and need for cleaning supplies and requested

1    paints and primers for our living quarters.  And after

2    months of asking for these things, we got them.

3         So instead of waiting on the jail to begin the

4    cleanup, myself and a handful of other detainees went to

5    work cleaning and painting every cell in the entire zone in

6    C2B.  We did not stop there.  We also stripped and waxed the

7    entire floor in the pod we live in and now maintain those

8    areas.  It has been said through officers working with us

9    daily that pictures were taken by ranking staff members and

10   distributed throughout the facility on how they would like

11   the rest of the jail to look like, and more officers have

12   since put in the request for paints and supplies.  It's my

13   prayers they receive the same help we were given in cleaning

14   up their environment.

15         MR. SHIPLEY:  Your Honor, if I could pause for

16   just a minute, I would like to read this.  This is from DOC.

17         THE COURT:  You have to use the microphone.

18         MR. SHIPLEY:  This is dated November 26th.

19         It should be duly noted that Inmate James McGrew,

20   No. ████, was very instrumental in helping the unit get

21   ready in passing both an ACA and DOH inspections by heading

22   the paint detail and helping with daily sanitation

23   initiatives and was put in several times this quarter for

24   special pay because of above and beyond work ethic and

25   willingness to do whatever it took to meet the moment.

1    There are no security concerns with him.  That is from DOC.

2              THE COURT:  Congratulations, Mr. McGrew.

3              THE DEFENDANT:  Thank you, Your Honor.

4              THE COURT:  That doesn't happen very often, that I

5    hear from the D.C. jail, a commendation about a person

6    detained there.

7              THE DEFENDANT:  Yes, ma'am.  Thank you, Your Honor.

8              THE COURT:  Just one moment.  Okay.

9              THE DEFENDANT:  I am also the zone barber and,

10   monthly, me and one other guy cut the entire zone's hair to

11   include beards.  I do all of this just -- not just for my

12   own hygiene and well-being, but also for the hygiene and

13   mental health of those around me.  When the guys get a

14   haircut you can tell they feel good about themselves and it

15   provides some sense of normalcy to their lives.  I am

16   grateful I get a chance to do this for them.

17              I have also used my time incarcerated in attending

18   a college-level writing course through correspondence.  And

19   when the day of my release is to come, I want to continue my

20   college studies in drug and alcohol counseling.  I want to

21   use my life experiences to help others who are dealing with

22   addiction, trauma, and poverty.  I was well on the way to

23   this goal before my incarceration, and these are still my

24   plans for when I return home.  I also plan to continue

25   getting treatment for PTSD and addiction in my own life so

1    that I remain healthy enough to help others.

2           Your Honor, Chief Judge Howell, I also want to

3    personally thank you and your staff, to include Ms. Sun the

4    prosecuting attorney, for your involvement in making sure in

5    many instances my medical care was being taken care of in a

6    timely manner.  I am forever grateful for your care and

7    understanding in these delicate situations.  Thank you.

8    Thank you to this Court, and thank you to those listening

9    for allowing me the chance to convey my deepest apologies.

10   That's all I have, Your Honor.

11          THE COURT:  Thank you, Mr. McGrew.

12          THE DEFENDANT:  Thank you, ma'am.

13          THE COURT:  Why don't you just stay right where

14   you are.

15          THE DEFENDANT:  Yes, ma'am.

16          THE COURT:  I am going to now explain the sentence

17   I am about to impose and impose sentence, unless you need to

18   sit down and collect yourself for a minute.

19          THE DEFENDANT:  No, ma'am.  I'm fine.

20          THE COURT:  After considering the parties'

21   sentencing memoranda, the probation department's presentence

22   investigation report and sentencing recommendation, all of

23   the different documents, and the videotapes and so on

24   submitted in connection with your sentencing, I must now

25   consider the relevant factors that are set out in 18 U.S.C.

1      Section 3553(a) to ensure that I impose a sentence that is

2      sufficient but not greater than necessary to comply with the

3      purposes of sentencing.

4              You are not a lawyer, Mr. McGrew, so I like to

5      remind defendants who are standing before me for sentencing

6      about what the purposes of sentencing are, because it's not

7      just punishment.

8              The purposes of sentencing include the need for

9      the sentence imposed to reflect the seriousness of the

10     offense, to promote respect for the law, to provide just

11     punishment for the offense, to deter criminal conduct

12     generally.  So that if anyone else thinks that they need to

13     attack the Capitol because they are disappointed with a

14     presidential election, they should think again.  It's

15     called -- what we call general deterrence.

16              THE DEFENDANT:  Yes, ma'am.

17              THE COURT:  I also have to protect the public from

18     future crimes by you, Mr. McGrew; and promote rehabilitation.

19              So under the factors set out in 3553(a), with the

20     overarching goals of those purposes of sentencing, I have to

21     consider specifically the nature and circumstances of your

22     offense conduct; the history and characteristics of you; the

23     types of sentences available; the need to avoid unwarranted

24     sentence disparities for defendants with similar records

25     found guilty of similar conduct; and the need to provide

1    restitution for any -- to any victims of the offense.

2           Beginning with the restitution amount, here the

3    plea agreement calls for a $2,000 restitution payment to the

4    Architect of the Capitol, and I will order that amount based

5    on the limited record about the restitution damage.

6           I do find that the offense didn't result in clear

7    bodily injury to any victim that's been presented to the

8    Court, and thus -- and there were so many people involved in

9    the offense conduct on January 6th that the Court need not

10   go through the much more burdensome task of endeavoring to

11   fix a restitution amount more precisely than the $2,000

12   amount agreed to by the parties.

13          Regarding the nature and circumstances of the

14   offense, you have been convicted of assaulting, resisting,

15   and impeding officers or employees in violation of Section

16   111(a)(1) of Title 18 which is a very serious offense.  And

17   I have seen a number of defendants, believe me, who engaged

18   in offense conduct on January 6th, and your culpability, in

19   terms of your offense conduct that day, was at a much more

20   serious level than many of the defendants that I have seen;

21   both in terms of the number of violent interactions that you

22   had with law enforcement -- even if they were short, there

23   were a number of them in multiple locations at the

24   Capitol -- and the words that you used to incite others, to

25   encourage others to follow you, and incite others to

1    continue in criminal conduct.

2         So you came to the Capitol with bear mace that you

3    didn't actually -- well, you came to Washington, D.C., with

4    bear mace.  I take it that you didn't actually bring it to

5    the Capitol; you left it in a backpack near the rally area

6    where you had gone to listen to the former President.  And

7    then when you reached the Capitol near the west plaza, we

8    can hear you on your tape yelling at other people, "Let's

9    go," to help swarm the plaza and break that police line.

10        You pushed to the front of that whole mob of

11   rioters; you did it at the west plaza, you did it at

12   multiple other occasions to be face-to-face, almost, with

13   the police line.  And even after being tear-gassed on the

14   west plaza -- you were given the clear message the police

15   were doing their best to keep the mob away from the Capitol

16   so Congress can finish its business -- you kept up your

17   shouting of "Let's go" repeatedly.  Shouted, "This is what

18   freedom looks like!"  "We need more people" -- encouraging

19   even more people to follow you.  And you weren't the only

20   person doing it, but you were one of the loud voices there

21   pushing past that police line.

22        Then you got to the Capitol Building.  You entered

23   the Capitol Building shouting, "We took this thing," and

24   then went with a stream of other people in this crowd into

25   the Capitol Building where you encountered this lone female

1    police officer and had a violent interaction with her where

2    you struck her.  Clearly upset her.  Surprised her.  She was

3    just telling people to leave or get out.  And going up the

4    stairs you yelled, "You get out!"  And you also said, "She

5    hit us first!"  "She never should have touched one of us!"

6    And from the videotapes, this poor woman police officer was

7    just standing there telling everybody, "Please leave" -- not

8    very effective, clearly.  She was one lone police officer

9    there with a mob of thousands rushing in.

10          You then proceeded through the Capitol, confronted

11   more officers.  When you entered the Rotunda, you led the

12   chant of, "Whose house?  Our house," which I have heard on

13   so many videotapes.

14          And then you joined this bully in a staircase near

15   the old Senate chamber where there were some officers who

16   were trying to desperately defend that access point, bracing

17   your bodies against the wall in the stairwell.  Again,

18   unsuccessfully.  You could hear people on the videotapes

19   with rioters saying, "Stop doing this."  "You work for us."

20   And with your actions and those of other rioters, you were

21   able to break that police line, too.  And you appear to be

22   one of the first people up to the highest point in that

23   staircase, once again, at the front of the line of the mob

24   breaking the police line.

25          Then at about 2:50, near the old Senate chamber,

1    there was another line of police officers where you shouted,

2    "We're coming in here, whether you like it or not!"  "Fight

3    with us, not against us!"  You were shouting their names and

4    their badge numbers as they were holding the line.

5          And then you moved to the Rotunda where, once

6    again, law enforcement officers were trying to get people

7    out of the Rotunda to retake the Capitol so Congress and all

8    of the staffers and legitimate people there could continue

9    on with the business of the country.  And there you also had

10   other interactions with law enforcement officers, pushing

11   them, taking a baton.

12         When an officer pleaded to you, "Just leave, man.

13   Come on."  You shouted, "You leave!  You leave."  And when

14   that officer tried to use his baton to push you back, you

15   reacted by pushing and striking that officer and trying to

16   grab the baton.  You did grab somebody else's -- another

17   officer's baton, which you ultimately returned.

18         But even after this brief conciliatory gesture,

19   which I remember being highlighted at your detention hearing

20   also, you were continuing to resist the police officers.

21   You, in fact, were instructing other rioters who followed

22   your lead, Mr. McGrew, to lock arms to make it more

23   difficult for law enforcement officers there to do their job

24   and get people out of the Capitol.  And the whole time you

25   were berating the officers.  "Y'all are with us, not against

1    us," (as read).  "They want to defund the police, you know

2    that right?"  "They are going to take your fucking job from

3    you and you're fucking defending them."  Also making the

4    police officers jobs, as they were trying to be as -- in a

5    mode of de-escalation as much as possible, trying to rile

6    them up and make their jobs more difficult.

7            And then when you were pushed out quite

8    aggressively -- that's a pretty violent videotape from the

9    body-worn camera footage of the officers trying to push you

10   out and you and other rioters continuing to resist from the

11   Rotunda.

12           You weren't done looking for a fight.  You went to

13   the lower west terrace tunnel, that was the site of some of

14   the worst violence that day, and your activity that day

15   really stands out.  There was a swell of rioters attempting

16   to overrun this huddle of police inside the tunnel.  And you

17   somehow managed to push your way through that incredibly

18   compact mob outside the tunnel to be at the very front.  And

19   there is one sentence in the sentencing memo that says that,

20   "At no point did Mr. McGrew join in the fighting with the

21   police at the opening of the tunnel."  And in looking at

22   some of the video footage, that doesn't seem quite correct

23   from what I have seen.  Like in Exhibit Q of that video,

24   where this defendant is right up front and appears to really

25   almost wrestle with some of the police officers at the front

1    of the tunnel.

2            But that's not the main thing that the defendant

3    is standing here before this Court about, in terms of his

4    activity in that tunnel; because he grabbed this pole.  I

5    think you have called it a handrail.  I have seen it

6    described as a wooden handrail, some a pole; but, whatever,

7    it had a metal hook at the end.  And, you know, the video

8    footage is pretty chilling, Mr. McGrew, with you leaning

9    back, taking aim, and throwing that pole right at this

10   huddle of police officers.

11           And you have heard the reaction -- and I am not

12   going to even try and repeat it -- of what the officers

13   inside of that tunnel were going through.

14           And then we turn to remorse.  That was a very

15   eloquent, very well done statement that you gave,

16   Mr. McGrew, to the Court today.

17           Let me just be honest with you.  It's very

18   difficult to reconcile the statement that you have made here

19   today with the statements that I have read in transcriptions

20   of your comments publicly over the past few months, as

21   recently as January of this year, in describing both your

22   situation, your circumstances, and your conduct on

23   January 6, 2021.

24           I think in those statements you seem to portray

25   yourself as being caught up in this crowd, and you justify

1    and minimize your conduct that day.  I think Ms. Sun used

2    the phrase -- both in one of her sentencing submissions and

3    also here orally -- that that's disinformation; it's

4    spreading conspiracy theories.  And that kind of

5    disinformation for people who want strongly to believe that

6    what happened on January 6th was patriotic protest when it

7    was not -- those statements that you are making publicly,

8    are contributing to disinformation and people not

9    understanding what really happened on January 6th.

10          It might be helpful if you took the statement that

11   you made to the Court today and your apologies to the

12   officers that you made here today and publish those comments

13   to correct disinformation, but that's up to you.

14          But I do look at all of those public statements

15   that you have made, and they cannot be undone.  And you were

16   warned about them.  I am taking that into account strongly

17   in your continuing to exacerbate the political divisions in

18   this country and what constitutes the facts of what happened

19   on January 6th; your public statements have contributed to

20   continued misinformation about it.

21          I do think that you may have made those public

22   statements to help with online fundraising, but whether you

23   did or not is beside the point.  The probation office found

24   in the PSR, at paragraph 150, that you had no ability to pay

25   a fine.  But based on what I see of this huge influx of

1    cash, you do have an ability to pay a fine.  I am going to

2    impose a fine of $5,000 on you, more than what's left.  But

3    given the restitution payment that you have to make and the

4    amount that you have in your checking account, and this huge

5    influx of cash, I think that you can well afford a criminal

6    fine.

7            So among the factors that I look at in assessing

8    your role in the overall attack on the Capitol on January 6,

9    2021, these are some of the things that strike me that

10   warrant a within-guideline sentence:

11           That you engaged in preplanning, you brought bear

12   mace with you, preplanning for potential violence.

13           You were an active participant at the very front

14   lines in multiple places within the Capitol and outside the

15   Capitol.  And at every one of those interactions that you

16   had with law enforcement, you were aggressive and physical;

17   not just using words, which you did use, to disrupt and

18   distract and impede law enforcement officers trying to do

19   their job, but physically involved.

20           You also used your voice loudly and your actions

21   to incite others which, in a mob action, an angry mob like

22   that, was just more lighting the fuel to make that a much

23   more difficult day for all of law enforcement and this

24   country, quite frankly.

25           So, in sum, the nature and circumstances of the

1    offense and the need for the sentence to reflect the

2    seriousness of the offense, promote respect for the law,

3    favor a custodial sentence.

4            With respect to your history and characteristics,

5    you did have a somewhat troubled life, raised by your single

6    mother and your grandmother.  What stands out, quite

7    frankly, are two main things from your personal history,

8    Mr. McGrew; one is a good thing and one is a bad thing.  The

9    good thing is that you joined the Marines.  You served

10   honorably, and suffered through an attack in danger, in a

11   war zone.  And the medical report that you submitted from

12   Dr. Watt says that you were severely misdiagnosed in the

13   aftermath of an IED explosion, and you should have been

14   diagnosed with an intermediate to severe concussion

15   requiring extensive medical treatment.

16           And I just have to say that the U.S. military has

17   a responsibility to both do correct diagnoses and treat

18   people who serve in the military and serve this country in

19   that way.  And that is really a difficult thing for you to

20   have to live with, that you were misdiagnosed.

21           At the same time, as I look through the records,

22   you were given multiple opportunities; whether, as

23   Mr. Shipley, your counsel, says was immaturity or youth that

24   you didn't pursue opportunities to really get the treatment

25   you needed, but that is water under the bridge now.  It

 1      seems that, even without using opportunities for treatment,

 2      you were getting yourself on the right track by yourself

 3      maybe because of more maturity.  That's one thing that

 4      stands out that is a really good thing.

 5              Another thing that stands out that's a really bad

 6      thing is your criminal history.  And the problem with

 7      criminal history is that's baggage you carry with you

 8      everywhere you go for the rest of your life.  It's not an

 9      obstacle you can't overcome.  Clearly, you were beginning to

10      overcome it already even before you were arrested on the

11      charge for which you stand for sentencing in front of me now

12      by having a stable home, having a stable relationship,

13      getting into college, passing your courses.

14              But that criminal history -- I mean, the number of

15      contacts that you had with the criminal justice system just

16      with arrests -- putting those aside, the number of

17      convictions -- is something that I also have to take into

18      account as I look at what an appropriate sentence is in this

19      case.  And defendants who commit offense conduct while they

20      are on supervision or parole for a prior conviction -- and

21      for you it was two prior convictions -- that is something I

22      take into serious account in deciding whether or not a

23      guideline range sentence is necessary.  And I do find that

24      weighs very heavily in favor of a guideline range sentence

25      here.

1          So in terms of the types of sentences available,

2     your sentencing range is in Zone D of the Sentencing Table

3     which recommends a term of imprisonment, which I find amply

4     reasonable here.

5          Regarding the need to avoid unwarranted sentence

6     disparity, few defendants have been sentenced with your

7     criminal history, quite frankly, in numbers of convictions

8     or a Criminal History Category V.  And of the few of the

9     defendants who have been sentenced for a violation of

10    111(a)(1), most recently in front of me, Mr. Mault and

11    Mr. Mattice, each of whom received a 44-month sentence for

12    their engagement with officers at both the west plaza and

13    the lower west terrace tunnel like you, none of them --

14    neither one of them ever set foot inside the Capitol, and

15    both of them were at Criminal History Category I.  So I look

16    at them as comparators and believe that despite some of the

17    mitigating circumstances in your case, there are also severe

18    aggravating circumstances that warrant a higher sentence

19    than they have, even though every defendant stands in front

20    of me as an individual.  I could go through other

21    comparators, but each one has some similarities and some

22    differences.

23          But based on my consideration of these and other

24    factors, I will now state the sentence to be imposed on

25    Mr. James Burton McGrew.

1          Pursuant to the Sentencing Reform Act of 1984 and

2    in consideration of the provisions of 18 U.S.C. Section

3    3553, as well as the advisory sentencing guidelines, it is

4    the judgment of the Court that you, James Burton McGrew, are

5    hereby committed to the custody of the Bureau of Prisons for

6    a term of 78 months, which is 6 years and 5 months on the

7    lesser-included charge to which you entered a guilty plea on

8    Count 4 of the superseding indictment.

9          You are further sentenced to serve a 36-month,

10   which is 3 years, term of supervised release as to Count 4.

11         You are ordered to pay a special assessment of

12   $100 in accordance with 18 U.S.C. Section 3013.  You are

13   also ordered to pay restitution in the amount of $2,000, and

14   a criminal fine in the amount of $5,000.

15         While on supervision you shall abide by the

16   following mandatory conditions, as well as all discretionary

17   conditions recommended by the probation office in Part D,

18   Sentencing Options of the presentence report, which are

19   imposed to establish the basic expectations for your conduct

20   while on supervision.

21         The mandatory conditions include:  One, you must

22   not commit another federal, state, or local crime; two, you

23   must not unlawfully possess a controlled substance; three,

24   you must refrain from any unlawful use of a controlled

25   substance; you must submit to one drug test within 15 days

1    of placement on supervision and at least two periodic drug

2    tests thereafter as determined by the Court; you must

3    cooperate in the collection of DNA as directed by the

4    probation officer; you must make restitution in accordance

5    with 18 U.S.C. Section 3663 and 3663A, or any other statute

6    authorizing a sentence of restitution.

7         You shall comply with the following special

8    conditions:  You are ordered to make restitution to the

9    Architect of the Capitol in the amount of $2,000.

10        Restitution payments shall be made to the Clerk of

11   the Court for the United States District Court, District of

12   Columbia, for disbursement to the following victim,

13   Architect of the Capitol, in the amount of the loss of

14   $2,000, Office of the Chief Financial Officer, attention

15   Kathy Sherrill, CPA, Ford House Office Building, Room

16   H2-205B, Washington, D.C. 20515.

17        The Court determined you do not have the ability

18   to pay interest and, therefore, waives any interest or

19   penalties that may accrue on the balance.

20        You must provide the probation officer access to

21   any requested financial information and authorize the

22   release of any financial information.  The probation office

23   may share financial information with the United States

24   Attorney's Office.

25        You must provide the probation officer access

1    to -- you must not incur -- strike that.

2          You must not incur new credit charges or open

3    additional lines of credit without the approval of the

4    probation officer.  You must submit to substance abuse

5    testing to determine if you have used a prohibited

6    substance.  You must not attempt to obstruct or tamper with

7    the testing methods.

8          You must participate in a mental health treatment

9    program and follow the rules and regulations of that

10   program.  The probation officer, in consultation with the

11   treatment provider, will supervise your participation in the

12   program regarding the provider, the location, the modality,

13   the duration, the intensity, et cetera.

14         You are also ordered to pay a criminal fine in the

15   amount of $5,000.  The financial obligations are immediately

16   payable to the Clerk of the Court for the U.S. District

17   Court, 333 Constitution Avenue Northwest, Washington, D.C.

18   20001.  Within 30 days of any change of address, you shall

19   notify the Clerk of the Court of the change until such time

20   as the financial obligation is paid in full.  The balance of

21   any restitution, special assessment, and criminal fine owed

22   is due within 30 days of sentencing.  You may make payments

23   on these financial obligations at no less than $50 per month.

24         The probation office shall release the presentence

25   investigation report to all appropriate agencies, which

1    includes the U.S. Probation Office in the approved district

2    of residence, in order to execute the sentence of the Court.

3    Treatment agencies shall return the presentence report to

4    the probation office upon the defendant's completion or

5    termination from treatment.

6              Within 45 days of release from incarceration, you

7    will appear before the Court for a reentry progress hearing.

8    The United States Probation Office in the District in which

9    you are supervised will submit a progress report to the

10   Court within 30 days of the commencement of supervision and,

11   upon receipt of the progress report, the Court will

12   determine if your appearance is required.

13             I do hold reentry progress hearings, Mr. McGrew,

14   for most defendants.  And at that time I expect to hear from

15   you how you did in prison.

16             I hope you continue with your education.  The

17   Bureau of Prisons provides a lot more programming than the

18   Department of Corrections for D.C.; educational programs,

19   all sorts of vocational programs.  And I expect to hear from

20   you when I see you again after you have finished your term

21   of imprisonment about how you have spent your time

22   constructively, as you are clearly able to do since you have

23   received a commendation from the D.C. jail during your

24   period of incarceration.

25             You can appeal your conviction to the U.S. Court

1    of Appeals for the D.C. Circuit if you believe your guilty

2    plea was somehow unlawful or involuntary or if there is some

3    other fundamental defect in the proceedings that was not

4    waived in your plea agreement.

5           Under some circumstances, the defendant also has

6    the right to appeal the sentence to the D.C. Circuit.  A

7    defendant may waive that right as part of a plea agreement

8    however, and you have entered into a plea agreement which

9    waives some of your rights to appeal the sentence itself.

10   Such waivers are generally enforceable, but if you believe

11   the waiver itself is not valid, you can present that theory

12   to the appellate court.

13          Pursuant to 28 U.S.C. Section 2255, you also have

14   the right to challenge the conviction entered or sentence

15   imposed to the extent permitted by that statute and your

16   plea agreement.  Any notice of appeal must be filed within

17   14 days of the entry of judgment.  If you are unable to

18   afford the cost of an appeal, you may request permission

19   from the Court to file an appeal without cost to you.  On

20   appeal, you may also apply for court-appointed counsel.

21          Are there any objections to the sentence imposed

22   not already noted on the record from the government?

23          MS. SUN:  No, Your Honor.

24          THE COURT:  Mr. Shipley?

25          MR. SHIPLEY:  No, Your Honor.

1          THE COURT:  All right.  You may be seated.

2          Mr. Shipley, do you have a recommendation as to --

3     that you would like for me to make to the Bureau of Prisons?

4          MR. SHIPLEY:  A couple of things, Your Honor.

5          I would ask the Court to recommend -- with the

6     defendant's extensive drug addiction, substance abuse

7     background, that the Court recommend that he participate in

8     the RDAP program.

9          THE COURT:  I will do so.

10         MR. SHIPLEY:  And I would ask -- to the extent the

11    Court's recommendation is necessary, I would ask the Court

12    recommend his eligibility for the First Step Program,

13    antirecidivism program.

14         And with respect to a recommendation, either SCI

15    Yazoo City in Mississippi --

16         THE COURT:  Okay.  You have to spell this out.

17    Because I thought I had heard an FCI in one sentencing, and

18    I made a recommendation that turned out to be incorrect.  I

19    want you to go very slowly because I don't want to repeat

20    that mistake.  FCI --

21         SPEAKER BB:  Okay.  Yazoo City, Y-A-Z-O-O.

22         THE COURT:  City.

23         MR. SHIPLEY:  Which is in Mississippi.

24         THE COURT:  Mississippi, okay.

25         MR. SHIPLEY:  Alternatively --

```
1                THE COURT:  They really call it Yazoo City?

2                MR. SHIPLEY:  That's the name of the town, Yazoo

3       City.

4                THE DEFENDANT:  Yazoo, ma'am.

5                THE COURT:  Yazoo.  So Y-A-Z, double O?

6                THE DEFENDANT:  Yes, ma'am.

7                MR. SHIPLEY:  Leave it for the guy from Hawaii to

8       get it wrong.

9                THE COURT:  Okay.

10               MR. SHIPLEY:  And then, alternatively, FCI

11      Aliceville.

12               THE COURT:  A-L-I-C-E-V-I-L-L-E?

13               MR. SHIPLEY:  Correct.

14               THE COURT:  Where is that?

15               MR. SHIPLEY:  Alabama.  Right on the border of

16      Alabama and Mississippi.

17               THE COURT:  Aliceville, Alabama.

18               MR. SHIPLEY:  Yes, ma'am.

19               THE COURT:  Okay.  Thank you.

20               Now let me turn to the government.

21               Do you have a motion to dismiss the open counts?

22               MS. SUN:  Yes, Your Honor.

23               The government seeks to dismiss Counts 1, 2, 3, 5,

24      6, 7, 8, 9, 10, as well as Part B of Count 4.

25               THE COURT:  That motion will be granted.
```

1          All right.  Is there anything further today from

2     the government?

3          MS. SUN:  No, Your Honor.

4          THE COURT:  Anything further, Mr. Shipley?

5          MR. SHIPLEY:  On behalf of Mr. McGrew, Your Honor,

6     nothing.  Thank you.

7          THE COURT:  Thank you.

8          Mr. McGrew, good luck.

9          THE DEFENDANT:  Yes, ma'am, Your Honor.

10    Thank you.  Thank you, Ms. Sun.

11          THE COURT:  All right.  You are all excused.

12          (Whereupon, the proceeding concludes, 3:28 p.m.)

13                        * * * * *

14                      **<u>CERTIFICATE</u>**

15          I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby
      certify that the foregoing constitutes a true and accurate
16    transcript of my stenographic notes, and is a full, true,
      and complete transcript of the proceedings to the best of my
17    ability.

18          This certificate shall be considered null and void
      if the transcript is disassembled and/or photocopied in any
19    manner by any party without authorization of the signatory
      below.

20

21       Dated this 22nd day of August, 2023.

22       <u>/s/ Elizabeth Saint-Loth, RPR, FCRR</u>
         Official Court Reporter
23

24

25

1

## $

**$1,850** [1] - 63:23
**$100** [4] - 30:8, 30:20, 49:17, 88:12
**$15,000** [1] - 30:7
**$150,000** [1] - 30:7
**$1800** [2] - 53:17, 65:14
**$2,000** [9] - 30:19, 49:16, 54:8, 54:13, 77:3, 77:11, 88:13, 89:9, 89:14
**$20,000** [2] - 22:9, 64:15
**$38,000** [2] - 50:19, 66:6
**$40,000** [5] - 22:22, 23:9, 52:2, 52:20
**$41,000** [3] - 50:8, 50:22, 51:1
**$41,200** [6] - 5:17, 21:11, 23:12, 49:19, 52:20, 63:20
**$5,000** [4] - 52:22, 84:2, 88:14, 90:15
**$50** [1] - 90:23
**$7,000** [1] - 53:23
**$75,000** [1] - 52:23
**$7500** [1] - 68:10
**$9,000** [1] - 65:3

## '

**'fess** [1] - 24:1

## /

**/s** [1] - 95:22

## 0

**01608** [1] - 1:12

## 1

**1** [2] - 30:6, 94:23
**10** [2] - 35:9, 94:24
**100** [3] - 5:11, 5:14, 66:10
**102** [1] - 4:22
**103** [1] - 5:7
**105** [1] - 13:24
**106** [1] - 5:16
**108** [3] - 5:8, 5:25, 39:1
**11** [1] - 11:9
**111(a)(1** [3] - 3:20, 77:16, 87:10
**111(a)(1)** [1] - 29:12

## 11

**11:30** [1] - 32:11
**12** [1] - 32:11
**12:30** [2] - 3:10, 3:13
**13** [1] - 45:1
**14** [4] - 12:21, 13:6, 29:13, 92:17
**14,000** [1] - 45:25
**14th** [1] - 23:20
**15** [4] - 25:3, 43:17, 45:16, 88:25
**15,000** [1] - 53:20
**15-year** [1] - 57:16
**150** [1] - 83:24
**16** [3] - 46:22, 62:25, 63:3
**18** [9] - 3:19, 10:20, 10:21, 29:12, 75:25, 77:16, 88:2, 88:12, 89:5
**1800** [1] - 53:22
**1850** [1] - 63:23
**18th** [1] - 5:2
**1984** [1] - 88:1
**1:03** [1] - 1:5
**1:20** [1] - 43:12

## 2

**2** [3] - 11:2, 43:12, 94:23
**2-level** [6] - 12:2, 12:8, 14:7, 17:9, 17:15, 17:24
**2-offense** [1] - 11:24
**2-offense-level** [3] - 12:24, 13:21, 29:3
**20** [2] - 1:5, 34:13
**20001** [1] - 90:18
**20044** [1] - 1:16
**2005** [2] - 46:9, 47:22
**2006** [2] - 59:20, 59:22
**2015** [2] - 47:24, 49:4
**202** [1] - 1:16
**2021** [14] - 4:24, 13:1, 13:3, 13:17, 28:20, 29:8, 39:8, 59:22, 68:20, 71:22, 72:1, 72:3, 82:23, 84:9
**2022** [7] - 4:19, 12:19, 12:22, 13:6, 13:9, 45:1, 50:18
**2023** [4] - 1:5, 5:2, 12:23, 95:21
**20515** [1] - 89:16
**20s** [1] - 60:5
**21** [7] - 4:21, 10:20, 10:24, 13:23, 13:25, 30:3, 47:2
**21-398** [2] - 1:3, 2:3
**22** [2] - 20:25, 59:21

## 22

**2255** [1] - 92:13
**228-1341** [1] - 1:20
**22nd** [1] - 95:21
**23** [2] - 12:21, 13:23
**25** [1] - 61:13
**26th** [1] - 73:18
**27** [2] - 12:21, 72:1
**28** [1] - 92:13
**29** [1] - 12:22
**2:27** [1] - 40:4
**2:45** [1] - 41:1
**2:47** [1] - 41:21
**2:48** [1] - 42:1
**2:50** [1] - 79:25
**2:58** [1] - 42:9
**2A2.2** [1] - 29:11
**2A2.2(a)** [1] - 29:14
**2A2.2(b)(2)(B)** [1] - 29:18

## 3

**3** [10] - 10:24, 12:4, 12:15, 12:21, 13:9, 30:6, 49:15, 54:11, 88:10, 94:23
**3,000** [1] - 48:7
**3,000-page** [1] - 48:8
**30** [7] - 11:6, 41:18, 57:1, 63:15, 90:18, 90:22, 91:10
**3013** [1] - 88:12
**305-7917** [1] - 1:16
**30s** [1] - 60:5
**3200** [1] - 56:20
**333** [1] - 90:17
**34** [1] - 4:25
**35** [1] - 4:25
**3553** [1] - 88:3
**3553(a** [4] - 30:16, 62:4, 76:1, 76:19
**36** [3] - 31:2, 59:14, 65:5
**36-month** [1] - 88:9
**3663** [1] - 89:5
**3663A** [1] - 89:5
**368-0103** [1] - 1:13
**37** [1] - 4:25
**3:10** [1] - 40:12
**3:28** [1] - 95:12
**3:33** [1] - 44:12
**3:35** [1] - 44:12
**3A1.2(b** [1] - 29:19
**3E1.1** [3] - 12:5, 17:25, 29:3
**3E1.1(a** [1] - 29:25
**3E1.1(a)** [2] - 11:25, 12:11
**3E1.1(b** [1] - 30:2

## 4

**4** [5] - 3:17, 40:12, 88:8, 88:10, 94:24
**40** [2] - 61:13, 63:16
**42** [2] - 32:8, 66:7
**44-month** [1] - 87:11
**45** [1] - 91:6
**48** [1] - 8:11

## 5

**5** [3] - 12:23, 88:6, 94:23
**50** [2] - 25:14, 66:10
**508** [1] - 1:13
**54** [2] - 30:25, 59:14
**55** [1] - 1:15
**595** [1] - 1:12

## 6

**6** [16] - 13:1, 13:3, 13:17, 28:20, 29:8, 29:18, 39:8, 68:20, 71:22, 72:3, 72:9, 72:16, 82:23, 84:8, 88:6, 94:24
**66** [1] - 30:22
**6th** [45] - 13:19, 15:7, 15:11, 19:14, 20:21, 20:24, 21:6, 22:20, 27:17, 27:21, 27:25, 28:12, 28:16, 29:1, 31:25, 33:5, 37:10, 40:2, 44:19, 44:23, 45:20, 46:7, 46:11, 46:16, 47:15, 48:13, 48:15, 49:1, 49:12, 50:2, 58:4, 59:23, 60:8, 68:21, 68:25, 69:3, 69:6, 69:9, 70:9, 71:3, 77:9, 77:18, 83:6, 83:9, 83:19

## 7

**7** [1] - 94:24
**70** [5] - 13:25, 18:10, 30:4, 30:22, 61:16
**745** [1] - 1:19
**78** [5] - 17:6, 30:18, 35:9, 49:15, 88:6
**7:00** [1] - 32:10

## 8

**8** [4] - 3:21, 25:14, 65:2, 94:24

## 80

**80** [1] - 4:12
**808** [1] - 1:20
**808Shipleylaw@ gmail.com** [1] - 1:20
**82** [1] - 4:12
**84** [2] - 4:16, 13:24
**85** [1] - 4:7
**86** [3] - 4:8, 17:4, 17:11
**87** [4] - 13:25, 18:10, 30:5, 61:16
**88** [2] - 5:10, 5:11

## 9

**9** [1] - 11:1, 94:24
**90** [2] - 4:13, 4:14
**91** [1] - 4:12
**96734** [1] - 1:19
**97** [2] - 4:12
**98** [2] - 5:11, 5:12

## A

**a.m** [1] - 32:10
**abide** [1] - 88:15
**ability** [6] - 56:21, 66:23, 83:24, 84:1, 89:17, 95:17
**able** [4] - 20:12, 65:12, 79:21, 91:22
**absolutely** [2] - 35:16, 58:15
**abuse** [10] - 61:23, 62:3, 62:7, 62:10, 62:13, 62:14, 62:17, 67:24, 90:4, 93:6
**ACA** [1] - 73:21
**accept** [4] - 10:2, 20:7, 43:4, 48:25
**acceptable** [1] - 68:13
**acceptance** [9] - 11:24, 12:10, 12:13, 12:17, 13:22, 15:21, 17:19, 17:25, 29:24
**accepted** [2] - 15:23, 61:15
**access** [5] - 24:6, 42:1, 79:16, 89:20, 89:25
**accessing** [1] - 41:24
**accomplished** [1] - 20:14
**accordance** [2] - 88:12, 89:4
**according** [2] - 49:4, 53:16
**account** [17] - 5:19, 22:14, 48:24, 52:7, 52:8, 52:12, 52:14,

52:15, 53:15, 53:24, 65:12, 68:10, 68:11, 83:16, 84:4, 86:18, 86:22
**accountable** [2] - 46:18, 56:16
**accounted** [1] - 23:14
**accounting** [5] - 5:16, 22:8, 49:22, 53:12, 64:25
**accrue** [1] - 89:19
**accuracy** [1] - 19:22
**accurate** [2] - 11:18, 95:15
**accustomed** [1] - 32:3
**Act** [1] - 88:1
**act** [2] - 12:11, 19:20
**acted** [1] - 56:17
**acting** [1] - 43:6
**action** [1] - 84:21
**Action** [1] - 1:3
**actions** [17] - 43:4, 43:7, 46:12, 48:11, 48:13, 48:15, 68:20, 68:21, 68:25, 69:1, 69:14, 70:25, 71:2, 72:2, 72:3, 79:20, 84:20
**active** [2] - 21:15, 84:13
**actively** [1] - 72:22
**activities** [2] - 55:13, 58:11
**activity** [2] - 81:14, 82:4
**acts** [1] - 58:8
**actual** [1] - 61:18
**added** [4] - 11:2, 29:15, 29:18, 71:15
**addiction** [3] - 74:22, 74:25, 93:6
**addition** [1] - 37:23
**additional** [2] - 29:24, 90:3
**address** [3] - 26:16, 61:4, 90:18
**addressed** [1] - 27:7
**adjustment** [2] - 12:7, 29:19
**admit** [2] - 21:25, 71:8
**admitted** [8] - 19:21, 19:22, 22:2, 44:2, 44:8, 46:24, 48:2, 49:6
**admitting** [1] - 41:16
**advanced** [1] - 40:9
**advantage** [1] - 61:12
**advisory** [4] - 7:17, 29:4, 30:4, 88:3
**advocate** [1] - 26:2

**affair** [1] - 25:18
**afford** [2] - 84:5, 92:18
**Afghanistan** [1] - 57:23
**afraid** [1] - 25:23
**aftermath** [1] - 85:13
**afternoon** [6] - 2:8, 2:18, 2:21, 3:11, 3:15, 31:18
**afternoons** [1] - 3:12
**afterwards** [1] - 15:9, 44:14, 49:14
**age** [3] - 46:22, 46:25, 47:2
**agencies** [2] - 90:25, 91:3
**agenda** [4] - 20:18, 20:19, 21:8, 27:24
**aggravated** [2] - 29:14, 29:21
**aggravating** [1] - 87:18
**aggressive** [1] - 84:16
**aggressively** [1] - 81:8
**ago** [3] - 24:11, 45:16, 47:12
**agree** [2] - 11:22, 60:2
**agreed** [2] - 16:20, 77:12
**agreement** [11] - 14:4, 14:16, 16:17, 16:19, 16:21, 20:6, 77:3, 92:4, 92:7, 92:8, 92:16
**ahead** [1] - 39:7
**aided** [1] - 1:25
**aim** [1] - 82:9
**ain't** [2] - 42:17, 42:24
**Alabama** [3] - 94:15, 94:16, 94:17
**alarms** [1] - 41:2
**alcohol** [5] - 46:25, 62:12, 63:4, 63:5, 74:20
**alerted** [1] - 31:4
**Aliceville** [2] - 94:11, 94:17
**ALICEVILLE** [1] - 94:12
**all-hands-on-deck** [1] - 32:25
**alleged** [1] - 15:10
**allow** [2] - 66:12, 69:21
**allowing** [1] - 75:9
**almost** [3] - 54:10, 78:12, 81:25
**ALSO** [1] - 1:22
**altercation** [1] - 44:3

**alternatively** [2] - 93:25, 94:10
**America** [2] - 2:3, 45:23
**AMERICA** [1] - 1:3
**America's** [1] - 44:22
**Americans** [2] - 36:3, 71:21
**amount** [22] - 21:10, 22:21, 50:21, 53:11, 53:14, 53:18, 53:21, 54:9, 54:13, 54:15, 54:17, 77:2, 77:4, 77:11, 77:12, 84:4, 88:13, 88:14, 89:9, 89:13, 90:15
**amounts** [1] - 54:8
**amply** [1] - 87:3
**Amy** [2] - 17:3, 17:10
**ANDREW** [1] - 1:14
**anger** [3] - 58:6, 69:5, 69:19
**angle** [3] - 24:2, 24:17, 24:21
**angry** [2] - 48:7, 84:21
**answer** [1] - 26:3
**antirecidivism** [1] - 93:13
**antisocial** [2] - 58:1, 63:12
**apologetic** [2] - 68:19, 70:4
**apologies** [3] - 71:23, 75:9, 83:11
**apologize** [2] - 19:8, 37:3, 71:19
**apology** [1] - 70:18
**appalled** [1] - 70:24
**appalling** [1] - 70:14
**appeal** [7] - 91:25, 92:6, 92:9, 92:16, 92:18, 92:19, 92:20
**Appeals** [1] - 92:1
**appear** [3] - 10:18, 79:21, 91:7
**appearance** [1] - 91:12
**APPEARANCES** [1] - 1:9
**appeared** [1] - 40:3
**appellate** [1] - 92:12
**application** [2] - 12:4, 16:20, 30:16
**Application** [1] - 12:15
**applies** [1] - 29:11
**apply** [5] - 7:14, 7:17, 10:14, 29:9, 92:20
**appointed** [1] - 92:20
**appointments** [1] -

68:1
**appreciated** [1] - 20:15
**approach** [1] - 31:8
**approached** [2] - 42:11, 42:13
**appropriate** [9] - 6:13, 23:15, 26:13, 28:23, 29:5, 31:6, 53:12, 86:18, 90:25
**approval** [1] - 90:3
**approved** [1] - 91:1
**April** [5] - 4:19, 12:21, 13:6, 23:20
**Architect** [3] - 77:4, 89:9, 89:13
**archway** [1] - 70:7
**area** [1] - 78:5
**areas** [2] - 72:20, 73:8
**argue** [5] - 16:7, 16:9, 16:17, 16:19, 20:3
**argument** [2] - 16:8, 61:17
**arguments** [1] - 4:17
**arm** [2] - 41:17, 42:6
**arms** [3] - 40:16, 42:20, 80:22
**aroused** [1] - 48:7
**arranged** [1] - 56:24
**arrested** [3] - 47:1, 63:5, 86:10
**arrests** [2] - 11:7, 62:9, 86:16
**arrived** [3] - 36:19, 44:2, 70:7
**article** [1] - 44:20
**articulated** [1] - 54:19
**ascertaining** [1] - 51:24
**aside** [3] - 21:8, 23:11, 86:16
**assault** [9] - 13:13, 29:14, 29:22, 38:12, 41:14, 42:4, 45:7, 57:10, 71:2
**assaulted** [4] - 33:3, 39:14, 39:15, 39:16, 39:17, 39:19, 40:11, 46:11
**assaulting** [4] - 3:18, 28:6, 35:13, 77:14
**assaults** [2] - 42:12, 49:13
**assess** [1] - 65:21
**assessing** [2] - 29:4, 84:7
**assessment** [5] - 30:7, 30:20, 49:17, 88:11, 90:21
**Assistant** [2] - 2:10,

20:25
**assisted** [1] - 35:18
**Atrocities** [1] - 44:22
**attack** [3] - 76:13, 84:8, 85:10
**attacked** [1] - 32:24
**attempt** [1] - 90:6
**attempted** [2] - 42:10, 42:22
**attempting** [3] - 40:22, 42:5, 81:15
**attended** [1] - 39:9
**attending** [1] - 74:17
**attention** [5] - 18:21, 50:13, 50:14, 55:23, 89:14
**attitude** [4] - 69:5, 69:25, 70:2, 70:25
**attorney** [3] - 8:18, 52:21, 75:4
**Attorney** [3] - 2:10, 20:25, 47:7
**Attorney's** [1] - 89:24
**attribute** [1] - 28:24
**August** [3] - 12:19, 12:21, 95:21
**authorities** [1] - 30:1
**authorization** [1] - 95:19
**authorize** [1] - 89:21
**authorizing** [1] - 89:6
**automatic** [1] - 12:8
**available** [7] - 5:4, 24:9, 61:1, 61:4, 61:11, 76:23, 87:1
**Avenue** [1] - 90:17
**avoid** [2] - 76:23, 87:5
**award** [1] - 29:2
**awarded** [3] - 11:24, 12:2, 13:21
**aware** [9] - 15:4, 19:4, 19:13, 21:20, 21:21, 23:4, 23:6, 44:19, 45:10
**awareness** [1] - 72:21

**B**

**background** [2] - 46:14, 93:7
**backpack** [1] - 78:5
**backup** [1] - 32:25
**bad** [2] - 85:8, 86:5
**badge** [1] - 80:4
**baggage** [1] - 86:7
**balance** [6] - 22:12, 22:13, 65:3, 65:11, 89:19, 90:20
**bang** [1] - 66:9
**banister** [1] - 41:11

3

barber [1] - 74:9
barricade [1] - 41:23
bars [1] - 33:19
base [1] - 29:13
base-offense [1] - 29:13
based [10] - 26:9, 47:10, 55:18, 58:18, 60:3, 65:21, 77:4, 83:25, 87:23
basic [1] - 88:19
basis [4] - 20:4, 22:8, 23:1, 47:21
baton [4] - 80:11, 80:14, 80:16, 80:17
batons [2] - 34:22, 42:20
BB [1] - 93:21
bear [8] - 2:15, 33:4, 39:10, 48:16, 78:2, 78:4, 84:11
beards [1] - 74:11
bearing [1] - 48:13
became [3] - 21:20, 22:12, 34:8
become [3] - 33:18, 37:16, 63:18
becomes [1] - 59:15
becoming [1] - 49:7
BEFORE [1] - 1:8
began [2] - 27:4, 27:5
begin [4] - 3:23, 60:6, 63:5, 73:3
beginning [3] - 54:16, 77:2, 86:9
begins [1] - 46:22
begun [1] - 41:22
behalf [7] - 2:19, 7:6, 8:1, 19:3, 37:3, 61:17, 95:5
behavior [5] - 40:1, 48:4, 48:5, 58:1, 62:3
behind [6] - 2:11, 24:3, 24:25, 41:24, 42:2
believes [2] - 38:7, 47:9
below [1] - 95:19
benefit [5] - 52:10, 52:11, 52:13, 52:21, 53:9
berating [1] - 80:25
Berman [2] - 17:4, 17:10
Berman-Jackson [1] - 17:4
Berman-Jackson's [1] - 17:10
BERYL [1] - 1:8

beside [1] - 83:23
best [3] - 22:7, 78:15, 95:16
better [9] - 19:7, 24:22, 27:19, 37:16, 67:10, 72:2, 72:14
between [2] - 10:18, 59:22
beyond [2] - 25:12, 73:24
big [3] - 19:25, 34:12, 61:14
bill [1] - 59:12
bills [1] - 65:16
bit [3] - 20:10, 26:10, 68:9
blame [1] - 43:5
blared [1] - 41:2
blast [2] - 57:23, 62:9
bleeding [1] - 57:1
blinded [1] - 70:6
block [2] - 33:7, 42:5
blocked [1] - 32:24
blog [2] - 4:19, 28:11
bloodbath [1] - 33:18
blown [1] - 47:18
blur [1] - 25:12
board [2] - 20:6, 53:2
bodies [1] - 79:17
bodily [1] - 77:7
body [4] - 33:21, 42:6, 81:9
body-worn [1] - 81:9
border [1] - 94:15
borrowed [1] - 65:19
bound [1] - 16:16
Box [2] - 1:15, 1:19
boyfriend [1] - 63:2
bracing [1] - 79:16
bracket [1] - 29:17
breach [1] - 40:5
break [4] - 61:5, 63:14, 78:9, 79:21
breaking [1] - 79:24
bricks [2] - 33:4, 34:20
bridge [1] - 85:25
brief [3] - 55:12, 56:12, 80:18
briefing [1] - 14:10
bring [7] - 14:16, 15:3, 39:11, 50:13, 72:5, 72:8, 78:4
bringing [1] - 72:14
broke [1] - 25:17
broken [4] - 32:12, 32:25, 33:2, 35:13
brothers [2] - 35:17, 71:25

brought [3] - 39:10, 50:14, 84:11
Brutality [1] - 44:23
bucks [2] - 66:10
build [4] - 27:18, 27:24, 28:9
Building [5] - 70:9, 78:22, 78:23, 78:25, 89:15
building [6] - 41:3, 41:7, 43:15, 43:24, 48:21, 70:23
bulletproof [1] - 32:17
bully [1] - 79:14
burden [1] - 68:9
burdensome [1] - 77:10
Bureau [4] - 59:8, 88:5, 91:17, 93:3
BURTON [1] - 1:5
Burton [3] - 2:4, 87:25, 88:4
business [2] - 78:16, 80:9

## C

C.B [18] - 2:11, 31:5, 31:10, 31:15, 31:18, 31:19, 31:21, 31:24, 32:4, 32:7, 32:15, 32:18, 36:12, 36:14, 36:21, 37:6, 37:17, 37:19
C2B [1] - 73:6
calculation [3] - 18:6, 18:7, 18:9
calming [1] - 69:2
calmly [1] - 42:14
camera [1] - 81:9
cannot [4] - 16:17, 19:20, 22:4, 83:15
capable [2] - 59:8, 59:9
Capitol [44] - 5:8, 32:11, 32:13, 32:23, 33:1, 33:18, 34:3, 34:12, 34:16, 35:2, 35:12, 35:21, 36:18, 38:23, 39:14, 39:17, 40:23, 40:24, 43:23, 54:10, 55:14, 64:10, 70:6, 70:8, 76:13, 77:4, 77:24, 78:2, 78:5, 78:7, 78:15, 78:22, 78:23, 78:25, 79:10, 80:7, 80:24, 84:8, 84:14, 84:15, 87:14, 89:9, 89:13
captured [1] - 56:1

card [1] - 66:9
care [8] - 4:11, 22:5, 35:11, 59:10, 72:15, 75:5, 75:6
carries [1] - 3:20
carry [1] - 86:7
carrying [1] - 33:17
Case [1] - 2:3
case [25] - 7:15, 7:18, 8:18, 10:8, 10:14, 17:3, 17:5, 17:7, 22:10, 22:11, 25:8, 28:22, 28:24, 38:5, 51:12, 55:6, 64:13, 64:15, 64:18, 68:13, 70:23, 71:15, 86:19, 87:17
cases [4] - 20:24, 60:23, 69:3, 69:24
cash [2] - 84:1, 84:5
cat [1] - 2:14
catalogued [1] - 4:21
catching [1] - 60:14
category [5] - 10:17, 11:11, 11:14, 13:23, 30:4
Category [3] - 11:10, 87:8, 87:15
caught [1] - 82:25
caused [1] - 37:14
CCTV [2] - 24:5, 24:18
CDU [1] - 32:8
cell [1] - 73:5
center [2] - 13:10, 45:4
certain [4] - 3:18, 56:8, 65:21, 66:20
certainly [3] - 13:15, 25:13, 65:24, 66:11, 66:15, 66:17
CERTIFICATE [1] - 95:14
certificate [1] - 95:18
certify [1] - 95:15
cetera [1] - 90:13
challenge [2] - 20:10, 92:14
challenges [1] - 55:1
challenging [1] - 48:6
chamber [5] - 39:18, 41:21, 42:3, 79:15, 79:25
chambers [3] - 41:23, 41:25, 48:19
chance [2] - 74:16, 75:9
change [8] - 15:20, 24:10, 51:6, 72:6, 72:19, 72:23, 90:18, 90:19

changed [3] - 16:18, 52:14, 54:9
changes [1] - 68:4
chant [1] - 79:12
chanting [1] - 40:10
chants [1] - 34:4
chaos [1] - 71:16
Chapter [1] - 29:22
characteristic [1] - 29:15
characteristics [3] - 46:5, 76:22, 85:4
characterizes [1] - 9:24
charge [4] - 13:14, 45:7, 86:11, 88:7
charged [1] - 71:2
charges [1] - 90:2
checking [4] - 53:24, 68:10, 68:11, 84:4
checks [1] - 68:11
cheer [1] - 40:18
cheered [3] - 40:7, 69:24, 70:1
chemicals [1] - 10:23
CHIEF [1] - 1:7
Chief [4] - 68:14, 70:5, 75:2, 89:14
chilling [1] - 82:8
choice [2] - 3:12, 43:18
chose [2] - 28:18, 28:19
Christ [1] - 71:25
Christian [1] - 72:10
chronic [1] - 62:19
circled [1] - 43:23
Circuit [2] - 92:1, 92:6
circumstances [9] - 16:17, 18:22, 76:21, 77:13, 82:22, 84:25, 87:17, 87:18, 92:5
cite [1] - 48:9
cited [3] - 17:2, 47:21, 47:23
citizens [2] - 68:14, 72:12
City [4] - 93:15, 93:21, 94:1, 94:3
city [1] - 93:22
claiming [3] - 41:14, 41:15, 43:6
clarify [1] - 39:5
cleaning [3] - 72:25, 73:5, 73:13
cleanliness [1] - 72:25
cleanup [1] - 73:4
clear [9] - 12:5, 16:14, 27:14, 42:10, 51:21, 52:13, 53:8, 77:6,

4

78:14
**clearly** [8] - 12:9, 22:6, 25:7, 52:1, 79:2, 79:8, 86:9, 91:22
**Clerk** [3] - 89:10, 90:16, 90:19
**client** [5] - 9:1, 18:18, 25:17, 64:19, 67:11
**client's** [1] - 18:14
**clients** [3] - 15:15, 19:19, 55:9
**climbed** [1] - 40:24
**close** [3] - 51:21, 66:12, 69:17
**closed** [1] - 66:14
**closer** [2] - 9:3, 17:10
**clothing** [1] - 53:2
**clumsiness** [2] - 57:3, 57:5
**Coast** [1] - 34:7
**codefendant** [3] - 64:13, 64:14, 64:17
**collect** [1] - 75:18
**collected** [4] - 5:18, 49:20, 64:8, 65:8
**collecting** [1] - 51:16
**collection** [1] - 89:3
**college** [6] - 34:6, 49:5, 60:13, 74:18, 74:20, 86:13
**college-level** [1] - 74:18
**COLUMBIA** [1] - 1:1
**Columbia** [2] - 68:15, 89:12
**combat** [5] - 33:25, 36:2, 56:8, 57:22, 59:10
**combination** [1] - 30:3
**comfortable** [1] - 31:17
**coming** [11] - 6:23, 22:25, 25:23, 26:14, 33:20, 34:14, 34:23, 55:14, 62:17, 66:2, 80:2
**commencement** [1] - 91:10
**commendable** [1] - 46:9
**commendation** [2] - 74:5, 91:23
**commentary** [2] - 21:23, 26:17
**comments** [4] - 7:8, 24:21, 82:20, 83:12
**commissary** [1] - 64:25
**commit** [2] - 86:19, 88:22

**commitments** [1] - 3:11
**committed** [4] - 10:21, 11:5, 46:7, 88:5
**committee** [2] - 45:19, 45:20
**communication** [1] - 71:24
**communities** [1] - 72:7
**community** [1] - 63:17
**community's** [1] - 72:19
**compact** [1] - 81:18
**comparator** [2] - 17:3, 17:5
**comparators** [2] - 87:16, 87:21
**comparing** [1] - 28:11
**comparison** [3] - 28:13, 28:18, 28:19
**complete** [1] - 95:16
**completely** [1] - 68:12
**completion** [1] - 91:4
**comply** [2] - 76:2, 89:7
**compounded** [1] - 70:10
**computer** [1] - 1:25
**computer-aided** [1] - 1:25
**concern** [4] - 13:18, 16:2, 25:23, 66:25
**concerned** [1] - 14:5
**concerns** [3] - 14:9, 65:24, 74:1
**conciliatory** [1] - 80:18
**concludes** [1] - 95:12
**conclusion** [1] - 48:11
**conclusions** [2] - 20:2, 57:20
**concussed** [1] - 33:22
**concussion** [3] - 57:6, 57:14, 85:14
**condition** [4] - 58:25, 66:16, 66:17
**conditions** [4] - 88:16, 88:17, 88:21, 89:8
**conduct** [40] - 7:22, 9:25, 12:16, 12:20, 13:19, 14:6, 15:25, 16:6, 17:14, 27:17, 27:20, 27:21, 28:4, 29:1, 29:7, 29:8, 38:7, 44:15, 44:18, 48:25, 49:13, 49:14, 55:25, 56:1, 56:16, 56:21, 60:7, 63:12, 76:11, 76:22, 76:25, 77:9, 77:18, 77:19,

78:1, 82:22, 83:1, 86:19, 88:19
**confer** [1] - 54:22
**conference** [6] - 18:16, 25:25, 26:25, 45:9, 50:15, 51:8
**confident** [1] - 19:25
**confirm** [2] - 7:10, 18:17
**confronted** [2] - 59:1, 79:10
**confronting** [1] - 18:24
**confusion** [1] - 71:16
**congratulations** [1] - 74:2
**Congress** [2] - 78:16, 80:7
**congressmen** [1] - 68:16
**congresswomen** [1] - 68:16
**connected** [2] - 22:5, 22:7
**connection** [4] - 3:25, 8:23, 10:7, 75:24
**consciousness** [1] - 57:1
**consequences** [4] - 27:7, 48:5, 57:18
**consider** [3] - 28:22, 75:25, 76:21
**consideration** [5] - 49:2, 52:18, 53:11, 87:23, 88:2
**considerations** [1] - 12:1
**considered** [1] - 95:18
**considering** [1] - 75:20
**consistent** [4] - 47:24, 48:1, 57:6, 61:21
**conspiracy** [2] - 45:18, 83:4
**constitutes** [3] - 12:12, 83:18, 95:15
**Constitution** [1] - 90:17
**constructively** [1] - 91:22
**consult** [1] - 47:11
**consultation** [1] - 90:10
**contact** [1] - 19:17
**contacts** [1] - 86:15
**contagion** [1] - 58:6
**contending** [1] - 17:23
**context** [3] - 6:25, 41:9, 56:16
**continually** [1] - 61:6

**continue** [7] - 9:18, 64:1, 74:19, 74:24, 78:1, 80:8, 91:16
**continued** [2] - 15:9, 40:14, 42:13, 42:18, 45:13, 45:17, 59:6, 63:25, 83:20
**continuing** [6] - 4:11, 17:13, 64:7, 80:20, 81:10, 83:17
**contrary** [2] - 20:3, 44:17
**contribute** [1] - 50:5
**contributed** [4] - 37:4, 63:13, 65:1, 83:19
**contributing** [1] - 83:8
**contribution** [2] - 49:25, 66:9
**contributions** [4] - 5:18, 28:10, 50:6, 66:13
**control** [6] - 48:5, 57:3, 58:2, 58:7, 66:19, 66:20
**controlled** [3] - 62:15, 88:23, 88:24
**conundrum** [1] - 65:23
**conversation** [1] - 23:12
**conversations** [3] - 20:8, 24:13, 47:6
**convey** [1] - 75:9
**convicted** [1] - 77:14
**conviction** [7] - 11:7, 29:12, 29:21, 30:8, 86:20, 91:25, 92:14
**convictions** [6] - 10:20, 10:25, 11:4, 86:17, 86:21, 87:7
**cooperate** [1] - 89:3
**copies** [1] - 7:7
**copy** [2] - 6:4, 6:6
**corner** [1] - 60:9
**Corps** [7] - 37:12, 57:9, 62:16, 62:17, 62:21, 63:6, 68:24
**correct** [14] - 2:24, 2:25, 8:13, 9:22, 9:23, 10:6, 11:12, 18:15, 55:5, 57:15, 81:22, 83:13, 85:17, 94:13
**Corrections** [5] - 72:6, 72:10, 72:12, 72:16, 91:18
**correctly** [2] - 2:17, 57:24
**correspondence** [1] - 74:18

**cost** [2] - 92:18, 92:19
**counsel** [6] - 2:6, 22:17, 36:24, 67:10, 85:23, 92:20
**counseling** [1] - 74:20
**counselor** [2] - 49:7, 63:18
**Count** [4] - 3:17, 88:8, 88:10, 94:24
**count** [4] - 10:25, 11:1, 11:7, 30:8
**country** [9] - 23:13, 28:20, 39:11, 68:17, 68:24, 80:9, 83:18, 84:24, 85:18
**counts** [1] - 94:21
**Counts** [1] - 94:23
**coup** [1] - 34:11
**couple** [3] - 8:16, 35:1, 93:4
**course** [4] - 4:5, 56:17, 60:11, 74:18
**courses** [1] - 86:13
**court** [6] - 19:11, 32:3, 51:11, 59:13, 92:12, 92:20
**Court** [62] - 1:23, 1:23, 2:2, 2:20, 10:2, 14:15, 15:4, 16:5, 18:17, 19:4, 19:13, 19:24, 24:1, 25:25, 26:14, 26:15, 44:19, 46:6, 49:2, 50:21, 52:17, 53:22, 53:25, 54:22, 55:2, 56:2, 56:10, 60:2, 60:17, 61:23, 63:10, 63:11, 65:21, 66:15, 67:19, 68:12, 75:8, 77:8, 77:9, 82:3, 82:16, 83:11, 88:4, 89:2, 89:11, 89:17, 90:16, 90:17, 90:19, 91:2, 91:7, 91:10, 91:11, 91:25, 92:19, 93:5, 93:7, 93:11, 95:22
**COURT** [139] - 1:1, 1:8, 2:13, 2:16, 2:21, 3:2, 3:5, 3:8, 3:14, 5:23, 6:6, 6:8, 6:11, 6:15, 6:21, 8:9, 8:15, 8:20, 8:25, 9:3, 9:13, 9:19, 10:1, 11:13, 11:19, 14:13, 14:20, 14:22, 14:25, 15:12, 16:9, 16:11, 16:14, 16:16, 17:1, 17:23, 18:3, 18:11, 19:5, 19:9, 20:18, 21:4, 22:23, 23:4, 23:6,

23:11, 23:18, 25:5,
26:10, 26:22, 26:24,
27:9, 30:12, 30:14,
31:9, 31:16, 31:19,
31:23, 32:2, 32:5,
32:14, 32:16, 36:4,
36:22, 37:7, 37:18,
37:21, 38:1, 38:8,
38:10, 38:20, 38:23,
39:1, 39:3, 39:5,
39:7, 49:18, 50:2,
50:10, 50:12, 50:23,
51:9, 52:10, 52:19,
53:1, 53:4, 53:10,
53:16, 53:18, 54:1,
54:23, 55:4, 55:6,
58:12, 58:16, 58:23,
59:20, 59:22, 62:7,
62:13, 63:20, 63:22,
64:14, 64:19, 64:21,
65:8, 66:19, 67:1,
67:4, 67:9, 67:15,
70:17, 71:9, 73:17,
74:2, 74:4, 74:8,
75:11, 75:13, 75:16,
75:20, 76:17, 92:24,
93:1, 93:9, 93:16,
93:22, 93:24, 94:1,
94:5, 94:9, 94:12,
94:14, 94:17, 94:19,
94:25, 95:4, 95:7,
95:11
**Court's** [9] - 25:22,
50:13, 50:14, 51:4,
55:23, 65:24, 66:21,
66:25, 93:11
**court-appointed** [1] -
92:20
**courtroom** [3] - 6:2,
19:11, 67:16
**COURTROOM** [3] -
2:2, 6:5, 6:7
**courts** [2] - 20:23,
21:3
**cover** [1] - 6:24
**CPA** [1] - 89:15
**created** [2] - 52:9,
66:16
**credibility** [1] - 46:15
**credit** [4] - 25:25,
66:9, 90:2, 90:3
**crime** [2] - 21:25,
88:22
**crimes** [3] - 46:7,
58:24, 76:18
**criminal** [39] - 10:17,
10:20, 10:25, 11:2,
11:6, 11:8, 11:9,
11:11, 11:14, 13:23,
23:14, 27:22, 30:3,

46:20, 46:22, 49:11,
51:24, 53:5, 53:11,
54:2, 54:18, 60:24,
61:18, 61:19, 61:20,
62:3, 62:5, 64:9,
76:11, 78:1, 84:5,
86:6, 86:7, 86:14,
86:15, 87:7, 88:14,
90:14, 90:21
**Criminal** [5] - 1:3, 2:3,
11:9, 87:8, 87:15
**criminality** [1] - 23:2
**critical** [1] - 33:13
**crowd** [17] - 24:4,
24:19, 24:24, 34:22,
40:8, 40:9, 40:10,
40:16, 40:18, 42:4,
44:1, 45:23, 48:23,
58:5, 69:24, 78:24,
82:25
**crowd-sourced** [2] -
24:4, 24:24
**crowded** [1] - 42:3
**crowds** [1] - 69:3
**cuff** [1] - 27:4
**cul** [1] - 19:4
**culpability** [1] - 77:18
**culpable** [1] - 15:10
**culture** [2] - 19:14,
19:17
**curtain** [1] - 34:19
**custodial** [1] - 31:1,
85:3
**custody** [5] - 50:18,
65:2, 65:17, 65:20,
88:5
**cut** [1] - 74:10
**cycle** [1] - 61:5

## D

**D.C** [15] - 1:6, 4:11,
48:16, 64:5, 72:6,
72:9, 72:15, 74:5,
78:3, 89:16, 90:17,
91:18, 91:23, 92:1,
92:6
**daily** [2] - 73:9, 73:22
**damage** [3] - 54:17,
64:9, 77:5
**damages** [1] - 54:10
**danger** [2] - 23:22,
85:10
**dangerous** [1] - 29:16
**date** [3] - 21:16, 45:2,
45:14
**Dated** [1] - 95:21
**dated** [3] - 6:1, 6:16,
73:18
**days** [7] - 45:16,

88:25, 90:18, 90:22,
91:6, 91:10, 92:17
**DC** [1] - 1:16
**de** [1] - 81:5
**de-escalation** [1] -
81:5
**deadly** [1] - 33:15
**deal** [2] - 34:17, 64:9
**dealing** [3] - 62:18,
64:17, 74:21
**dealt** [2] - 65:10, 65:11
**dearly** [1] - 68:18
**decade** [1] - 60:1
**December** [1] - 12:22
**decide** [2] - 7:16, 46:1
**decided** [1] - 44:4
**deciding** [1] - 86:22
**decision** [2] - 22:17,
56:4
**deck** [1] - 32:25
**declined** [2] - 58:14,
58:25
**deep** [3] - 25:12,
25:14, 68:19
**deepest** [2] - 70:3,
75:9
**deeply** [3] - 68:18,
70:16
**defect** [1] - 92:3
**defend** [2] - 34:3,
79:16
**Defendant** [1] - 1:5
**defendant** [116] - 2:19,
5:17, 9:20, 10:2,
10:5, 12:2, 12:5,
12:6, 12:9, 12:16,
14:18, 14:19, 15:5,
15:6, 15:9, 15:13,
16:24, 16:25, 17:4,
17:10, 31:12, 39:8,
39:13, 39:18, 39:20,
39:23, 40:3, 40:4,
40:6, 40:8, 40:11,
40:15, 40:17, 40:21,
40:23, 41:1, 41:5,
41:7, 41:9, 41:10,
41:13, 41:20, 42:3,
42:6, 42:8, 42:9,
42:11, 42:13, 42:14,
42:19, 42:23, 43:5,
43:7, 43:11, 43:15,
43:16, 43:20, 43:22,
43:23, 43:25, 44:2,
44:6, 44:8, 44:10,
44:14, 44:15, 44:19,
44:25, 45:3, 45:8,
45:9, 45:10, 45:12,
45:15, 45:17, 46:6,
46:8, 46:9, 46:10,
46:11, 46:17, 46:19,

46:24, 47:3, 47:7,
47:8, 47:11, 47:14,
47:17, 48:2, 48:9,
48:12, 48:20, 49:3,
49:5, 49:19, 50:19,
51:15, 51:23, 51:25,
52:1, 52:8, 52:16,
53:22, 58:19, 61:1,
63:24, 64:13, 64:16,
65:22, 81:24, 82:2,
87:19, 92:5, 92:7
**DEFENDANT** [20] -
1:18, 8:8, 8:19, 8:24,
9:17, 37:8, 67:7,
67:17, 70:19, 71:10,
74:3, 74:7, 74:9,
75:12, 75:15, 75:19,
76:16, 94:4, 94:6,
95:9
**defendant's** [26] -
4:18, 5:6, 5:9, 5:12,
5:15, 12:18, 16:6,
40:1, 42:15, 44:18,
48:10, 48:15, 49:5,
49:11, 49:13, 50:16,
52:8, 52:9, 52:10,
52:11, 52:12, 52:13,
52:21, 53:23, 91:4,
93:6
**defendants** [15] -
19:14, 20:21, 21:6,
22:21, 50:3, 54:9,
76:5, 76:24, 77:17,
77:20, 86:19, 87:6,
87:9, 91:14
**defending** [2] - 43:3,
81:3
**defense** [6] - 5:23,
6:18, 15:14, 30:12,
36:24, 67:10
**defer** [1] - 53:25
**defiance** [1] - 42:20
**defined** [1] - 57:3
**definitely** [3] - 36:17,
71:16, 71:18
**defund** [2] - 43:1, 81:1
**delay** [1] - 59:6
**delayed** [1] - 9:7
**delicate** [1] - 75:7
**democracy** [1] - 68:17
**Democrat** [1] - 35:11
**demonstrate** [1] - 12:9
**denial** [1] - 67:21
**denied** [1] - 44:16
**denying** [2] - 63:7,
63:8, 67:21
**department** [1] - 51:13
**Department** [6] - 1:15,
72:6, 72:9, 72:11,
72:15, 91:18

**department's** [1] -
75:21
**departure** [2] - 16:5,
16:24
**depths** [1] - 70:4
**DEPUTY** [3] - 2:2, 6:5,
6:7
**deputy** [1] - 6:2
**described** [1] - 82:6
**describing** [1] - 82:21
**desire** [1] - 28:25
**desperately** [1] -
79:16
**despite** [10] - 17:13,
17:24, 39:24, 40:21,
42:2, 43:24, 44:16,
49:3, 52:15, 87:16
**detail** [2] - 28:6, 73:22
**detailed** [1] - 45:11
**detailing** [1] - 5:3
**detained** [3] - 22:1,
22:20, 74:6
**detainee** [1] - 22:1
**detainees** [6] - 26:20,
72:8, 72:9, 72:15,
72:16, 73:4
**detention** [3] - 4:24,
19:24, 80:19
**deter** [1] - 76:11
**determination** [8] -
10:10, 11:20, 11:23,
23:16, 30:10, 51:14,
51:17, 57:10
**determine** [4] - 7:3,
7:14, 90:5, 91:12
**determined** [2] - 89:2,
89:17
**deterrence** [1] - 76:15
**diagnose** [1] - 57:17
**diagnosed** [3] - 57:7,
62:19, 85:14
**diagnoses** [1] - 85:17
**diagnosis** [8] - 47:9,
47:10, 47:21, 47:25,
48:24, 56:25, 57:14,
58:18
**dictated** [1] - 61:22
**die** [1] - 34:3
**difference** [1] - 61:14
**differences** [1] - 87:22
**different** [15] - 4:4,
4:14, 5:6, 5:13, 7:2,
17:20, 18:6, 30:23,
33:13, 34:9, 44:20,
52:2, 64:13, 75:23
**differently** [2] - 69:11,
69:13
**differing** [1] - 30:17
**difficult** [6] - 19:10,
80:23, 81:6, 82:18,

84:23, 85:19
**difficulty** [1] - 37:4
**dig** [1] - 45:24
**direct** [2] - 14:2, 72:18
**directed** [2] - 43:10, 89:3
**direction** [4] - 13:7, 23:21, 71:6, 71:24
**directions** [1] - 44:10
**directly** [6] - 7:24, 8:2, 8:3, 18:18, 67:6, 70:18
**disability** [1] - 68:11
**disappointed** [1] - 76:13
**disassembled** [1] - 95:18
**disbursement** [1] - 89:12
**discharge** [1] - 61:6
**discretionary** [1] - 88:16
**discuss** [2] - 26:19, 30:15
**discussion** [1] - 6:24
**disinformation** [4] - 83:3, 83:5, 83:8, 83:13
**dismiss** [2] - 94:21, 94:23
**disparities** [1] - 76:24
**disparity** [1] - 87:6
**displaced** [1] - 41:12
**dispute** [1] - 10:18
**disregard** [2] - 55:16, 69:1
**disrupt** [2] - 16:11, 84:17
**dissemination** [1] - 21:7
**distort** [1] - 27:17
**distorted** [1] - 20:22
**distract** [1] - 84:18
**distributed** [1] - 73:10
**District** [8] - 31:25, 32:1, 32:20, 68:15, 89:11, 90:16, 91:8
**district** [2] - 20:23, 32:18, 91:1
**DISTRICT** [3] - 1:1, 1:1, 1:8
**divisions** [1] - 83:17
**DNA** [1] - 89:3
**DOC** [6] - 18:20, 19:14, 19:17, 56:24, 73:16, 74:1
**docket** [3] - 4:2, 6:9, 6:17
**docketed** [12] - 4:6, 4:8, 4:12, 4:16, 5:7,

5:8, 5:10, 5:16, 5:25, 37:24, 39:1
**documents** [5] - 5:21, 6:18, 8:22, 47:3, 75:23
**DOH** [1] - 73:21
**DOJ** [1] - 1:11
**DOJ-USAO** [1] - 1:11
**dollars** [1] - 51:16
**dominated** [1] - 61:22
**donations** [2] - 49:20, 50:8
**done** [6] - 7:2, 41:23, 69:10, 81:12, 82:15
**door** [1] - 43:21
**doors** [6] - 25:17, 38:14, 39:17, 41:2, 43:16, 70:6
**doorway** [2] - 43:20, 48:19
**double** [1] - 94:5
**doubled** [1] - 54:10
**doubt** [1] - 15:6
**down** [10] - 22:4, 32:12, 32:13, 32:20, 33:20, 37:20, 49:18, 56:5, 58:20, 75:18
**downward** [3] - 16:5, 16:24, 30:21
**dozens** [2] - 25:9, 39:24
**Dr** [13] - 22:14, 47:23, 52:22, 56:11, 56:18, 56:19, 57:13, 57:18, 58:5, 58:12, 58:17, 62:16, 85:12
**draft** [2] - 7:8, 7:9
**dragged** [1] - 34:22
**drawn** [1] - 20:1
**drives** [1] - 62:3
**driving** [2] - 10:22, 10:24
**drug** [9] - 46:21, 46:24, 48:1, 49:7, 61:23, 74:20, 88:25, 89:1, 93:6
**drugs** [1] - 68:1
**due** [2] - 72:19, 90:22
**DUIs** [3] - 47:1, 62:9, 63:8
**duly** [1] - 73:19
**duration** [1] - 90:13
**during** [13] - 7:22, 12:19, 18:16, 20:9, 33:2, 33:11, 34:1, 41:13, 43:5, 46:15, 64:2, 67:25, 91:23
**duty** [2] - 57:7, 58:23

**E**

**earliest** [1] - 24:21
**early** [2] - 21:14, 60:5
**earn** [1] - 65:7
**ears** [1] - 57:2
**easier** [1] - 14:25
**east** [2] - 43:16, 43:19
**ECF** [12] - 4:7, 4:8, 4:12, 4:14, 4:16, 4:22, 4:25, 5:7, 5:10, 5:16, 5:25, 39:1
**echoed** [1] - 13:8
**education** [1] - 91:16
**educational** [1] - 91:18
**effect** [1] - 38:15
**effective** [1] - 79:8
**egregious** [2] - 38:7, 44:15
**eight** [1] - 47:11
**either** [4] - 11:8, 59:2, 65:4, 93:14
**elected** [1] - 72:13
**election** [1] - 76:14
**element** [1] - 11:22
**eligibility** [1] - 93:12
**Elizabeth** [2] - 1:23, 95:22
**ELIZABETH** [1] - 95:15
**eloquent** [1] - 82:15
**email** [1] - 72:13
**Email** [3] - 1:13, 1:17, 1:20
**emotion** [1] - 58:6
**emotionally** [1] - 48:7
**emphasis** [1] - 46:19
**employee** [1] - 29:20
**employees** [2] - 3:19, 77:15
**encounter** [1] - 55:13
**encountered** [2] - 41:5, 78:25
**encourage** [1] - 77:25
**encouraged** [1] - 28:1
**encouragement** [2] - 69:4, 69:5
**encouraging** [2] - 69:18, 78:18
**end** [4] - 29:17, 44:18, 66:3, 82:7
**endeavoring** [1] - 77:10
**ended** [1] - 56:11
**enforceable** [1] - 92:10
**enforcement** [15] - 4:21, 39:14, 39:22,

40:11, 42:5, 46:12, 46:13, 49:14, 77:22, 80:6, 80:10, 80:23, 84:16, 84:18, 84:23
**engaged** [5] - 44:14, 50:4, 57:25, 77:17, 84:11
**engagement** [1] - 87:12
**engaging** [2] - 58:11, 64:3
**enlisted** [1] - 62:8
**enlistment** [1] - 63:6
**enormous** [1] - 21:10
**ensure** [1] - 76:1
**enter** [2] - 30:1, 70:22
**entered** [14] - 13:20, 15:20, 16:18, 17:18, 41:1, 41:2, 42:9, 62:10, 70:8, 78:22, 79:11, 88:7, 92:8, 92:14
**entering** [2] - 39:16, 40:23
**enters** [1] - 12:6
**enthusiastically** [1] - 40:7
**entire** [4] - 16:13, 73:5, 73:7, 74:10
**entitled** [6] - 12:6, 17:18, 36:24, 59:7, 59:11, 59:24
**entry** [1] - 92:17
**environment** [1] - 73:14
**episode** [3] - 55:17, 58:9, 60:15
**episodes** [1] - 60:6
**escalated** [1] - 40:2
**escalation** [1] - 81:5
**establish** [1] - 88:19
**established** [2] - 57:19, 57:24
**estranged** [1] - 62:23
**et** [1] - 90:13
**ethic** [1] - 73:24
**etiologies** [1] - 63:13
**evaluate** [1] - 26:9
**event** [3] - 25:21, 34:12, 47:12
**events** [4] - 25:23, 55:18, 69:9, 71:21
**eventually** [2] - 22:11, 68:2
**everywhere** [1] - 86:8
**evidence** [9] - 9:24, 10:7, 12:12, 19:23, 20:1, 24:24, 44:17, 45:25, 51:22
**evolution** [1] - 9:11

**exacerbate** [1] - 83:17
**exact** [2] - 36:14, 69:3
**exactly** [6] - 15:17, 18:22, 20:2, 27:6, 39:12, 41:4
**examination** [1] - 56:22
**examined** [1] - 47:7
**example** [3] - 48:9, 48:25, 72:24
**examples** [1] - 23:9
**exams** [1] - 60:12
**excuse** [1] - 67:23
**excused** [1] - 95:11
**excusing** [1] - 61:25
**execute** [1] - 91:2
**executed** [1] - 6:16
**exhibit** [4] - 40:13, 41:19, 43:13, 44:13
**Exhibit** [7] - 38:10, 40:12, 40:17, 41:18, 43:12, 44:12, 81:23
**exhibits** [3] - 4:16, 4:21, 4:23
**exited** [1] - 43:11
**expect** [2] - 91:14, 91:19
**expectations** [1] - 88:19
**expenditure** [1] - 17:17
**expenses** [2] - 22:7, 53:2
**expensive** [1] - 56:23
**experience** [3] - 60:3, 60:23, 67:15
**experiences** [2] - 72:11, 74:21
**expert** [4] - 47:5, 47:9, 47:20, 48:9
**explain** [7] - 8:4, 19:2, 26:17, 27:20, 28:4, 29:1, 75:16
**explained** [2] - 20:5, 56:18
**explosion** [1] - 85:13
**exponential** [1] - 22:22
**extended** [3] - 57:2, 58:8, 61:21
**extensive** [4] - 48:1, 61:20, 85:15, 93:6
**extensively** [3] - 9:8, 19:24, 21:1
**extent** [3] - 66:20, 92:15, 93:10
**eyeglasses** [1] - 41:12
**eyes** [2] - 57:2, 69:17

## F

**face** [5] - 31:12, 34:20, 70:10, 78:12
**face-to-face** [1] - 78:12
**facility** [1] - 73:10
**fact** [13] - 10:4, 14:18, 15:5, 26:19, 49:3, 49:6, 49:12, 52:15, 53:23, 54:7, 58:17, 70:6, 80:21
**factors** [6] - 30:16, 62:4, 75:25, 76:19, 84:7, 87:24
**facts** [8] - 10:5, 28:2, 28:3, 28:6, 56:3, 63:7, 83:18
**factual** [3] - 7:4, 9:21, 10:3
**failure** [2] - 57:17
**fairly** [1] - 9:24
**fairness** [1] - 54:15
**fake** [1] - 45:19
**fall** [1] - 68:3
**false** [1] - 27:25
**familiar** [2] - 38:4, 55:10
**families** [3] - 19:18, 35:14, 71:20
**family** [4] - 33:14, 37:15, 66:20, 68:23
**far** [2] - 33:11, 68:7
**fashion** [1] - 19:20
**fashioning** [1] - 28:23
**fast** [1] - 54:5
**father** [1] - 62:23
**favor** [2] - 85:3, 86:24
**FBI** [9] - 12:19, 40:21, 41:13, 43:5, 43:8, 44:2, 44:8, 44:16, 48:12
**FCI** [4] - 64:6, 93:17, 93:20, 94:10
**FCRR** [3] - 1:23, 95:15, 95:22
**feathers** [1] - 54:16
**federal** [7] - 7:14, 7:15, 7:18, 7:19, 34:16, 60:18, 88:22
**fee** [1] - 49:17
**feet** [2] - 25:3, 54:5
**felony** [5] - 7:18, 10:22, 11:4, 30:8, 54:8
**felt** [2] - 36:16, 71:23
**female** [3] - 38:13, 55:14, 78:25
**few** [5] - 55:8, 72:24, 82:20, 87:6, 87:8

**field** [4] - 56:25, 57:7, 57:9, 57:20
**fight** [3] - 21:15, 80:2, 81:12
**fighting** [3] - 35:3, 57:8, 81:20
**figure** [2] - 7:16, 46:3
**file** [2] - 5:7, 92:19
**filed** [2] - 45:14, 92:16
**filings** [1] - 4:4
**filled** [1] - 39:22
**final** [4] - 7:9, 9:7, 9:15, 60:12
**finally** [2] - 41:16, 49:3
**finals** [1] - 49:7
**Financial** [1] - 89:14
**financial** [8] - 20:19, 52:2, 89:21, 89:22, 89:23, 90:15, 90:20, 90:23
**findings** [1] - 10:4
**fine** [32] - 2:13, 6:10, 14:23, 23:1, 23:14, 30:6, 35:24, 51:15, 51:24, 51:25, 52:18, 53:6, 53:11, 53:18, 53:19, 53:22, 57:2, 63:22, 64:9, 64:15, 65:6, 65:21, 66:24, 68:12, 75:19, 83:25, 84:1, 84:2, 84:6, 88:14, 90:14, 90:21
**fined** [2] - 64:19, 65:3
**fines** [3] - 54:2, 54:18, 65:8
**finger** [1] - 33:23
**finish** [1] - 78:16
**finished** [1] - 91:20
**fire** [1] - 28:15
**firearms** [2] - 33:16, 33:17
**First** [2] - 31:25, 93:12
**first** [25] - 7:3, 7:12, 8:9, 14:11, 18:13, 20:10, 21:21, 22:9, 30:24, 34:15, 38:12, 40:3, 40:5, 41:14, 41:18, 49:21, 54:2, 55:15, 60:12, 61:5, 61:12, 66:5, 68:15, 79:5, 79:22
**fit** [1] - 63:9
**five** [7] - 41:10, 47:1, 47:18, 60:15, 62:9, 63:8
**five-foot-two** [1] - 41:10
**fix** [1] - 77:11
**flagpole** [1] - 13:7
**floor** [1] - 73:7

**flowed** [1] - 57:16
**flurry** [1] - 4:1
**focus** [1] - 23:16
**follow** [7] - 28:21, 36:5, 36:7, 46:10, 77:25, 78:19, 90:9
**follow-up** [1] - 36:7
**followed** [2] - 30:6, 80:21
**following** [3] - 88:16, 89:7, 89:12
**foot** [2] - 41:10, 87:14
**footage** [3] - 81:9, 81:22, 82:8
**FOR** [3] - 1:1, 1:10, 1:18
**force** [2] - 28:17, 33:15
**Ford** [1] - 89:15
**foregoing** [1] - 95:15
**forever** [2] - 36:16, 75:6
**forgive** [1] - 62:1
**forgiving** [1] - 63:11
**forgot** [1] - 55:20
**formed** [1] - 41:22
**former** [3] - 39:9, 46:8, 78:6
**forthright** [1] - 15:22
**forward** [10] - 2:6, 14:13, 18:2, 18:4, 18:5, 18:6, 18:9, 24:16, 40:24, 58:11
**four** [4] - 7:2, 25:12, 29:14, 56:10
**four-month** [1] - 56:10
**Fourth** [2] - 32:1, 32:19
**fractured** [1] - 33:23
**frame** [1] - 21:17
**frankly** [6] - 23:14, 65:21, 66:22, 84:24, 85:7, 87:7
**freedom** [1] - 78:18
**Friday** [2] - 3:11, 3:12
**Fridays** [1] - 3:10
**Friedrich** [2] - 23:1, 64:12
**front** [24] - 13:11, 17:3, 22:23, 34:21, 40:9, 40:10, 40:15, 42:4, 43:25, 44:1, 45:4, 45:5, 48:22, 69:18, 78:10, 79:23, 81:18, 81:24, 81:25, 84:13, 86:11, 87:10, 87:19
**frontline** [1] - 57:11
**fucking** [4] - 43:2, 81:2, 81:3

**fuel** [1] - 84:22
**full** [3] - 21:2, 90:20, 95:16
**fully** [4] - 6:16, 8:17, 14:20, 20:15
**fundamental** [1] - 92:3
**fundraise** [1] - 46:15
**fundraised** [1] - 52:7
**fundraiser** [1] - 52:7
**fundraising** [5] - 21:15, 23:3, 51:6, 64:1, 83:22
**funds** [5] - 21:10, 64:4, 64:7, 64:8, 65:9
**future** [3] - 58:24, 64:2, 76:18

## G

**gain** [2] - 46:15, 60:3
**game** [2] - 35:3, 35:6
**gassed** [1] - 78:13
**gear** [3] - 32:8, 32:18, 32:19
**general** [2] - 57:5, 76:15
**generally** [3] - 19:10, 76:12, 92:10
**genuinely** [1] - 22:16
**gesture** [1] - 80:18
**gifts** [1] - 68:7
**given** [17] - 3:20, 4:1, 16:6, 17:4, 17:8, 17:11, 29:6, 49:11, 53:11, 53:12, 53:22, 54:7, 58:13, 73:13, 78:14, 84:3, 85:22
**GiveSendGo** [2] - 5:19, 21:20
**glasses** [2] - 38:18, 38:21
**gleefully** [1] - 41:3
**goal** [2] - 35:20, 74:23
**goals** [1] - 76:20
**God** [1] - 69:21
**government** [62] - 2:7, 4:10, 4:17, 5:21, 5:24, 7:4, 7:21, 8:11, 10:2, 11:10, 14:3, 14:11, 14:16, 16:4, 16:16, 16:18, 16:19, 16:23, 17:2, 17:5, 17:17, 17:23, 18:1, 18:8, 20:5, 21:2, 24:4, 29:20, 30:10, 30:18, 31:4, 38:7, 45:10, 45:11, 45:14, 46:17, 46:21, 47:4, 47:17, 47:25, 49:8,

49:10, 49:15, 49:24, 50:1, 50:20, 50:24, 51:21, 52:14, 52:16, 53:10, 54:2, 54:3, 54:6, 54:12, 54:13, 63:22, 70:17, 92:22, 94:20, 94:23, 95:2
**government's** [11] - 4:15, 4:22, 4:25, 5:1, 5:5, 17:12, 28:21, 50:20, 52:19, 53:4, 54:19
**grab** [2] - 80:16
**grabbed** [4] - 42:7, 42:19, 42:21, 82:4
**grabbing** [1] - 41:16
**grandmother** [1] - 85:6
**granted** [1] - 94:25
**grateful** [3] - 71:12, 74:16, 75:6
**great** [1] - 13:18
**greater** [1] - 76:2
**grifters** [2] - 20:22, 21:7
**gross** [1] - 68:19
**ground** [1] - 33:9
**grounds** [2] - 34:16
**group** [1] - 58:6
**Guard** [1] - 34:7
**guess** [1] - 4:20
**guidance** [1] - 26:8
**guideline** [23] - 11:25, 12:3, 12:4, 12:10, 12:11, 12:13, 16:20, 16:25, 17:9, 18:6, 18:7, 23:16, 29:4, 29:11, 29:13, 29:17, 30:10, 30:21, 53:19, 61:16, 84:10, 86:23, 86:24
**guidelines** [10] - 7:14, 7:17, 7:19, 10:11, 10:14, 18:9, 29:9, 29:23, 59:4, 88:3
**guilty** [25] - 3:16, 12:6, 12:8, 12:12, 13:20, 14:6, 14:18, 15:5, 15:8, 15:20, 15:22, 16:6, 17:19, 19:20, 21:24, 21:25, 30:1, 45:1, 45:2, 54:8, 61:15, 64:22, 76:25, 88:7, 92:1
**Gulag** [3] - 64:6
**Gumiel** [1] - 6:2
**guy** [2] - 74:10, 94:7
**guys** [3] - 35:5, 74:13

# H

**H2-205B** [1] - 89:16
**hair** [1] - 74:10
**haircut** [1] - 74:14
**half** [5] - 3:1, 9:9, 33:6, 33:7, 52:21
**hall** [1] - 41:24
**hand** [6] - 23:8, 24:16, 33:25, 36:2
**hand-to-hand** [2] - 33:25, 36:2
**handful** [1] - 73:4
**handrail** [2] - 82:5, 82:6
**handrailing** [1] - 71:4
**hands** [3] - 32:25, 69:15, 69:21
**hard** [3] - 21:15, 24:25, 41:12
**Hawaii** [3] - 2:24, 18:20, 94:7
**head** [4] - 25:22, 42:12, 55:18, 69:9
**headed** [1] - 32:13
**heading** [2] - 32:20, 73:21
**heads** [1] - 26:14
**heads-up** [1] - 26:14
**healing** [1] - 71:24
**health** [2] - 74:13, 90:8
**healthy** [1] - 75:1
**hear** [20] - 7:20, 7:21, 7:23, 14:8, 14:11, 18:18, 19:7, 26:11, 26:16, 28:12, 30:15, 31:6, 31:14, 38:2, 74:5, 78:8, 79:18, 91:14, 91:19
**Heard** [1] - 44:21
**heard** [12] - 2:16, 7:22, 19:11, 28:10, 31:5, 44:9, 66:3, 66:4, 71:22, 79:12, 82:11, 93:17
**HEARING** [1] - 1:7
**hearing** [16] - 3:23, 4:1, 4:24, 6:22, 7:12, 7:13, 10:1, 15:23, 16:1, 19:24, 30:15, 31:3, 71:8, 71:14, 80:19, 91:7
**hearings** [3] - 3:24, 7:2, 91:13
**heart** [3] - 15:21, 24:14, 70:4
**heartbroken** [1] - 69:6
**heartfelt** [1] - 71:10
**heavily** [1] - 86:24

**height** [1] - 57:8
**held** [3] - 33:2, 33:9, 46:18
**helmet** [3] - 41:12, 42:7, 70:15
**helmets** [1] - 25:11
**help** [18] - 13:3, 13:12, 21:9, 27:18, 27:20, 27:24, 28:4, 36:19, 43:9, 45:6, 60:25, 64:9, 68:2, 73:13, 74:21, 75:1, 78:9, 83:22
**helped** [2] - 28:8, 28:9
**helpful** [2] - 54:19, 83:10
**helping** [4] - 13:13, 45:6, 73:20, 73:22
**helps** [1] - 50:5
**hereby** [2] - 88:5, 95:15
**hero** [8] - 13:1, 13:2, 13:16, 27:15, 27:25, 28:4, 28:25
**heroic** [1] - 27:21
**herself** [1] - 65:18
**HI** [1] - 1:19
**high** [1] - 68:22
**higher** [1] - 87:18
**highest** [1] - 79:22
**highlight** [1] - 38:6
**highlighted** [1] - 80:19
**himself** [8] - 12:25, 18:23, 19:2, 26:3, 58:3, 63:15, 63:19, 64:5
**history** [27] - 10:17, 10:25, 11:2, 11:8, 11:9, 11:11, 11:14, 13:23, 30:3, 35:18, 46:5, 46:21, 46:22, 48:14, 49:11, 61:19, 61:20, 62:5, 62:22, 63:7, 76:22, 85:4, 85:7, 86:6, 86:7, 86:14, 87:7
**History** [3] - 11:10, 87:8, 87:15
**hit** [2] - 34:19, 79:5
**hitting** [1] - 69:20
**hold** [1] - 91:13
**holding** [1] - 80:4
**home** [4] - 33:14, 35:15, 74:24, 86:12
**honest** [2] - 15:22, 82:17
**Honor** [58] - 2:4, 2:8, 2:18, 2:25, 5:22, 6:5, 6:14, 6:20, 8:8, 8:14, 8:19, 8:24, 9:2, 9:5,

9:18, 9:23, 11:15, 14:12, 14:14, 16:3, 16:12, 17:22, 23:25, 30:11, 30:13, 31:7, 36:23, 37:6, 37:25, 38:3, 38:4, 40:12, 47:13, 49:10, 52:5, 53:21, 54:24, 64:11, 67:2, 67:8, 67:17, 68:7, 68:13, 68:14, 70:5, 70:20, 73:15, 74:3, 74:7, 75:2, 75:10, 92:23, 92:25, 93:4, 94:22, 95:3, 95:5, 95:9
**honorable** [1] - 68:23
**HONORABLE** [1] - 1:8
**honorably** [1] - 85:10
**hook** [4] - 39:21, 44:11, 65:17, 82:7
**hooligan** [1] - 69:1
**hope** [5] - 6:11, 37:15, 70:17, 71:23, 91:16
**Horrors** [1] - 44:21
**hosting** [1] - 21:5
**hour** [3] - 8:7, 33:10, 36:15
**hours** [2] - 25:10, 45:25
**House** [1] - 89:15
**house** [7] - 40:18, 40:19, 42:16, 42:17, 63:1, 79:12
**housed** [1] - 19:16
**Howell** [3] - 68:14, 70:5, 75:2
**HOWELL** [1] - 1:8
**huddle** [3] - 25:6, 81:16, 82:10
**huge** [3] - 34:17, 83:25, 84:4
**hundreds** [3] - 28:15, 60:20, 61:24
**hurt** [2] - 71:17, 71:18
**husband** [1] - 63:2
**hygiene** [2] - 74:12
**hypothetical** [1] - 65:22

# I

**identified** [1] - 4:25
**IED** [2] - 62:9, 85:13
**ignored** [1] - 41:8
**illegal** [1] - 63:12
**image** [1] - 38:20
**images** [1] - 24:1
**immaturity** [1] - 85:23
**immediately** [8] - 13:10, 22:3, 24:10,

38:13, 44:5, 44:9, 45:4, 90:15
**impact** [8] - 5:7, 5:24, 6:16, 32:5, 37:22, 37:23, 38:24, 55:21
**impede** [1] - 84:18
**impeding** [2] - 3:18, 77:15
**important** [5] - 14:3, 15:19, 56:18, 56:19, 58:23
**imposed** [5] - 76:9, 87:24, 88:19, 92:15, 92:21
**imposes** [1] - 68:12
**imprisonment** [5] - 3:22, 30:5, 87:3, 91:21
**impulse** [4] - 48:4, 58:1, 58:6
**inadvertent** [2] - 55:15, 55:23
**inadvertently** [2] - 24:23, 55:11
**inappropriate** [1] - 27:5
**incarcerated** [4] - 21:5, 52:24, 65:9, 74:17
**incarceration** [10] - 30:19, 30:22, 30:25, 59:2, 64:2, 64:8, 72:1, 74:23, 91:6, 91:24
**incident** [1] - 62:8
**incidents** [1] - 33:13
**incite** [2] - 77:24, 77:25, 84:21
**incitement** [1] - 69:19
**inclined** [1] - 18:18
**include** [6] - 10:21, 72:14, 74:11, 75:3, 76:8, 88:21
**included** [3] - 3:17, 3:21, 88:7
**includes** [1] - 91:1
**including** [4] - 4:18, 13:1, 44:10, 49:13
**income** [1] - 51:14
**inconsistent** [1] - 12:16, 19:21, 23:23
**incorrect** [3] - 51:17, 51:18, 93:18
**increasing** [1] - 54:16
**incredibly** [1] - 81:17
**incur** [2] - 90:1, 90:2

**indicate** [1] - 47:22
**indicated** [1] - 65:16
**indicating** [1] - 41:4
**indictment** [1] - 88:8
**individual** [1] - 87:20
**infantrymen** [1] - 57:10
**influence** [1] - 10:22
**influenced** [1] - 24:23
**influx** [2] - 83:25, 84:5
**information** [7] - 3:18, 9:12, 47:20, 51:4, 89:21, 89:22, 89:23
**informed** [2] - 24:22, 60:23
**initial** [2] - 24:1, 24:2
**initials** [2] - 2:12, 31:5
**initiatives** [1] - 73:23
**injured** [2] - 69:12, 71:13
**injuries** [4] - 35:25, 36:1, 56:8, 57:23
**injury** [2] - 57:22, 77:7
**Inmate** [1] - 73:19
**innocent** [1] - 28:15
**inquiry** [1] - 51:4
**inside** [16] - 24:3, 24:5, 24:18, 25:1, 25:2, 25:4, 25:5, 25:8, 38:13, 39:19, 44:4, 70:21, 72:23, 81:16, 82:13, 87:14
**insight** [1] - 60:4
**inspections** [1] - 73:21
**instances** [2] - 60:6, 75:5
**instant** [1] - 11:5
**instead** [3] - 12:9, 69:20, 73:3
**instilled** [1] - 68:22
**institutional** [1] - 72:22
**instruct** [1] - 66:11
**instructed** [1] - 51:6
**instructing** [1] - 80:21
**instructions** [2] - 42:21, 46:10
**instrumental** [1] - 73:20
**intended** [3] - 14:16, 16:4, 16:7
**intensity** [1] - 90:13
**intentionally** [1] - 55:12
**intentions** [1] - 30:1
**interaction** [5] - 38:11, 41:15, 70:21, 71:3, 79:1
**interactions** [3] -

77:21, 80:10, 84:15
**interest** [2] - 89:18
**interested** [1] - 51:20
**interesting** [1] - 59:18
**interfering** [1] - 28:7
**intermediate** [1] - 85:14
**internalized** [1] - 25:21
**interrupted** [1] - 63:6
**intervention** [1] - 60:25
**interview** [12] - 4:20, 12:19, 13:6, 13:9, 13:10, 26:19, 27:2, 27:3, 41:13, 43:5, 45:3, 45:11
**interviews** [22] - 5:3, 12:21, 12:25, 13:15, 15:6, 15:10, 20:16, 20:17, 23:19, 27:23, 28:8, 29:2, 44:20, 44:25, 45:12, 46:13, 45:16, 46:15, 50:4, 63:25, 64:4
**introduced** [2] - 56:7, 56:14
**investigation** [14] - 4:6, 7:5, 8:10, 8:12, 8:22, 9:1, 9:16, 9:22, 10:13, 10:19, 51:12, 52:3, 75:22, 90:25
**invoke** [1] - 28:19
**involuntary** [1] - 92:2
**involved** [6] - 21:19, 61:6, 63:2, 71:19, 77:8, 84:19
**involvement** [3] - 61:18, 70:12, 75:4
**Iraq** [5] - 46:9, 46:14, 47:15, 47:18, 57:23
**issue** [8] - 18:16, 18:24, 19:25, 27:7, 56:7, 64:25, 66:5, 67:22
**issued** [2] - 23:1, 67:20
**issues** [11] - 4:14, 23:8, 45:22, 48:10, 56:9, 62:10, 62:16, 67:24, 68:5, 72:21, 72:24
**itself** [2] - 92:9, 92:11

**J**

**J.D** [1] - 27:12
**J6** [1] - 54:9
**Jackson** [2] - 17:4, 17:8

**Jackson's** [1] - 17:10
**jail** [6] - 4:11, 67:25, 73:3, 73:11, 74:5, 91:23
**James** [7] - 2:4, 2:19, 22:5, 63:3, 73:19, 87:25, 88:4
**JAMES** [1] - 1:5
**January** [62] - 1:5, 5:2, 12:23, 13:1, 13:3, 13:17, 13:19, 15:7, 15:11, 19:14, 20:21, 20:24, 21:6, 22:20, 27:17, 27:21, 27:25, 28:12, 28:16, 28:20, 29:1, 29:8, 31:25, 33:5, 37:10, 39:8, 40:2, 44:19, 44:23, 45:20, 46:7, 46:11, 46:16, 47:15, 48:13, 48:15, 49:1, 49:12, 50:2, 58:4, 59:23, 60:8, 68:20, 68:21, 68:25, 69:3, 69:6, 69:9, 70:9, 71:3, 71:22, 72:3, 72:9, 72:16, 77:9, 77:18, 82:21, 82:23, 83:6, 83:9, 83:19, 84:8
**jealous** [1] - 63:2
**Jersey** [1] - 34:13
**job** [8] - 33:12, 37:13, 42:17, 43:2, 80:23, 81:2, 84:19
**jobs** [2] - 81:4, 81:6
**join** [1] - 81:20
**joined** [3] - 46:23, 79:14, 85:9
**joining** [1] - 2:5
**JORDAN** [1] - 1:14
**Jordan** [1] - 2:10
**jordan.a.konig@usdoj.gov** [1] - 1:17
**JR** [1] - 1:18
**Judge** [10] - 3:4, 3:10, 17:3, 17:8, 22:25, 25:9, 64:12, 68:14, 70:5, 75:2
**JUDGE** [1] - 1:8
**judge** [2] - 27:13, 58:21
**judges** [4] - 51:10, 51:20, 60:19, 60:22
**judgment** [3] - 26:15, 88:4, 92:17
**jumped** [2] - 13:10, 45:4
**June** [2] - 12:21, 13:9
**junior** [1] - 60:13
**jurisdictions** [1] -

34:14
**jurors** [1] - 3:11
**jury** [1] - 3:4
**Justice** [1] - 1:15
**justice** [2] - 60:24, 86:15
**justified** [1] - 72:4
**justify** [2] - 46:12, 82:25

**K**

**Kailua** [1] - 1:19
**Kathy** [1] - 89:15
**keep** [2] - 34:23, 78:15
**Keeper** [1] - 3:3
**keeping** [1] - 54:13
**KELLI** [1] - 1:22
**Kelli** [1] - 2:4
**kept** [1] - 78:16
**kicked** [1] - 48:20
**killed** [1] - 28:15
**kind** [11] - 16:5, 24:4, 25:21, 32:21, 34:3, 34:10, 57:21, 57:25, 68:5, 83:4
**knowing** [4] - 13:7, 23:21, 40:21, 71:5
**knowledge** [1] - 56:3
**known** [1] - 56:9
**knows** [3] - 20:14, 59:17, 63:17
**knuckle** [1] - 33:22
**Konig** [1] - 2:10
**KONIG** [1] - 1:14

**L**

**lack** [4] - 49:1, 57:2, 58:1, 58:6
**lady** [1] - 70:13
**laid** [2] - 14:9, 14:15
**language** [2] - 22:4, 51:7
**largely** [1] - 6:24
**last** [7] - 8:4, 22:8, 24:7, 25:24, 31:21, 55:8, 56:12
**last-minute** [1] - 22:8
**launched** [1] - 44:11
**law** [18] - 4:20, 39:14, 39:22, 40:11, 42:4, 46:11, 46:13, 49:14, 69:2, 76:10, 77:22, 80:6, 80:10, 80:23, 84:16, 84:18, 84:23, 85:2
**lawyer** [7] - 2:23, 7:11, 7:23, 27:13, 65:13, 67:11, 76:4

**lawyers** [3] - 6:25, 15:15, 36:5
**lay** [3] - 12:1, 14:5, 29:9
**lead** [1] - 80:22
**leaders** [1] - 69:22
**leads** [1] - 58:1
**leaning** [1] - 82:8
**learn** [1] - 50:23
**learned** [4] - 49:21, 50:24, 51:1, 60:22
**least** [6] - 45:16, 51:19, 61:8, 69:7, 70:14, 89:1
**leave** [17] - 35:7, 38:15, 39:25, 40:23, 41:7, 42:14, 42:16, 43:15, 43:22, 79:3, 79:7, 80:12, 80:13, 94:7
**Leave** [1] - 38:15
**leaving** [3] - 38:18, 42:24, 63:1
**led** [4] - 40:17, 41:25, 56:10, 79:11
**left** [14] - 24:16, 43:8, 43:9, 48:18, 48:21, 53:21, 55:22, 58:20, 63:23, 65:3, 65:14, 78:5, 84:2
**legitimate** [2] - 51:13, 80:8
**less** [4] - 46:18, 68:25, 90:23
**lesser** [5] - 3:17, 3:21, 59:2, 59:24, 88:7
**lesser-included** [3] - 3:17, 3:21, 88:7
**lethal** [1] - 28:17
**letter** [4] - 8:2, 12:20, 68:6, 71:7
**letters** [1] - 8:1
**level** [14] - 10:16, 11:20, 11:23, 11:24, 12:3, 13:22, 13:25, 17:9, 17:15, 29:13, 30:2, 48:4, 74:18, 77:20
**levels** [4] - 26:1, 26:16, 29:15, 29:18
**lied** [3] - 41:13, 43:8, 47:14
**lies** [1] - 46:16
**life** [8] - 33:12, 36:1, 63:15, 68:4, 74:21, 74:25, 85:5, 86:8
**lighting** [1] - 84:22
**likely** [2] - 28:9, 63:13
**limited** [3] - 47:5, 49:9, 77:5

**limits** [2] - 53:5, 66:23
**line** [24] - 13:4, 14:17, 15:3, 15:19, 25:10, 25:11, 32:22, 32:23, 32:25, 33:2, 34:21, 40:5, 69:25, 70:1, 71:24, 78:9, 78:13, 78:21, 79:21, 79:23, 79:24, 80:1, 80:4
**lines** [5] - 32:12, 35:13, 69:18, 84:14, 90:3
**lingered** [1] - 43:16
**list** [1] - 7:25
**listen** [1] - 78:6
**listening** [1] - 75:8
**literally** [1] - 60:19
**literature** [1] - 57:19
**live** [4] - 35:22, 35:25, 73:7, 85:20
**lives** [5] - 2:23, 34:5, 35:14, 69:12, 74:15
**living** [1] - 73:1
**local** [1] - 88:22
**location** [4] - 39:15, 48:17, 48:22, 90:12
**locations** [2] - 28:5, 77:23
**lock** [1] - 80:22
**locked** [1] - 42:20
**lone** [3] - 41:5, 78:25, 79:8
**look** [11] - 7:9, 12:18, 15:18, 24:14, 27:18, 73:11, 83:14, 84:7, 85:21, 86:18, 87:15
**looked** [4] - 3:25, 21:21, 57:4, 66:5
**looking** [11] - 23:18, 24:2, 24:5, 24:18, 24:24, 25:2, 51:13, 52:6, 58:18, 81:12, 81:21
**looks** [3] - 38:17, 54:3, 78:18
**lose** [1] - 62:22
**loss** [2] - 57:1, 89:13
**losses** [1] - 64:9
**lost** [1] - 69:12
**LOTH** [1] - 95:15
**Loth** [2] - 1:23, 95:22
**loud** [1] - 78:20
**loudly** [1] - 84:20
**love** [2] - 37:12, 68:18
**lover's** [1] - 62:25
**low** [5] - 47:23, 47:25, 48:1, 49:4, 49:8
**lower** [6] - 13:4, 39:20, 43:25, 69:18, 81:13, 87:13

**luck** [1] - 95:8
**Lucy** [1] - 2:9
**LUCY** [1] - 1:11
lucy.sun@usdoj.gov
   [1] - 1:13
**lying** [1] - 46:13

# M

**MA** [1] - 1:12
**ma'am** [20] - 8:8, 8:19,
   8:24, 9:17, 32:4,
   32:7, 35:7, 37:8,
   37:19, 67:17, 70:19,
   74:7, 75:12, 75:15,
   75:19, 76:16, 94:4,
   94:6, 94:18, 95:9
**mace** [7] - 33:4, 39:10,
   39:11, 48:16, 78:2,
   78:4, 84:12
**machine** [1] - 1:24
**magnitude** [1] - 35:10
**maimed** [1] - 71:13
**main** [2] - 82:2, 85:7
**Main** [1] - 1:12
**maintain** [1] - 73:7
**maintained** [1] - 60:10
**man** [2] - 42:15, 80:12
**managed** [2] - 42:1,
   81:17
**mandatory** [3] - 30:20,
   88:16, 88:21
**manner** [2] - 75:6,
   95:19
**manual** [1] - 29:23
**Marine** [8] - 37:12,
   46:8, 46:10, 57:9,
   62:16, 62:17, 62:21,
   68:24
**Marines** [3] - 27:15,
   46:23, 85:9
**Marshals** [1] - 72:14
**Maryland** [1] - 34:13
**mask** [2] - 14:24, 15:1
**materials** [2] - 3:25,
   4:1
**matter** [4] - 2:2, 12:7,
   22:12, 35:8
**matters** [2] - 6:24,
   72:22
**Mattice** [1] - 87:11
**mature** [1] - 60:3
**maturity** [1] - 86:3
**Mault** [1] - 87:10
**maximum** [1] - 3:21
**McFadden** [1] - 25:9
**MCGREW** [1] - 1:5
**McGrew** [69] - 2:4,
   2:19, 2:21, 3:16,
   4:19, 4:20, 6:21,

8:15, 9:13, 10:20,
   12:14, 13:2, 13:15,
   14:3, 15:12, 17:6,
   17:8, 18:25, 19:1,
   20:5, 21:9, 22:17,
   23:10, 24:3, 24:12,
   24:23, 25:21, 27:10,
   29:5, 29:10, 30:22,
   31:14, 37:3, 37:7,
   38:11, 38:17, 50:3,
   52:1, 52:23, 55:9,
   55:24, 56:7, 56:15,
   57:10, 58:14, 58:24,
   59:19, 60:8, 61:2,
   64:3, 66:12, 66:20,
   67:5, 67:11, 73:19,
   74:2, 75:11, 76:4,
   76:18, 80:22, 81:20,
   82:8, 82:16, 85:8,
   87:25, 88:4, 91:13,
   95:5, 95:8
**McGrew's** [9] - 4:10,
   5:3, 10:14, 11:23,
   14:6, 28:24, 51:12,
   53:9, 55:13
**mean** [11] - 15:13,
   15:14, 15:18, 17:2,
   21:4, 23:23, 34:22,
   54:5, 55:16, 66:8,
   86:14
**means** [1] - 16:19
**meant** [1] - 57:4
**media** [1] - 21:12
**medical** [15] - 4:11,
   4:14, 5:6, 10:8,
   47:16, 48:8, 53:2,
   58:18, 72:12, 72:15,
   75:5, 85:11, 85:15
**medicating** [1] - 62:20
**meet** [1] - 73:25
**Mehta** [2] - 3:4, 3:10
**member** [2] - 37:12,
   63:16
**members** [1] - 73:9
**memo** [7] - 4:16, 4:18,
   5:10, 5:12, 30:24,
   38:6, 81:19
**memoranda** [1] -
   75:21
**memorandum** [4] -
   31:1, 45:12, 45:15,
   46:25
**mental** [3] - 36:1,
   74:13, 90:8
**mentioned** [2] - 51:5,
   70:14
**mere** [2] - 27:12, 27:13
**merits** [3] - 12:23,
   14:7, 17:24
**message** [2] - 3:6,

78:14
**metal** [5] - 29:17,
   33:19, 39:21, 44:11,
   82:7
**methamphetamine** [1]
   - 10:23
**methods** [1] - 90:7
**Metropolitan** [1] -
   2:11
**microphone** [3] - 9:3,
   19:7, 73:17
**microphones** [1] -
   19:12
**might** [15] - 18:22,
   56:8, 56:9, 59:15,
   59:25, 60:8, 60:15,
   60:25, 61:4, 63:16,
   65:20, 65:22, 66:23,
   67:13, 83:10
**mild** [2] - 57:6, 57:14
**military** [9] - 4:19,
   46:14, 47:19, 48:12,
   59:20, 62:8, 62:11,
   85:16, 85:18
**million** [1] - 54:11
**mind** [2] - 31:13, 67:7
**minimization** [1] -
   17:14
**minimize** [1] - 83:1
**minimized** [2] - 43:7,
   69:14
**minimizes** [1] - 29:7
**minimizing** [2] -
   12:19, 15:25
**minimum** [2] - 30:21,
   53:19
**minute** [4] - 21:8,
   22:8, 73:16, 75:18
**minutes** [2] - 43:17,
   57:1
**mischaracterize** [2] -
   28:3, 29:7
**Misconduct** [1] -
   44:24
**misdiagnosed** [2] -
   85:12, 85:20
**misinformation** [1] -
   83:20
**missed** [1] - 4:3
**Mississippi** [5] -
   11:16, 93:15, 93:23,
   93:24, 94:16
**mistake** [1] - 93:20
**mitigating** [1] - 87:17
**mob** [7] - 78:10,
   78:15, 79:9, 79:23,
   81:18, 84:21
**modality** [1] - 90:12
**mode** [1] - 81:5
**moderate** [3] - 47:4,

47:9, 48:3
**moment** [5] - 25:16,
   36:18, 73:25, 74:8
**money** [17] - 20:20,
   21:10, 21:14, 21:17,
   22:6, 22:13, 22:18,
   22:21, 23:2, 51:23,
   53:5, 65:1, 65:12,
   65:13, 65:15, 66:14,
   68:8
**monitoring** [2] -
   49:24, 50:1
**month** [3] - 56:10,
   60:10, 90:23
**monthly** [1] - 74:10
**months** [21] - 3:1, 9:9,
   13:24, 14:1, 17:4,
   17:6, 17:11, 18:10,
   18:23, 30:25, 31:2,
   35:9, 37:11, 49:15,
   60:15, 61:16, 65:5,
   73:2, 82:20, 88:6
**months'** [4] - 30:5,
   30:18, 30:22
**moral** [1] - 68:22
**moreover** [1] - 45:8
**morning** [1] - 39:9
**most** [10] - 4:12,
   11:17, 12:22, 21:13,
   38:7, 45:16, 56:18,
   56:19, 87:10, 91:14
**mother** [12] - 5:17,
   21:22, 22:6, 27:19,
   49:20, 50:16, 52:8,
   52:9, 52:12, 65:15,
   68:9, 85:6
**mother's** [2] - 22:18,
   50:17
**motion** [3] - 6:12,
   94:21, 94:25
**motivate** [2] - 72:7,
   72:12
**motivated** [2] - 29:21,
   61:13
**motivating** [1] - 34:4
**motivations** [1] -
   20:17
**motor** [2] - 11:4, 57:3
**mouth** [1] - 54:14
**move** [7] - 9:3, 18:1,
   18:3, 18:5, 18:8,
   19:6, 37:15
**moved** [4] - 69:24,
   69:25, 70:1, 80:5
**movie** [1] - 32:21
**movies** [1] - 33:19
**moving** [2] - 18:5,
   58:10
**MPD** [3] - 36:18,
   47:15, 70:21

47:9, 48:3
**MR** [60] - 2:18, 2:25,
   3:3, 3:7, 3:9, 6:20,
   9:2, 9:5, 9:23, 11:15,
   18:15, 19:8, 19:10,
   20:19, 21:13, 22:24,
   23:5, 23:7, 23:17,
   23:25, 25:7, 26:12,
   26:23, 27:1, 30:13,
   36:23, 51:3, 54:24,
   55:5, 55:7, 58:15,
   58:22, 59:5, 59:21,
   60:2, 62:12, 62:15,
   63:21, 64:11, 64:16,
   64:20, 64:22, 65:10,
   66:21, 67:2, 67:13,
   73:15, 73:18, 92:25,
   93:4, 93:10, 93:23,
   93:25, 94:2, 94:7,
   94:10, 94:13, 94:15,
   94:18, 95:5
**MS** [54] - 2:8, 2:15,
   5:22, 6:10, 6:14,
   8:14, 11:12, 14:12,
   14:14, 14:21, 14:23,
   15:2, 16:3, 16:10,
   16:12, 16:15, 16:22,
   17:22, 18:1, 18:8,
   30:11, 31:7, 36:10,
   36:13, 36:20, 37:25,
   38:3, 38:9, 38:19,
   38:22, 38:25, 39:2,
   39:4, 39:6, 39:8,
   40:14, 41:20, 43:14,
   44:14, 50:1, 50:9,
   50:11, 50:14, 52:5,
   52:11, 52:25, 53:3,
   53:7, 53:14, 53:17,
   53:21, 92:23, 94:22,
   95:3
**multiple** [7] - 28:5,
   42:19, 55:4, 77:23,
   78:12, 84:14, 85:22
**multiples** [2] - 22:22
**multitude** [1] - 10:24
**murdered** [2] - 62:24,
   63:1
**must** [18] - 9:2, 9:6,
   12:9, 75:24, 88:21,
   88:23, 88:24, 88:25,
   89:2, 89:4, 89:20,
   89:25, 90:1, 90:2,
   90:4, 90:6, 90:8,
   92:16

# N

**naiveté** [1] - 28:25
**name** [4] - 31:21,
   70:13, 94:2
**names** [3] - 2:6, 35:19,

80:3
**narrative** [3] - 27:18, 27:24, 27:25
**Natasha** [1] - 56:6
**natural** [1] - 28:25
**nature** [4] - 60:24, 76:21, 77:13, 84:25
**near** [7] - 39:18, 41:6, 41:23, 78:5, 78:7, 79:14, 79:25
**necessarily** [1] - 16:22
**necessary** [4] - 57:25, 76:2, 86:23, 93:11
**need** [17] - 9:14, 20:6, 24:9, 35:4, 56:9, 66:13, 72:17, 72:25, 75:17, 76:8, 76:12, 76:23, 76:25, 77:9, 78:18, 85:1, 87:5
**needed** [5] - 3:6, 22:18, 34:17, 43:9, 85:25
**needs** [8] - 19:1, 26:2, 26:8, 45:24, 56:3, 59:7, 59:17, 65:2
**neuropsychological** [1] - 5:13
**never** [10] - 24:20, 32:20, 36:1, 47:7, 47:8, 62:23, 68:8, 70:15, 70:22, 79:5
**new** [4] - 9:11, 50:21, 66:16, 90:2
**New** [1] - 34:13
**next** [3] - 6:23, 8:7, 55:9
**night** [3] - 44:7, 69:17
**none** [4] - 33:20, 57:5, 68:25, 87:13
**normalcy** [1] - 74:15
**Northwest** [1] - 90:17
**Note** [2] - 12:4, 12:15
**noted** [2] - 62:17, 73:19, 92:22
**notes** [1] - 95:16
**nothing** [3] - 60:22, 67:2, 95:6
**notice** [1] - 92:16
**notified** [1] - 30:1
**notify** [1] - 90:19
**notion** [1] - 19:15
**notwithstanding** [1] - 13:20
**novel** [1] - 57:19
**November** [3] - 4:24, 12:22, 73:18
**nowhere** [1] - 72:17
**null** [1] - 95:18
**number** [9] - 39:25, 42:2, 43:24, 59:15,

77:17, 77:21, 77:23, 86:14, 86:16
**numbers** [2] - 80:4, 87:7
**numerous** [3] - 39:19, 46:11, 49:13

## O

**oath** [1] - 15:25
**Oath** [1] - 3:3
**objection** [4] - 10:1, 10:12, 11:11, 11:14
**objections** [6] - 7:4, 7:11, 8:11, 9:21, 30:9, 92:21
**obligation** [1] - 90:20
**obligations** [2] - 90:15, 90:23
**obstacle** [1] - 86:9
**obstruct** [1] - 90:6
**obstructive** [1] - 59:16
**obtain** [1] - 59:23
**obvious** [1] - 20:3
**obviously** [1] - 56:2
**OC** [2] - 33:4, 34:20
**occasions** [1] - 78:12
**occurred** [2] - 11:17, 29:7
**odyssey** [2] - 56:11, 57:16
**OF** [3] - 1:1, 1:3, 1:7
**off-limits** [1] - 53:5
**offense** [39] - 3:17, 3:21, 7:21, 9:25, 10:16, 11:5, 11:20, 11:23, 12:3, 12:20, 13:19, 13:22, 13:25, 15:8, 17:9, 17:15, 29:13, 29:14, 29:15, 29:18, 29:20, 29:22, 30:2, 30:8, 55:25, 76:10, 76:11, 76:22, 77:1, 77:6, 77:9, 77:14, 77:16, 77:18, 77:19, 85:1, 85:2, 86:19
**offense-level** [5] - 11:20, 11:23, 12:3, 17:9, 17:15
**Offenses** [1] - 29:22
**offenses** [3] - 10:24, 11:17, 61:22
**offer** [2] - 20:4, 20:6
**offered** [1] - 58:20
**Office** [5] - 89:14, 89:15, 89:24, 91:1, 91:8
**office** [8] - 7:6, 30:20, 51:17, 83:23, 88:17,

89:22, 90:24, 91:4
**office's** [2] - 4:6, 4:7
**Officer** [4] - 2:4, 2:11, 31:10, 89:14
**OFFICER** [14] - 31:15, 31:18, 31:21, 31:24, 32:4, 32:7, 32:15, 32:18, 36:12, 36:14, 36:21, 37:6, 37:17, 37:19
**officer** [44] - 5:8, 29:20, 31:5, 31:6, 31:7, 31:19, 34:7, 34:8, 37:1, 38:12, 38:13, 38:14, 38:23, 39:15, 39:16, 39:18, 40:5, 40:11, 41:6, 41:10, 41:14, 42:5, 42:6, 42:8, 42:11, 42:13, 42:16, 42:21, 43:9, 55:14, 70:12, 71:3, 79:1, 79:6, 79:8, 80:12, 80:14, 80:15, 89:4, 89:20, 89:25, 90:4, 90:10
**officer's** [2] - 42:7, 80:17
**officers** [56] - 3:19, 13:8, 23:21, 23:22, 25:6, 25:14, 33:8, 35:14, 39:14, 39:19, 39:22, 39:25, 40:8, 40:9, 40:15, 40:17, 40:20, 40:22, 41:22, 42:2, 42:10, 42:18, 42:21, 42:23, 42:25, 43:6, 43:20, 44:4, 44:6, 46:12, 46:13, 48:18, 49:14, 68:15, 70:21, 71:5, 71:19, 73:8, 73:11, 77:15, 79:11, 79:15, 80:1, 80:6, 80:10, 80:20, 80:23, 80:25, 81:4, 81:9, 81:25, 82:10, 82:12, 83:12, 84:18, 87:12
**officers'** [1] - 42:20
**official** [2] - 47:19, 95:22
**Official** [1] - 1:23
**officials** [2] - 11:17, 72:13
**often** [1] - 74:4
**old** [7] - 39:18, 41:21, 41:23, 42:3, 48:19, 79:15, 79:25
**older** [1] - 10:21
**once** [2] - 36:16, 56:6, 58:5, 70:23, 79:23,

80:5
**one** [48] - 6:3, 7:8, 7:9, 7:15, 11:22, 18:6, 25:2, 29:24, 31:10, 32:19, 34:25, 36:10, 37:15, 38:8, 40:4, 41:10, 55:8, 55:20, 55:21, 55:22, 56:19, 57:3, 57:21, 58:8, 59:2, 65:17, 69:20, 71:13, 71:23, 74:8, 74:10, 78:20, 79:5, 79:8, 79:22, 81:19, 83:2, 84:15, 85:8, 86:3, 87:14, 87:21, 88:21, 88:25, 93:17
**online** [13] - 5:18, 12:20, 23:19, 49:20, 49:24, 50:4, 50:6, 51:16, 51:23, 53:5, 63:25, 64:4, 83:22
**ooh** [1] - 55:20
**oorah** [1] - 34:4
**open** [4] - 70:6, 71:24, 90:2, 94:21
**opened** [1] - 28:15
**opening** [1] - 81:21
**opioids** [1] - 62:18
**opportunities** [5] - 58:13, 59:23, 85:22, 85:24, 86:1
**opportunity** [5] - 8:3, 9:14, 61:10, 67:5, 67:18
**opposed** [1] - 59:3
**opposite** [1] - 69:4
**opted** [1] - 3:13
**Options** [1] - 88:18
**orally** [2] - 37:22, 83:3
**order** [4] - 26:11, 69:2, 77:4, 91:2
**ordered** [4] - 88:11, 88:13, 89:8, 90:14
**organically** [1] - 26:7
**original** [1] - 5:12
**originally** [1] - 71:12
**otherwise** [2] - 6:11, 49:10
**ourselves** [1] - 19:1
**outlined** [1] - 8:1
**outpouring** [1] - 72:19
**outright** [1] - 43:7
**outset** [1] - 54:25
**outside** [6] - 19:17, 20:20, 24:2, 72:13, 81:18, 84:14
**outweighed** [1] - 12:16
**overall** [1] - 84:8
**overarching** [1] -

76:20
**overcome** [2] - 86:9, 86:10
**overrepresentation** [1] - 62:5
**overrun** [2] - 28:17, 81:16
**overtake** [2] - 34:11, 35:21
**owed** [1] - 90:21
**own** [13] - 10:7, 20:17, 22:17, 25:21, 26:7, 29:8, 48:10, 49:5, 60:3, 60:7, 65:18, 74:12, 74:25

## P

**p.m** [6] - 1:5, 40:4, 41:1, 41:21, 42:9, 95:12
**P.O** [1] - 1:15
**packet** [1] - 4:13
**pads** [5] - 32:9, 32:13, 32:14, 32:15, 32:16
**page** [1] - 8:11
**pages** [2] - 48:8, 56:20
**paid** [2] - 65:18, 90:20
**pain** [2] - 37:14, 62:19
**paint** [1] - 73:22
**painting** [1] - 73:5
**paints** [2] - 73:1, 73:12
**Palomar** [1] - 60:13
**papers** [1] - 49:11
**paragraph** [1] - 83:24
**parole** [3] - 46:6, 49:12, 86:20
**part** [12] - 4:2, 8:12, 14:9, 21:11, 29:1, 32:19, 48:14, 48:23, 55:23, 57:8, 64:9, 92:7
**Part** [3] - 29:22, 88:17, 94:24
**participant** [1] - 84:13
**participate** [5] - 21:6, 63:25, 90:8, 93:7
**participated** [5] - 27:23, 39:23, 45:9, 45:17, 72:23
**participating** [2] - 21:9, 21:11
**participation** [3] - 29:6, 37:5, 90:11
**particular** [2] - 55:2, 55:10
**particularly** [3] - 48:6, 50:3, 54:7
**parties** [12] - 4:4, 7:8,

10:12, 10:18, 11:22, 14:5, 14:8, 14:10, 14:15, 30:15, 31:3, 77:12
**parties'** [1] - 75:20
**partook** [1] - 44:15
**party** [1] - 95:19
**pass** [1] - 42:8
**passed** [3] - 19:15, 49:6, 60:13
**passes** [1] - 70:17
**passing** [2] - 73:21, 86:13
**past** [9] - 37:15, 55:3, 55:13, 58:19, 58:25, 60:14, 60:23, 78:21, 82:20
**patch** [1] - 57:11
**path** [2] - 60:16, 63:19
**pathologist** [1] - 47:11
**patriot** [5] - 13:1, 13:17, 19:15, 27:15, 28:25
**patriotic** [1] - 83:6
**pattern** [1] - 62:2
**pause** [4] - 12:23, 35:4, 73:15
**pause-pause** [1] - 35:4
**pay** [17] - 51:15, 51:25, 52:21, 52:22, 59:12, 65:4, 65:6, 65:7, 65:13, 65:16, 73:24, 83:24, 84:1, 88:11, 88:13, 89:18, 90:14
**payable** [1] - 90:16
**paying** [1] - 53:1
**payment** [3] - 30:19, 77:3, 84:3
**payments** [2] - 89:10, 90:22
**peace** [2] - 69:5, 70:24
**peacefully** [2] - 70:1, 70:2
**penalties** [1] - 89:19
**pending** [1] - 22:1
**people** [44] - 5:18, 13:2, 13:3, 13:12, 13:13, 20:16, 20:20, 21:5, 23:12, 25:14, 27:21, 27:24, 28:5, 28:10, 33:5, 33:17, 35:2, 35:8, 35:20, 38:14, 42:2, 43:25, 45:6, 60:3, 65:9, 66:1, 66:8, 69:14, 71:17, 77:8, 78:8, 78:18, 78:19, 78:24, 79:3, 79:18, 79:22,

80:6, 80:8, 80:24, 83:5, 83:8, 85:18
**pepper** [1] - 40:1
**pepper-sprayed** [1] - 40:1
**per** [1] - 90:23
**period** [9] - 25:15, 30:5, 57:2, 58:8, 59:2, 61:21, 64:2, 64:7, 91:24
**periodic** [1] - 89:1
**permission** [1] - 92:18
**permitted** [1] - 92:15
**perpetuate** [1] - 45:18
**person** [6] - 14:2, 37:21, 39:3, 47:14, 74:5, 78:20
**Person** [1] - 29:23
**personal** [3] - 62:22, 65:2, 85:7
**personally** [3] - 37:10, 69:14, 75:3
**phone** [3] - 18:19, 41:16
**photocopied** [1] - 95:18
**phrase** [1] - 83:2
**physical** [3] - 35:25, 41:15, 84:16
**physically** [1] - 84:19
**picked** [2] - 39:21, 40:6
**pictures** [1] - 73:9
**piece** [1] - 71:4
**pierce** [2] - 22:10
**pile** [4] - 13:11, 45:4, 45:5
**pitch** [1] - 62:6
**placed** [2] - 42:6, 46:19
**placement** [1] - 89:1
**places** [2] - 27:4, 84:14
**placing** [1] - 18:23
**plain** [1] - 20:9
**plan** [2] - 65:18, 74:24
**plans** [1] - 74:24
**play** [4] - 40:12, 41:18, 43:12, 44:12
**played** [2] - 25:20, 55:2
**plaza** [10] - 39:16, 40:3, 40:6, 40:20, 48:18, 78:7, 78:9, 78:11, 78:14, 87:12
**plea** [26] - 10:6, 12:6, 12:8, 13:20, 14:4, 14:6, 14:16, 15:20, 15:22, 15:23, 16:1, 16:17, 16:18, 16:21,

17:18, 20:4, 23:23, 30:2, 77:3, 88:7, 92:2, 92:4, 92:7, 92:8, 92:16
**plead** [2] - 14:18, 21:25
**pleaded** [2] - 3:16, 80:12
**pleading** [1] - 12:12
**pleas** [1] - 54:8
**pled** [9] - 15:5, 15:8, 16:6, 19:19, 21:24, 45:1, 45:2, 61:15, 64:22
**plus** [1] - 29:24
**PO** [1] - 1:19
**pod** [1] - 73:7
**podcast** [3] - 15:10, 45:12, 45:17
**podcasts** [1] - 44:20
**podium** [4] - 14:13, 31:8, 31:11, 36:9
**point** [19] - 17:16, 17:18, 20:13, 24:22, 29:24, 34:5, 34:25, 38:17, 46:20, 46:21, 52:6, 57:22, 58:10, 67:14, 79:16, 79:22, 81:20, 83:23
**points** [4] - 11:1, 11:2, 17:19, 34:21
**pole** [13] - 13:4, 23:20, 24:15, 29:16, 39:21, 40:6, 40:7, 43:17, 44:9, 44:11, 82:4, 82:6, 82:9
**poles** [1] - 34:19
**Police** [6] - 2:11, 5:8, 32:24, 34:17, 38:23, 44:23
**police** [37] - 13:4, 25:6, 28:7, 28:14, 28:16, 32:12, 32:22, 32:23, 33:2, 34:8, 35:13, 38:12, 38:13, 43:1, 43:6, 44:4, 55:14, 69:25, 70:1, 78:9, 78:13, 78:14, 78:21, 79:1, 79:6, 79:8, 79:21, 79:24, 80:1, 80:20, 81:1, 81:4, 81:16, 81:21, 81:25, 82:10
**political** [5] - 21:23, 21:24, 51:7, 64:5, 83:17
**poor** [1] - 79:6
**portion** [2] - 16:8, 47:16
**portions** [4] - 7:5,

9:21, 10:3, 55:3
**portraits** [1] - 20:21
**portray** [2] - 12:25, 82:24
**position** [6] - 17:12, 19:1, 52:19, 54:19, 63:14, 66:24
**positive** [1] - 72:6
**possess** [1] - 88:23
**possession** [1] - 10:22
**possibility** [1] - 59:25
**possible** [2] - 2:12, 81:5
**possibly** [1] - 64:1
**post** [2] - 4:19, 66:18
**posture** [1] - 52:2
**potential** [3] - 27:7, 58:17, 84:12
**poverty** [1] - 74:22
**practical** [1] - 25:4
**pray** [2] - 69:20, 71:22
**prayers** [2] - 71:20, 73:13
**precisely** [2] - 17:7, 77:11
**precursor** [1] - 10:23
**prepared** [7] - 7:6, 18:1, 18:8, 26:3, 26:4, 48:16, 52:4
**preplanning** [2] - 84:11, 84:12
**present** [2] - 2:20, 47:19, 92:11
**PRESENT** [1] - 1:22
**presentation** [3] - 16:11, 51:21, 55:1
**presented** [4] - 51:11, 55:21, 60:20, 77:7
**presentence** [17] - 4:6, 7:5, 8:10, 8:12, 8:21, 9:1, 9:15, 9:22, 10:3, 10:13, 10:19, 51:11, 52:3, 75:21, 88:18, 90:24, 91:3
**presenting** [2] - 20:20, 20:22
**President** [3] - 32:10, 39:10, 78:6
**presidential** [1] - 76:14
**pretty** [7] - 14:2, 23:23, 51:21, 65:19, 81:8, 82:8
**prevent** [2] - 40:22, 41:24
**primers** [1] - 73:1
**prison** [2] - 65:9, 91:15
**prisoner** [4] - 21:23,

21:24, 51:7, 64:5
**Prisons** [4] - 59:8, 88:5, 91:17, 93:3
**Probation** [4] - 1:22, 2:4, 91:1, 91:8
**probation** [18] - 4:6, 4:7, 7:6, 11:16, 30:20, 51:13, 51:17, 75:21, 83:23, 88:17, 89:4, 89:20, 89:22, 89:25, 90:4, 90:10, 90:24, 91:4
**problem** [6] - 27:3, 27:8, 61:3, 61:4, 61:10, 86:6
**problems** [4] - 60:4, 63:4, 63:5, 70:10
**proceed** [5] - 6:22, 9:16, 54:23
**proceeded** [1] - 79:10
**proceeding** [1] - 95:12
**proceedings** [3] - 60:18, 92:3, 95:16
**Proceedings** [1] - 1:24
**process** [1] - 9:11
**produce** [1] - 60:25
**produced** [1] - 12:14
**production** [1] - 12:14
**productive** [1] - 63:16
**profile** [2] - 28:9, 50:5
**program** [7] - 26:18, 60:10, 90:9, 90:10, 90:12, 93:8, 93:13
**Program** [1] - 93:12
**programming** [1] - 91:17
**programs** [2] - 91:18, 91:19
**progress** [4] - 91:7, 91:9, 91:11, 91:13
**progression** [1] - 69:19
**prohibited** [1] - 90:5
**projectile** [1] - 71:13
**promote** [3] - 76:10, 76:18, 85:2
**proper** [1] - 47:9
**properly** [1] - 57:17
**prosecuting** [1] - 75:4
**prosecutor** [2] - 19:6, 24:9
**Prosecutorial** [1] - 44:24
**protect** [4] - 13:2, 34:6, 34:9, 76:17
**protecting** [1] - 58:24
**protective** [2] - 32:15, 32:16
**protest** [1] - 83:6

**protesters** [2] - 28:16, 33:20
**protesting** [1] - 70:3
**proud** [1] - 35:17
**provide** [5] - 37:22, 76:10, 76:25, 89:20, 89:25
**provided** [7] - 6:1, 22:7, 24:5, 38:24, 51:3, 53:12
**provider** [2] - 90:11, 90:12
**provides** [5] - 5:16, 24:21, 29:13, 74:15, 91:17
**providing** [1] - 59:9
**provisions** [1] - 88:2
**provocateurs** [1] - 45:22
**PSR** [5] - 49:4, 50:18, 55:25, 56:2, 83:24
**psychiatrist** [1] - 27:12
**psychotherapist** [1] - 27:12
**PTSD** [1] - 74:25
**public** [24] - 12:20, 15:24, 18:14, 21:7, 21:12, 27:11, 27:16, 27:20, 28:9, 28:23, 29:2, 29:3, 29:6, 46:1, 46:3, 50:5, 58:24, 67:16, 72:22, 76:17, 83:14, 83:19, 83:21
**publicly** [3] - 5:4, 82:20, 83:7
**publish** [1] - 83:12
**published** [5] - 12:20, 40:13, 41:19, 43:13, 44:13
**punch** [1] - 41:11
**punched** [1] - 34:20
**punishment** [2] - 76:7, 76:11
**punitive** [1] - 59:15
**purpose** [1] - 21:11
**purposes** [7] - 12:13, 51:23, 54:15, 76:3, 76:6, 76:8, 76:20
**pursuant** [3] - 54:8, 88:1, 92:13
**pursue** [2] - 60:12, 85:24
**push** [8] - 39:23, 40:14, 42:11, 42:18, 44:15, 80:14, 81:9, 81:17
**pushed** [7] - 42:3, 42:21, 43:14, 43:19,

44:1, 78:10, 81:7
**pushing** [5] - 41:22, 69:20, 78:21, 80:10, 80:15
**put** [11] - 21:8, 22:8, 23:11, 28:11, 41:9, 54:14, 56:23, 58:2, 58:3, 73:12, 73:23
**puts** [1] - 11:9
**putting** [3] - 38:18, 38:20, 86:16

### Q

**quality** [1] - 59:9
**quarrel** [1] - 62:25
**quarter** [1] - 73:23
**quarters** [1] - 73:1
**questions** [6] - 8:6, 8:16, 10:15, 26:3, 26:17, 67:3
**quickly** [1] - 32:12
**quit** [1] - 33:23
**quite** [10] - 19:25, 21:15, 23:14, 24:8, 55:9, 81:7, 81:22, 84:24, 85:6, 87:7
**quote** [1] - 64:6
**quoting** [2] - 12:5, 13:9

### R

**radio** [3] - 23:18, 26:21, 72:10
**raise** [3] - 21:10, 50:5, 66:13
**raised** [20] - 14:10, 21:10, 21:14, 21:16, 22:16, 22:21, 23:9, 40:16, 50:15, 50:19, 51:23, 52:20, 53:5, 56:10, 65:15, 66:5, 66:6, 72:21, 72:24, 85:5
**raising** [3] - 15:6, 64:4, 64:7
**rally** [4] - 39:10, 39:11, 39:13, 78:5
**range** [13] - 7:17, 13:24, 13:25, 17:9, 18:9, 29:5, 30:4, 30:7, 36:15, 59:4, 86:23, 86:24, 87:2
**ranking** [1] - 73:9
**rather** [4] - 13:24, 43:4, 48:10, 66:24
**RBANS** [4] - 47:23, 48:1, 49:4, 49:8
**RDAP** [1] - 93:8

**re** [1] - 42:9
**re-entered** [1] - 42:9
**reach** [2] - 56:3, 61:11
**reached** [3] - 41:11, 72:7, 78:7
**reacted** [1] - 80:15
**reaction** [1] - 82:11
**read** [4] - 26:4, 55:21, 73:16, 82:19
**read)** [2] - 44:24, 81:1
**ready** [3] - 39:9, 55:19, 73:21
**reality** [3] - 27:18, 48:5, 69:22
**realize** [1] - 25:3
**really** [21] - 13:16, 16:1, 24:15, 25:1, 25:10, 31:12, 35:10, 45:23, 54:4, 54:6, 56:5, 61:5, 62:23, 81:15, 81:24, 83:9, 85:19, 85:24, 86:4, 86:5, 94:1
**reason** [7] - 4:3, 15:14, 56:14, 56:22, 59:13, 64:3, 66:14
**reasonable** [2] - 28:24, 87:4
**reasons** [1] - 37:2
**recalled** [1] - 20:9
**recast** [2] - 27:17, 28:2
**receipt** [1] - 91:11
**receive** [1] - 73:13
**received** [4] - 8:1, 50:8, 87:11, 91:23
**receiving** [2] - 59:6, 59:16
**recent** [2] - 4:13, 5:3
**recently** [5] - 12:22, 22:14, 45:16, 82:21, 87:10
**reckoning** [2] - 22:24, 23:8
**recognition** [1] - 21:2
**recognize** [4] - 25:22, 60:6, 62:1, 63:12
**recollection** [2] - 9:15, 55:19
**recommend** [3] - 93:5, 93:7, 93:12
**recommendation** [7] - 4:8, 28:22, 75:22, 93:2, 93:11, 93:14, 93:18
**recommendations** [3] - 30:17, 30:24, 59:3
**recommended** [3] - 30:25, 53:19, 88:17
**recommends** [3] - 30:18, 30:21, 87:3

**reconcile** [1] - 82:18
**record** [8] - 2:7, 4:19, 26:5, 30:9, 60:7, 60:17, 77:5, 92:22
**records** [9] - 5:6, 10:9, 47:17, 47:19, 56:20, 56:25, 58:18, 76:24, 85:21
**recover** [1] - 71:21
**recovered** [1] - 33:16
**rectify** [1] - 68:5
**reduction** [6] - 11:24, 12:3, 12:9, 12:24, 13:22, 14:7, 17:9, 17:15, 17:25, 29:3
**reentry** [2] - 91:7, 91:13
**reference** [1] - 51:8
**referred** [2] - 2:12, 51:7
**referring** [1] - 45:20
**reflect** [3] - 72:2, 76:9, 85:1
**reflected** [2] - 61:19, 62:4
**reflection** [1] - 58:9
**reflects** [1] - 60:8
**Reform** [1] - 88:1
**refrain** [1] - 88:24
**reframe** [1] - 28:2
**refresh** [1] - 9:14
**refusal** [1] - 48:25
**regarding** [4] - 20:24, 77:13, 87:5, 90:12
**regrets** [1] - 68:20
**regular** [1] - 4:10
**regulation** [1] - 48:4
**regulations** [1] - 90:9
**rehab** [1] - 61:3
**rehabbed** [1] - 57:25
**rehabilitation** [1] - 76:18
**reinforcing** [2] - 19:15, 19:17
**related** [3] - 29:19, 61:22, 62:12
**relationship** [1] - 86:12
**relayed** [1] - 18:17
**release** [10] - 30:6, 49:16, 65:5, 66:18, 74:19, 88:10, 89:22, 90:24, 91:6
**released** [2] - 46:1, 50:17
**relented** [1] - 42:8
**relevant** [3] - 9:25, 56:1, 75:25
**religious** [3] - 26:20, 26:21, 72:8

**remain** [2] - 67:7, 75:1
**remained** [2] - 11:3, 43:20
**remaining** [2] - 53:14, 65:11
**remedies** [1] - 66:22
**remember** [7] - 34:18, 34:25, 35:19, 52:6, 70:13, 80:19
**remind** [1] - 76:5
**remorse** [2] - 49:1, 82:14
**remotely** [1] - 2:5
**remove** [1] - 42:22
**reoccurred** [1] - 27:8
**repeat** [2] - 82:12, 93:19
**repeated** [3] - 24:20, 60:6, 61:21
**repeatedly** [3] - 40:16, 42:23, 78:17
**repetitive** [1] - 60:24
**replace** [2] - 6:3, 6:8
**replay** [1] - 69:9
**reply** [3] - 5:10, 5:12, 20:25
**report** [30] - 4:6, 4:13, 4:22, 5:2, 7:5, 8:11, 8:12, 8:22, 9:1, 9:7, 9:16, 9:22, 10:3, 10:13, 10:19, 47:5, 47:10, 47:22, 48:3, 48:8, 52:3, 56:12, 58:13, 75:22, 85:11, 88:18, 90:25, 91:3, 91:9, 91:11
**reported** [1] - 1:24
**Reporter** [3] - 1:23, 1:23, 95:22
**reporter's** [1] - 19:12
**reports** [5] - 4:10, 4:25, 5:13, 10:8, 51:12
**represent** [1] - 64:13
**representatives** [2] - 68:16, 69:22
**representing** [1] - 64:14
**Republican** [1] - 35:11
**request** [2] - 73:12, 92:18
**requested** [3] - 31:1, 72:25, 89:21
**requesting** [1] - 49:15
**required** [2] - 7:15, 91:12
**requiring** [1] - 85:15
**researching** [1] - 66:22
**reserve** [1] - 26:15

14

**residence** [1] - 91:2
**resist** [2] - 80:20, 81:10
**resistance** [1] - 70:24
**resisting** [2] - 3:18, 77:14
**resolve** [1] - 7:12
**resolved** [1] - 16:23
**resources** [1] - 17:17
**respect** [5] - 61:17, 76:10, 85:2, 85:4, 93:14
**respectfully** [1] - 47:13
**respects** [1] - 63:11
**responded** [1] - 51:4
**responders** [1] - 68:16
**response** [2] - 6:13, 42:15
**responsibility** [12] - 11:25, 12:10, 12:13, 12:17, 15:7, 15:21, 17:20, 17:25, 29:25, 43:4, 49:1, 85:17
**rest** [4] - 49:10, 63:15, 73:11, 86:8
**restitution** [15] - 30:19, 49:16, 54:7, 77:1, 77:2, 77:3, 77:5, 77:11, 84:3, 88:13, 89:4, 89:6, 89:8, 89:10, 90:21
**result** [2] - 72:18, 77:6
**results** [3] - 30:2, 30:4, 59:5
**retain** [1] - 22:17
**retake** [1] - 80:7
**rethought** [1] - 28:13
**retire** [1] - 3:13
**retirement** [2] - 22:19, 65:18
**retreated** [3] - 40:8, 40:17, 40:20
**return** [2] - 74:24, 91:3
**returned** [1] - 80:17
**revealed** [1] - 56:2
**reverse** [1] - 24:17
**review** [1] - 10:7
**reviewed** [12] - 4:5, 4:9, 4:15, 4:23, 5:1, 5:5, 5:9, 5:15, 7:8, 9:1, 11:15, 11:16
**reviewing** [2] - 3:24, 56:20
**revisited** [1] - 9:10
**rhetoric** [1] - 69:4
**rights** [1] - 92:9
**rile** [1] - 81:5
**riot** [3] - 32:18, 32:19, 43:6

**rioters** [20] - 33:7, 39:24, 40:10, 40:14, 40:18, 40:22, 41:6, 41:22, 41:24, 42:1, 42:18, 42:20, 43:18, 44:9, 78:11, 79:19, 79:20, 80:21, 81:10, 81:15
**ripped** [1] - 33:24
**rods** [1] - 34:19
**role** [2] - 25:20, 84:8
**Ronald** [2] - 64:16, 64:17
**room** [5] - 42:11, 42:19, 42:22, 43:10, 53:2
**Room** [1] - 89:15
**Rotunda** [5] - 39:19, 41:21, 42:10, 43:8, 43:9, 43:11, 43:15, 43:16, 43:19, 48:20, 79:11, 80:5, 80:7, 81:11
**RPR** [3] - 1:23, 95:15, 95:22
**ruffling** [1] - 54:16
**rules** [1] - 90:9
**running** [2] - 21:22, 22:6
**rushing** [1] - 79:9

## S

**saddened** [1] - 69:6
**SAINT** [1] - 95:15
**Saint** [2] - 1:23, 95:22
**SAINT-LOTH** [1] - 95:15
**Saint-Loth** [2] - 1:23, 95:22
**Sandlin** [2] - 64:16, 64:17
**sandlin** [1] - 65:12
**sanitation** [1] - 73:22
**satisfied** [2] - 8:17, 55:25
**save** [1] - 23:15
**saw** [6] - 24:17, 24:24, 25:9, 44:3, 55:19, 61:15
**scared** [2] - 33:15, 34:5
**schedule** [1] - 3:9
**school** [2] - 34:7, 60:11
**SCI** [1] - 93:14
**score** [8] - 10:25, 11:3, 11:8, 11:9, 47:24, 48:1, 49:4, 49:8

**scream** [2] - 42:13, 42:15
**screaming** [1] - 40:10
**scrum** [1] - 33:25
**sea** [1] - 24:10
**seal** [2] - 5:6, 5:14
**sealing** [1] - 6:12
**seated** [2] - 31:16, 93:1
**second** [1] - 7:13
**seconds** [1] - 41:18
**section** [1] - 12:7
**Section** [10] - 3:19, 11:25, 29:11, 29:12, 76:1, 77:15, 88:2, 88:12, 89:5, 92:13
**security** [1] - 74:1
**see** [26] - 3:14, 5:25, 7:25, 17:1, 24:19, 24:25, 25:1, 25:2, 25:4, 25:7, 25:10, 25:11, 25:13, 31:12, 31:14, 33:25, 38:20, 57:13, 57:14, 58:7, 64:21, 69:17, 83:25, 91:20
**seeing** [3] - 20:10, 25:5, 58:11
**seek** [1] - 59:25
**seeks** [1] - 94:23
**seem** [3] - 28:3, 81:22, 82:24
**self** [2] - 19:15, 62:20
**self-medicating** [1] - 62:20
**self-reinforcing** [1] - 19:15
**semester** [1] - 60:12
**Senate** [8] - 39:18, 41:21, 41:23, 41:25, 42:3, 48:19, 79:15, 79:25
**send** [1] - 57:11
**sense** [4] - 57:5, 58:9, 72:19, 74:15
**sent** [1] - 57:7
**sentence** [34] - 8:5, 16:25, 17:11, 28:24, 29:5, 31:1, 49:15, 59:4, 59:13, 59:25, 61:16, 75:16, 75:17, 76:1, 76:9, 76:24, 81:19, 84:10, 85:1, 85:3, 86:18, 86:23, 86:24, 87:5, 87:11, 87:18, 87:24, 89:6, 91:2, 92:6, 92:9, 92:14, 92:21
**sentenced** [7] - 35:8, 60:19, 64:20, 64:23,

87:6, 87:9, 88:9
**sentences** [2] - 76:23, 87:1
**sentencing** [46] - 3:16, 3:23, 3:24, 4:1, 4:7, 4:15, 4:18, 5:9, 6:22, 7:2, 7:14, 7:17, 7:22, 8:23, 10:4, 13:24, 13:25, 14:17, 22:1, 29:5, 30:4, 30:17, 30:23, 30:24, 38:6, 45:12, 45:15, 46:25, 51:22, 58:21, 65:23, 75:21, 75:22, 75:24, 76:3, 76:5, 76:6, 76:8, 76:20, 81:19, 83:2, 86:11, 87:2, 88:3, 90:22, 93:17
**SENTENCING** [1] - 1:7
**Sentencing** [3] - 87:2, 88:1, 88:18
**sentencings** [2] - 7:16, 51:19
**sentiment** [1] - 13:8
**separate** [2] - 47:1, 47:16
**September** [2] - 50:18, 66:5
**sergeant's** [1] - 33:23
**serious** [3] - 77:16, 77:20, 86:22
**seriously** [2] - 69:12, 71:13
**seriousness** [5] - 13:19, 49:12, 61:19, 76:9, 85:2
**serve** [6] - 34:6, 34:9, 59:13, 85:18, 88:9
**served** [3] - 46:8, 46:20, 85:9
**Service** [1] - 72:14
**service** [5] - 37:1, 37:10, 46:18, 48:13, 68:23
**services** [3] - 8:17, 26:21, 72:8
**set** [6] - 3:10, 26:19, 61:9, 75:25, 76:19, 87:14
**several** [2] - 9:10, 73:23
**severe** [2] - 85:14, 87:17
**severely** [1] - 85:12
**severity** [1] - 48:4
**shall** [8] - 6:17, 88:15, 89:7, 89:10, 90:18, 90:24, 91:3, 95:18
**share** [1] - 89:23

**Sherrill** [1] - 89:15
**shields** [1] - 25:11
**shift** [1] - 32:9
**shifted** [1] - 43:5
**SHIPLEY** [61] - 1:18, 2:18, 2:25, 3:3, 3:7, 3:9, 6:20, 9:2, 9:5, 9:23, 11:15, 18:15, 19:8, 19:10, 20:19, 21:13, 22:24, 23:5, 23:7, 23:17, 23:25, 25:7, 26:12, 26:23, 27:1, 30:13, 36:23, 51:3, 54:24, 55:5, 55:7, 58:15, 58:22, 59:5, 59:21, 60:2, 62:12, 62:15, 63:21, 64:11, 64:16, 64:20, 64:22, 65:10, 66:21, 67:2, 67:13, 73:15, 73:18, 92:25, 93:4, 93:10, 93:23, 93:25, 94:2, 94:7, 94:10, 94:13, 94:15, 94:18, 95:5
**Shipley** [25] - 2:19, 2:22, 2:23, 8:21, 8:25, 9:20, 11:13, 18:12, 21:4, 30:24, 36:22, 47:7, 49:22, 50:24, 51:2, 53:13, 54:21, 54:23, 58:12, 63:20, 67:21, 85:23, 92:24, 93:2, 95:4
**Shipley's** [1] - 53:16
**shoplifting** [2] - 10:22, 11:4
**short** [1] - 77:22
**shorthand** [1] - 1:24
**shot** [3] - 24:18, 62:25, 63:1
**shouted** [5] - 40:16, 41:3, 78:17, 80:1, 80:13
**shouting** [4] - 44:6, 78:17, 78:23, 80:3
**shoving** [1] - 69:20
**show** [2] - 13:15, 21:17
**showed** [1] - 32:22
**shows** [6] - 20:15, 21:6, 21:12, 21:16, 38:11, 72:10
**shred** [1] - 33:24
**shuffle** [1] - 38:16
**sic** [3] - 12:22, 52:23, 60:13
**side** [2] - 43:24, 71:5
**sides** [2] - 21:1, 69:15
**sign** [1] - 14:15, 34:10

**signatory** [1] - 95:19
**signature** [1] - 57:22
**signed** [8] - 5:25, 6:1, 6:3, 6:6, 6:16, 15:8, 27:14, 34:6
**significant** [3] - 12:12, 22:21, 56:17
**similar** [3] - 60:20, 76:24, 76:25
**similarities** [1] - 87:21
**simply** [3] - 62:1, 68:8, 68:18
**sincere** [1] - 68:20
**sincerely** [1] - 70:3
**sincerest** [1] - 71:23
**single** [4] - 30:8, 48:9, 48:17, 85:5
**sisters** [2] - 35:17, 71:25
**sit** [4] - 31:15, 49:18, 61:8, 75:18
**site** [9] - 21:16, 21:20, 28:10, 50:6, 51:6, 66:12, 66:14, 66:16, 81:13
**sites** [2] - 49:25, 66:9
**sitting** [2] - 2:10, 61:7
**situation** [6] - 41:9, 45:23, 58:3, 65:14, 82:22
**situations** [2] - 60:21, 75:7
**six** [2] - 41:10, 60:10
**six-month** [1] - 60:10
**six-one** [1] - 41:10
**skateboards** [1] - 33:4
**skip** [1] - 55:13
**slightly** [1] - 17:20
**slowly** [1] - 93:19
**Smith** [1] - 56:6
**snippets** [1] - 55:2
**so..** [3] - 36:3, 36:19, 51:8
**sobriety** [1] - 60:11
**soil** [1] - 36:3
**solicited** [2] - 23:12, 28:1
**soliciting** [1] - 21:5
**someone** [7] - 35:15, 41:15, 47:18, 48:7, 69:1, 69:25, 70:2
**sometimes** [1] - 67:9
**somewhat** [1] - 85:5
**somewhere** [1] - 23:19
**sorry** [7] - 16:11, 23:5, 26:23, 37:14, 70:16, 70:24, 71:18
**sort** [8] - 9:11, 19:13, 22:7, 25:12, 38:12,

38:16, 55:12, 60:24
**sorts** [2] - 51:13, 91:19
**sought** [3] - 48:21, 48:22, 48:23
**soul** [1] - 70:4
**sourced** [2] - 24:4, 24:24
**sources** [1] - 51:14
**sparing** [1] - 17:16
**SPEAKER** [1] - 93:21
**speaking** [2] - 51:10, 67:15
**spear** [1] - 44:5
**Spear** [1] - 44:10
**special** [7] - 30:7, 30:20, 49:16, 73:24, 88:11, 89:7, 90:21
**specific** [2] - 21:7, 29:15
**specifically** [7] - 14:17, 34:18, 34:25, 45:1, 48:12, 76:21
**speech** [2] - 32:10, 47:11
**speeches** [2] - 27:16, 34:2
**spell** [1] - 93:16
**spent** [4] - 22:13, 52:23, 65:1, 91:21
**spews** [1] - 46:16
**spoken** [1] - 47:8
**spray** [2] - 33:4, 34:20
**sprayed** [2] - 33:3, 40:1
**spreading** [1] - 83:4
**spring** [1] - 24:7
**squad** [1] - 32:19
**Square** [4] - 28:12, 28:19, 44:22, 44:23
**stable** [2] - 86:12
**staff** [4] - 54:22, 72:12, 73:9, 75:3
**staffers** [1] - 80:8
**stage** [1] - 40:6
**staircase** [6] - 41:6, 42:2, 42:4, 42:5, 79:14, 79:23
**stairs** [1] - 79:4
**stairwell** [2] - 70:12, 79:17
**stance** [2] - 69:2, 70:23
**stand** [3] - 31:13, 36:9, 86:11
**standard** [2] - 17:21, 54:15
**standing** [9] - 35:6, 41:6, 55:9, 63:10, 67:10, 68:22, 76:5,

79:7, 82:3
**standpoint** [1] - 61:2
**stands** [6] - 31:11, 81:15, 85:6, 86:4, 86:5, 87:19
**start** [3] - 10:16, 31:3, 68:1
**started** [6] - 13:12, 15:6, 25:17, 25:18, 32:9, 45:5
**starting** [1] - 2:7
**State** [1] - 34:13
**state** [5] - 2:6, 33:10, 36:19, 87:24, 88:22
**statement** [16] - 5:7, 5:24, 10:5, 15:8, 26:4, 26:6, 26:11, 32:5, 37:22, 37:23, 38:24, 41:4, 82:15, 82:18, 83:10
**statements** [23] - 6:16, 12:18, 15:19, 15:24, 17:14, 17:24, 18:14, 27:10, 27:13, 28:23, 29:4, 29:6, 47:10, 48:11, 49:5, 50:16, 82:19, 82:24, 83:7, 83:14, 83:19, 83:22
**States** [9] - 2:3, 2:9, 2:10, 34:2, 35:12, 68:24, 89:11, 89:23, 91:8
**STATES** [4] - 1:1, 1:3, 1:8, 1:10
**states** [1] - 68:17
**stating** [1] - 46:25
**station** [1] - 26:21
**status** [9] - 4:13, 5:1, 18:16, 25:24, 26:25, 29:21, 45:9, 50:15, 51:8
**statute** [3] - 3:20, 89:5, 92:15
**statutory** [2] - 3:21, 66:23
**stay** [2] - 67:10, 75:13
**stenographic** [1] - 95:16
**step** [8] - 7:3, 7:12, 7:13, 7:20, 8:4, 8:9, 14:13, 30:14
**Step** [1] - 93:12
**steps** [3] - 7:3, 7:15, 37:20
**still** [7] - 17:24, 18:3, 35:9, 44:14, 45:24, 60:16, 74:23
**stop** [10] - 33:20, 35:4, 35:21, 64:3, 64:4, 66:8, 69:19, 73:6

**Stop** [1] - 79:19
**stopped** [1] - 34:11
**Stories** [1] - 44:21
**straightforward** [1] - 65:19
**stream** [1] - 78:24
**Street** [1] - 1:12
**strike** [2] - 84:9, 90:1
**striking** [1] - 80:15
**stripped** [1] - 73:6
**strong** [1] - 46:19
**strongly** [2] - 83:5, 83:16
**struck** [5] - 38:17, 42:12, 42:19, 70:15, 79:2
**studies** [1] - 74:20
**stunned** [1] - 54:4
**subject** [3] - 7:19, 17:20, 65:6
**submission** [2] - 5:5, 5:16
**submissions** [2] - 59:14, 83:2
**submit** [4] - 47:17, 88:25, 90:4, 91:9
**submitted** [12] - 4:2, 4:16, 5:2, 5:13, 7:6, 8:23, 10:7, 10:9, 47:3, 56:12, 57:24, 85:11
**substance** [12] - 62:3, 62:7, 62:10, 62:13, 62:15, 62:17, 67:24, 88:23, 88:25, 90:4, 90:6, 93:6
**substitute** [2] - 35:5
**subtract** [1] - 29:23
**sucker** [1] - 41:11
**suffered** [1] - 85:10
**suffering** [1] - 48:10
**sufficient** [1] - 76:2
**suggest** [6] - 47:4, 47:13, 47:25, 49:8, 55:16, 56:15
**suggested** [2] - 24:13, 47:23
**suggesting** [1] - 47:3
**sum** [1] - 84:25
**summarized** [2] - 6:19, 10:13
**summary** [3] - 4:18, 55:12, 56:13
**summer** [1] - 25:24
**Sun** [11] - 2:9, 24:20, 36:7, 38:1, 54:5, 54:20, 55:1, 66:3, 75:3, 83:1, 95:10
**SUN** [55] - 1:11, 2:8, 2:15, 5:22, 6:10,

6:14, 8:14, 11:12, 14:12, 14:14, 14:21, 14:23, 15:2, 16:3, 16:10, 16:12, 16:15, 16:22, 17:22, 18:1, 18:8, 30:11, 31:7, 36:10, 36:13, 36:20, 37:25, 38:3, 38:9, 38:19, 38:22, 38:25, 39:2, 39:4, 39:6, 39:8, 40:14, 41:20, 43:14, 44:14, 50:1, 50:9, 50:11, 50:14, 52:5, 52:11, 52:25, 53:3, 53:7, 53:14, 53:17, 53:21, 92:23, 94:22, 95:3
**superseding** [2] - 3:17, 88:8
**supervise** [1] - 90:11
**supervised** [6] - 30:6, 49:16, 65:5, 66:17, 88:10, 91:9
**supervision** [6] - 11:3, 86:20, 88:15, 88:20, 89:1, 91:10
**supplemented** [2] - 10:4, 10:6
**supplies** [2] - 72:25, 73:12
**support** [5] - 4:17, 17:13, 17:14, 30:16, 72:20
**supported** [1] - 19:23
**supposed** [4] - 23:24, 27:2, 34:15, 58:16
**surface** [1] - 45:21
**surge** [1] - 57:8
**surprise** [1] - 66:2
**surprised** [6] - 18:24, 18:25, 50:7, 50:8, 50:9, 79:2
**swarm** [1] - 78:9
**swell** [1] - 81:15
**swore** [2] - 10:5, 15:25
**swung** [1] - 41:17
**sympathetic** [1] - 20:21
**syndrome** [1] - 62:19
**system** [4] - 21:1, 60:25, 68:3, 86:15

**T**

**Table** [1] - 87:2
**table** [1] - 61:9
**talks** [1] - 58:13
**taller** [1] - 19:5
**tamper** [1] - 90:6
**tape** [1] - 78:8

**task** [1] - 77:10
**tasked** [1] - 58:23
**taunted** [1] - 44:6
**tax** [1] - 22:18
**taxpayer** [1] - 53:1
**TBI** [8] - 47:4, 47:9, 48:3, 58:17, 58:19, 67:21, 67:25
**tear** [1] - 78:13
**tear-gassed** [1] - 78:13
**teenage** [1] - 62:24
**ten** [2] - 33:8, 47:12
**tens** [1] - 51:16
**term** [4] - 87:3, 88:6, 88:10, 91:20
**termination** [1] - 91:5
**terms** [5] - 52:18, 77:19, 77:21, 82:3, 87:1
**terrace** [11] - 13:5, 38:13, 39:17, 39:20, 40:25, 41:2, 43:25, 69:18, 71:4, 81:13, 87:13
**terrifying** [1] - 35:16
**test** [1] - 88:25
**testified** [1] - 35:1
**testifying** [1] - 32:2
**testimony** [1] - 71:11
**testing** [3] - 48:5, 90:5, 90:7
**tests** [1] - 89:2
**THE** [163] - 1:1, 1:8, 1:10, 1:18, 2:2, 2:13, 2:16, 2:21, 3:2, 3:5, 3:8, 3:14, 5:23, 6:5, 6:6, 6:7, 6:8, 6:11, 6:15, 6:21, 8:8, 8:9, 8:15, 8:19, 8:20, 8:24, 8:25, 9:3, 9:13, 9:17, 9:19, 10:1, 11:13, 11:19, 14:13, 14:20, 14:22, 14:25, 15:12, 16:9, 16:11, 16:14, 16:16, 17:1, 17:23, 18:3, 18:11, 19:5, 19:9, 20:18, 21:4, 22:23, 23:4, 23:6, 23:11, 23:18, 25:5, 26:10, 26:22, 26:24, 27:9, 30:12, 30:14, 31:9, 31:16, 31:19, 31:23, 32:2, 32:5, 32:14, 32:16, 36:4, 36:22, 37:7, 37:8, 37:18, 37:21, 38:1, 38:8, 38:10, 38:20, 38:23, 39:1, 39:3, 39:5, 39:7,

49:18, 50:2, 50:10, 50:12, 50:23, 51:9, 52:10, 52:19, 53:1, 53:4, 53:10, 53:16, 53:18, 54:1, 54:23, 55:4, 55:6, 58:12, 58:16, 58:23, 59:20, 59:22, 62:7, 62:13, 63:20, 63:22, 64:14, 64:19, 64:21, 65:8, 66:19, 67:1, 67:4, 67:7, 67:9, 67:15, 67:17, 70:17, 70:19, 71:9, 71:10, 73:17, 74:2, 74:3, 74:4, 74:7, 74:8, 74:9, 75:11, 75:12, 75:13, 75:15, 75:16, 75:19, 75:20, 76:16, 76:17, 92:24, 93:1, 93:9, 93:16, 93:22, 93:24, 94:1, 94:4, 94:5, 94:6, 94:9, 94:12, 94:14, 94:17, 94:19, 94:25, 95:4, 95:7, 95:9, 95:11
**theft** [3] - 10:23, 11:4, 61:22
**theft-related** [1] - 61:22
**themselves** [5] - 45:24, 46:2, 46:4, 58:2, 74:14
**theories** [2] - 45:18, 83:4
**theory** [1] - 92:11
**therapies** [2] - 57:25, 61:3
**therapy** [1] - 35:23
**thereafter** [1] - 89:2
**therefore** [1] - 89:18
**thinking** [1] - 54:6
**thinks** [2] - 16:23, 76:12
**third** [6] - 7:20, 17:16, 17:18, 29:24, 30:14
**thousands** [3] - 51:16, 60:20, 79:9
**three** [4] - 25:12, 45:2, 45:16, 88:23
**threw** [5] - 13:4, 32:12, 39:21, 40:7, 71:4
**throughout** [1] - 73:10
**throw** [1] - 71:6
**throwing** [4] - 24:3, 44:5, 44:9, 82:9
**Tiananmen** [5] - 28:12, 28:14, 28:18, 44:22

**timely** [2] - 29:25, 75:6
**Title** [1] - 77:16
**today** [23] - 3:13, 8:23, 14:17, 14:22, 14:23, 15:4, 16:4, 18:2, 18:4, 18:5, 26:4, 45:15, 47:6, 55:20, 56:4, 61:7, 61:9, 66:11, 82:16, 82:19, 83:11, 83:12, 95:1
**together** [2] - 19:16, 22:8
**took** [10] - 22:11, 24:14, 25:24, 41:3, 56:6, 60:12, 70:23, 73:25, 78:23, 83:10
**toss** [1] - 24:15
**tossed** [2] - 13:7, 23:20
**total** [3] - 13:22, 13:25, 30:2
**totally** [2] - 34:9, 52:1
**touch** [1] - 45:21
**touched** [1] - 79:5
**toward** [1] - 24:18
**towards** [3] - 10:25, 11:8, 41:21
**town** [1] - 94:2
**track** [2] - 62:22, 86:2
**traitors** [1] - 42:24
**TRANSCRIPT** [1] - 1:7
**transcript** [4] - 1:25, 95:16, 95:16, 95:18
**transcription** [1] - 1:25
**transcriptions** [1] - 82:19
**transitioned** [1] - 22:11
**trauma** [1] - 74:22
**traumatic** [1] - 71:21
**traveled** [2] - 39:13, 39:15
**treat** [2] - 57:17, 85:17
**treated** [2] - 57:24, 62:20
**treatment** [17] - 58:14, 58:20, 58:25, 59:6, 59:16, 59:23, 60:1, 67:22, 68:2, 74:25, 85:15, 85:24, 86:1, 90:8, 90:11, 91:3, 91:5
**treatments** [1] - 61:10
**trial** [7] - 3:1, 3:2, 3:3, 3:9, 9:9, 17:17, 25:19
**tried** [5] - 25:8, 46:12, 68:4, 72:7, 80:14
**tries** [1] - 12:25

**troopers** [2] - 33:10, 36:19
**Troopers** [1] - 34:13
**trouble** [1] - 26:20
**troubled** [2] - 63:18, 85:5
**true** [3] - 10:5, 95:15, 95:16
**truly** [2] - 51:25, 71:23
**Trump's** [3] - 32:10, 39:10
**truth** [4] - 16:1, 45:24, 46:2, 46:3
**truthful** [1] - 26:8
**truthfully** [1] - 33:14
**try** [6] - 22:17, 27:16, 34:23, 68:9, 72:5, 82:12
**trying** [18] - 13:2, 13:3, 13:12, 27:20, 28:4, 34:11, 35:2, 35:20, 41:4, 45:6, 68:2, 79:16, 80:6, 80:15, 81:4, 81:5, 81:9, 84:18
**tunnel** [25] - 13:5, 24:18, 25:9, 25:14, 25:18, 33:9, 33:11, 33:13, 34:18, 36:13, 39:22, 39:24, 44:4, 44:11, 44:16, 71:4, 71:5, 81:13, 81:16, 81:18, 81:21, 82:1, 82:4, 82:13, 87:13
**turn** [6] - 5:23, 8:9, 10:10, 11:19, 28:7, 69:15, 71:16, 82:14, 94:20
**turned** [4] - 60:9, 69:11, 69:13, 93:18
**turning** [2] - 46:20, 58:20
**turtle** [1] - 32:8
**turtle-gear** [1] - 32:8
**twice** [2] - 9:7, 41:13
**two** [17] - 3:1, 7:7, 9:9, 13:17, 17:19, 26:1, 26:16, 29:24, 30:23, 36:25, 41:10, 59:14, 85:7, 86:21, 88:22, 89:1
**Two** [1] - 29:22
**type** [1] - 23:22
**types** [2] - 76:23, 87:1
**typical** [1] - 62:18
**typing** [1] - 55:18

**U**

**U.S** [13] - 1:15, 1:22,

5:8, 20:25, 33:18, 36:3, 39:14, 43:23, 72:14, 85:16, 90:16, 91:1, 91:25
**U.S.C** [7] - 3:19, 29:12, 75:25, 88:2, 88:12, 89:5, 92:13
**ultimately** [2] - 56:11, 80:17
**unable** [3] - 51:15, 51:25, 92:17
**unclear** [1] - 52:16
**uncommon** [1] - 27:3
**under** [21] - 5:6, 5:13, 10:22, 11:3, 11:25, 12:3, 12:7, 12:11, 15:25, 17:25, 29:3, 29:12, 29:14, 29:17, 29:18, 29:25, 30:2, 59:2, 76:19, 85:25, 92:5
**undercut** [1] - 48:11
**underneath** [1] - 42:7
**understatement** [1] - 68:19
**undone** [1] - 83:15
**unfortunately** [1] - 55:20
**unguarded** [1] - 41:1
**unique** [1] - 59:10
**unit** [6] - 32:8, 32:9, 33:6, 33:8, 73:20
**UNITED** [4] - 1:1, 1:3, 1:8, 1:10
**United** [9] - 2:3, 2:9, 2:10, 34:2, 35:12, 68:24, 89:11, 89:23, 91:8
**units** [1] - 57:9
**unlawful** [2] - 88:24, 92:2
**unlawfully** [1] - 88:23
**unleashed** [1] - 18:21
**unless** [3] - 51:5, 67:2, 75:17
**unlike** [2] - 32:2, 33:19
**unlikely** [1] - 48:6
**unnecessarily** [1] - 59:16
**unsigned** [1] - 6:3
**unsuccessfully** [1] - 79:18
**unwarranted** [2] - 76:23, 87:5
**up** [46] - 3:9, 6:23, 11:1, 14:17, 15:3, 18:16, 19:6, 19:7, 24:1, 25:24, 25:25, 26:14, 26:19, 27:15, 32:22, 33:24, 34:1,

34:4, 34:6, 34:10, 34:14, 35:18, 36:6, 36:7, 39:21, 40:6, 43:21, 45:5, 46:3, 47:18, 54:3, 54:17, 55:8, 56:11, 57:4, 57:11, 60:14, 61:6, 73:14, 78:16, 79:3, 79:22, 81:6, 81:24, 82:25, 83:13
**update** [2] - 50:20, 50:21
**upper** [3] - 39:17, 40:24, 41:2
**upset** [1] - 79:2
**upstairs** [1] - 33:7
**USAO** [1] - 1:11
**uses** [2] - 17:5, 46:14

## V

**V.A** [4] - 5:7, 56:20, 59:11, 68:3
**VA** [1] - 34:13
**vaccinated** [1] - 14:20
**valid** [1] - 92:11
**value** [2] - 47:5, 49:9
**variance** [2] - 16:6, 30:21
**variety** [1] - 4:16
**various** [2] - 5:18, 10:8
**vehicle** [2] - 10:23, 11:4
**version** [1] - 6:1
**versus** [1] - 2:3
**vest** [1] - 31:22
**veteran** [1] - 56:8
**veterans** [3] - 57:21, 57:23, 59:10
**vets** [1] - 63:18
**via** [1] - 1:22
**vicinity** [1] - 43:23
**victim** [12] - 5:7, 5:24, 6:16, 29:19, 31:11, 32:5, 37:23, 38:24, 55:21, 70:18, 77:7, 89:12
**Victim** [1] - 44:23
**victim-related** [1] - 29:19
**victims** [4] - 7:21, 29:19, 36:24, 77:1
**Victor** [1] - 2:14
**video** [20] - 4:21, 4:23, 10:7, 19:23, 20:1, 20:10, 20:14, 24:4, 24:8, 24:25, 25:10, 25:16, 38:16, 44:16, 45:25, 55:1, 56:2,

81:22, 81:23, 82:7
**videotape** [1] - 81:8
**videotapes** [4] - 75:23, 79:6, 79:13, 79:18
**view** [4] - 20:23, 24:22, 38:11, 53:4
**viewed** [1] - 52:14
**viewpoint** [1] - 24:22
**violation** [3] - 3:19, 77:15, 87:9
**violence** [6] - 39:9, 48:16, 48:17, 48:23, 81:14, 84:12
**violent** [4] - 40:1, 77:21, 79:1, 81:8
**virtually** [1] - 13:8
**virtuous** [1] - 68:21
**visage** [1] - 55:10
**vocational** [1] - 91:19
**voice** [2] - 72:5, 84:20
**voices** [1] - 78:20
**void** [1] - 95:18
**voluntarily** [1] - 58:4
**volunteers** [1] - 72:8
**votes** [1] - 35:21
**vs** [1] - 1:4

## W

**waiting** [2] - 3:4, 73:3
**waive** [1] - 92:7
**waived** [1] - 92:4
**waiver** [1] - 92:11
**waivers** [1] - 92:10
**waives** [2] - 89:18, 92:9
**walk** [1] - 66:11
**walked** [1] - 43:21
**walks** [1] - 38:15
**wall** [1] - 79:17
**Wall** [1] - 56:6
**Wall-Smith** [1] - 56:6
**wants** [1] - 63:17
**war** [1] - 85:11
**warned** [1] - 83:16
**warrant** [3] - 59:1, 84:10, 87:18
**warranted** [1] - 51:24
**warranting** [1] - 61:19
**warrior** [1] - 34:4
**Washington** [5] - 1:6, 1:16, 78:3, 89:16, 90:17
**watch** [1] - 20:12
**watched** [1] - 25:16
**watching** [1] - 20:12
**water** [1] - 85:25
**Watt** [11] - 22:14,

47:23, 52:22, 56:11, 56:18, 56:19, 57:13, 57:18, 58:5, 62:16, 85:12
**Watt's** [2] - 58:12, 58:17
**waxed** [1] - 73:6
**ways** [4] - 24:14, 27:5, 27:17, 28:3
**weapon** [2] - 29:16, 43:18
**website** [4] - 50:17, 53:8, 53:9
**week** [2] - 5:2, 56:12
**weeks** [2] - 45:2, 55:8
**weighs** [1] - 86:24
**weight** [2] - 33:21
**welcome** [1] - 36:21
**well-being** [1] - 74:12
**west** [20] - 13:4, 38:13, 39:16, 39:17, 39:20, 40:3, 40:5, 40:20, 40:24, 41:2, 43:25, 48:18, 69:18, 71:4, 78:7, 78:11, 78:14, 81:13, 87:12, 87:13
**whole** [5] - 25:5, 25:18, 64:7, 78:10, 80:24
**wholesale** [1] - 24:10
**wholly** [1] - 51:17
**widely** [1] - 24:8
**WILLETT** [1] - 1:22
**Willett** [1] - 2:5
**William** [1] - 2:19
**WILLIAM** [1] - 1:18
**willingness** [1] - 73:25
**window** [1] - 63:8
**wish** [4] - 7:24, 8:3, 67:6, 71:1
**wishes** [1] - 2:12
**within-guideline** [1] - 84:10
**within-guidelines-range** [1] - 59:4
**witness** [3] - 31:13, 37:20, 47:5
**woman** [2] - 63:2, 79:6
**wooden** [2] - 29:16, 82:6
**Worcester** [1] - 1:12
**word** [1] - 57:4
**words** [7] - 26:7, 38:15, 41:11, 54:14, 71:22, 77:24, 84:17
**world** [1] - 23:13
**worn** [1] - 81:9
**worse** [2] - 23:9, 71:1
**worst** [2] - 33:12, 81:14

**wrestle** [1] - 81:25
**write** [3] - 26:7, 70:11, 72:13
**writing** [1] - 74:18
**written** [1] - 4:20
**wrongful** [1] - 44:18
**wrote** [4] - 44:20, 52:12, 71:7, 71:12

## Y

**y'all** [2] - 42:25, 80:25
**Y-A-Z-O-O** [1] - 93:21
**YAZ** [1] - 94:5
**Yazoo** [5] - 93:15, 93:21, 94:1, 94:2, 94:4
**yazoo** [1] - 94:5
**year** [4] - 24:7, 24:11, 47:24, 82:21
**years** [11] - 10:21, 20:25, 30:6, 35:9, 47:12, 49:15, 62:24, 63:16, 88:6, 88:10
**years'** [1] - 3:21
**yell** [1] - 44:9
**yelled** [2] - 27:6, 79:4
**yelling** [4] - 18:19, 35:4, 41:6, 78:8
**yesterday** [1] - 49:23
**young** [1] - 46:25
**yourself** [8] - 27:19, 28:2, 31:16, 60:19, 75:18, 82:25, 86:2
**youth** [1] - 85:23

## Z

**zone** [3] - 73:5, 74:9, 85:11
**Zone** [1] - 87:2
**zone's** [1] - 74:10
**Zoom** [1] - 1:22